UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MELISSA KELLEY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 05-1882 (RCL) |
| **ELI LILLY AND COMPANY,** | ) |
| **Defendant.** | ) |

## SCHEDULING ORDER

The parties propose the following schedule:

February 1, 2006:   Deadline for serving discovery requests.

March 3, 2006:   Deadline for plaintiff to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

April 3, 2006:   Deadline for defendant to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

June 2, 2006:   All Discovery Closed. The parties agree that experts may be deposed until the closed of discovery.

July 3, 2006:   Deadline for filing Dispositive Motions.

After disposition of any dispositive motions, the court will conduct a status conference to set dates for pre-trial and trial.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 11, 2005.