UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELISSA KELLEY<br><br>        Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY<br><br>        Defendant. | Civil Action No. 05-CV-1882 (RCL) |

### [PROPOSED] ORDER

After consideration of the arguments of counsel for Defendant Eli Lilly and Company ("Lilly") and Plaintiff Melissa Kelley, and after consideration of all memoranda and exhibits that have been filed with the Court, the Court rules that Lilly's Motion For Summary Judgment as to the Claims of Plaintiffs is GRANTED.

_____
Date

_____
Royce C. Lamberth
United States District Judge