UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELISSA KELLEY<br><br>       Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY<br><br>       Defendant. | Civil Action No. 05-CV-1882 (RCL) |

**AFFIDAVIT OF LYNN M. ZUCHOWSKI
IN SUPPORT OF ELI LILLY AND COMPANY'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

      I, Lynn M. Zuchowski, being first sworn on oath, say that the following is true and correct:

      1.    I am an attorney at Foley Hoag LLP, counsel for Eli Lilly and Company ("Lilly") in this action. I am duly admitted to practice in the District of Massachusetts.

      2.    Attached as Exhibit 1 is a true copy of Plaintiff's Complaint.

      3.    Attached as Exhibit 2 is a true copy of is a true copy of the Plaintiff Melissa Kelley's Answers to Eli Lilly And Company's First Set of Interrogatories.

      4.    Attached as Exhibit 3 is a true copy of excerpts of the transcript of the deposition of Roberta Elman.

      5.    Attached as Exhibit 4 is a true copy of excerpts from the American Druggist Blue Books for the years 1970 and 1971.

      6.    Attached as Exhibit 5 is a true copy of excerpts from the Drug Topics Red Books for the years 1970 and 1971.

7.  Attached as Exhibit 6 is a true copy of excerpts from the 1938 Federal Food, Drug and Cosmetics Act.

8.  Attached as Exhibit 7 is a true copy of excerpts from the Code of Federal Regulations, § 1.106(b), for the years 1970 and 1971.

9.  Attached as Exhibit 8 is a true copy of Lilly's product literature for diethylstilbestrol in 1969 and 1971.

10. Attached as Exhibit 9 is a true copies of the entry for Lilly's diethylstilbestrol in the Physician's Desk Reference in 1970 and 1971.

11. Attached as Exhibit 10 is a true copy of excerpts from the 1960 Federal Register.

12. Attached as Exhibit 11 is a true copy of excerpts from the 1976 Federal Register.

Dated: June 30, 2006

_____
Lynn M. Zuchowski

Sworn before me this 30th day of June 2006.

_____
Notary Public
My commission expires:

EILEEN ANN D'AMICO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 26, 2011

- 2 -