# Exhibit 3

00001

1                        Volume: I

2                        Pages:  1-71

3

4      IN THE UNITED STATES DISTRICT COURT

5          FOR THE DISTRICT OF COLUMBIA

6                C.A. No. 05-CV-1882(RCL)

7

8    ---------------------------------

9   MELISSA KELLEY,

10              Plaintiff,

11    v.

12   ELI LILLY AND COMPANY,

13              Defendant.

14   ---------------------------------

15

16          DEPOSITION of ROBERTA ELMAN

17    Thursday, May 11, 2006, 4:52 p.m. to 5:55 p.m.

18          FOLEY HOAG, LLP

19          155 Seaport Boulevard

20          Boston, Massachusetts

21

22

23    Court Reporter:  Paulette Cook, RPR/RMR

24

**Elman, Roberta (5/11/06)**                    **Page 1**

00002
1  A P P E A R A N C E S:

2

3  AARON M. LEVINE & ASSOCIATES

4  By Brandon Levine, Esq.

5  1320 19th Street, N.W.

6  Washington, D.C. 20036

7  202-833-8040

8  Counsel for the Plaintiff

9

10  FOLEY HOAG, LLP

11  By Ericka Snyder, Esq.

12  155 Seaport Boulevard

13  Boston, Massachusetts 02215

14  617-832-3009

15  esnyder@foleyhoag.com

16  Counsel for the Defendant

17

18

19

20

21

22

23

24

**Elman, Roberta (5/11/06)**                    **Page 2**

00014

1     A. No.

2     Q. Did you experience anything unusual prior to

3  the miscarriage?

4     A. No.

5     Q. Did the doctor give any possible causes or

6  explanations?

7     A. Nothing.

8     Q. And when was your next pregnancy? Was this

9  with Melissa?

10     A. Yes.

11     Q. She was born in 1971?

12     A. She was born in 1971, yes.

13     Q. What month was she born in?

14     A. She was born in August.

15     Q. Do you remember when you first found out you

16  were pregnant?

17     A. With her?

18     Q. Yes.

19     A. I would say it was probably two months --

20  well, if she was born in August, it had to be about

21  six weeks -- you know, in those days you didn't take

22  pregnancy tests, and you didn't know a lot of that.

23     Q. Were you also treated by Doctor Safon?

24     A. Yes.

**Elman, Roberta (5/11/06)**                    **Page 14**

00015

1     Q.  Did you experience anything unusual during

2   your pregnancy with Melissa?

3     A.  No.

4     Q.  Were you prescribed any medications?

5     A.  I was prescribed "dial-stil-best-rol," and

6   he also prescribed a shot, delalutin I believe, once

7   a week I used to go into his office on Tuesdays.

8     Q.  If we can talk about the -- you call it

9   delalutin?

10     A.  I think that was the name of it.  Dilantin?

11   I don't know.

12     Q.  Can you spell it?

13     A.  No, I can't.  I don't know --

14     Q.  Delalutin?

15     A.  I really don't remember how to spell it.

16     Q.  I believe in the medical records there's

17   reference to a drug that's spelled D E L -- D E L A

18   L U T I N.

19     A.  Delalutin.

20     Q.  Does that refresh your memory?

21     A.  I believe so, yes.

22     Q.  And that was an injection?

23     A.  Yes, it was.

24     Q.  How often did you have the injection?

00016

1    A. Once a week.

2    Q. When did it start? When in the pregnancy?

3    A. Probably around six -- when I was about six,

4  eight weeks along. I went once a week.

5    Q. Did you have the injection throughout the

6  whole pregnancy?

7    A. About three-quarters of the way. About the

8  seventh month I stopped or he stopped.

9    Q. And what was the injection supposed to do?

10    A. I don't know. I'm sorry, I don't know.

11    Q. Did the doctor give you any explanation or

12  reason why you needed an injection?

13    A. No.

14    Q. Now how about the -- what was the name of

15  the other drug that you --

16    A. "Dial-stil-best-rol."

17    Q. Is that "dial-stil-best-rol" or

18  diethylstilbestrol?

19    A. It's probably that. I don't know. I always

20  said diethylstilbestrol. So I would say that you're

21  probably right.

22    Q. Could you spell it?

23    A. D I E T H -- diethy -- I don't know -- S T Y

24  L? I don't know exactly.

**Elman, Roberta (5/11/06)**                                **Page 16**