# Exhibit 4

AMERICAN DRUGGIST

# BLUE BOOK

# 1970

MARCH 1970 TO MARCH 1971

Nine Dollars Per Copy

INCLUDING

- National Drug Code data
- Average wholesale prices
- Key facts about state welfare programs
- Drugs subject to Drug Abuse Control Act
- American Druggist Counterdose Chart
- Poison control centers—with phone numbers
- List of sugar-free liquids
- List of manufacturers' catalogs
- Requirements for examination & registration
- Data on accredited colleges of pharmacy
- Requirements for reciprocal licensure
- A directory of equipment manufacturers

PROPERTY OF
ELI LILLY & CO
DEPT. NO m789

**DERM-X-OL** (International Chemical Labs.)
Ointment, 1 oz. .......... 1.50 12.00
4 oz. .......... 4.50 36.00
**DERNGOOD** (M. L. Snyder & Son)
Wooden Shower Sandal,
Lg., Med., Sm., Pr. .......... .... .75
**DEROFEN** (American Medicinal Corp.)
Honey Syrup, 3 oz. ea. .......... .... .90
Lozenges, 16s ea. .......... .... 1.00
**DERONIL** ℞ (Schering Corp.)
(See Catalog Under Schering Corp.)
Tablets, 0.75 mg.,
50s ea. .......... .... 8.10
500s ea. .......... .... 76.95
**DERRIS** (Humco Laboratory)
Powder, 16 oz. .......... .... 11.30
5 lb. .......... .... 49.45
**DERVIDE** (Dr. A. C. Daniels)
Tablets, Vial, 40s .......... 1.25 9.00
**DES** (Amfre-Grant)
Tablet,
.05 mg., 100s ea. .......... .... 1.00
.10 mg., 100s ea. .......... .... 1.00
.50 mg., 100s ea. .......... .... 1.00
1 mg., 100s ea. .......... .... 1.00
2 mg., 100s ea. .......... .... 2.00
5 mg., 100s ea. .......... .... 2.50
10 mg., 100s ea. .......... .... 4.40
25 mg., 30s ea. .......... .... 2.50
100s ea. .......... .... 7.50
250s ea. .......... .... 18.00
500s ea. .......... .... 34.00
1000s ea. .......... .... 62.00
50 mg., 30s ea. .......... .... 3.50
100s ea. .......... .... 10.00
100 mg., 30s ea. .......... .... 5.50
100s ea. .......... .... 16.00
**DESABAM** (Desert Drug)
Tablet, 100s ea. .......... .... 4.00
1000s ea. .......... .... 35.00
**DESACHOLINE** ℞ (Mallard Inc.)
Tablet, 100s [#T-542] ea.
[#NDC-166-542-11] .......... .... 5.50
1000s [#T-542] ea.
[#NDC-166-542-15] .......... .... 28.60
**DESADERM** (Research Pharmacal Lab.)
Ointment, lb. ea. .......... .... 2.50
**DESA-HIST** ⓢ (Desert Drug)
Syrup, pt. ea. .......... .... 3.50
Gal. ea. .......... .... 25.00
**DESA-HIST AT** ℞ (Desert Drug)
Tablet, 100s ea. .......... .... 9.00
**DESA-HIST 8** ℞ (Desert Drug)
Tablet, 100s ea. .......... .... 3.50
**DESA-HIST PF** ℞ (Desert Drug)
Elixir, pt. ea. .......... .... 2.50
Gal. ea. .......... .... 16.00
**DESA-HIST PF 8** ℞ (Desert Drug)
Capsule, 100s ea. .......... .... 8.00
500s ea. .......... .... 36.00
**DESA-HIST 12** ℞ (Desert Drug)
Tablet, 100s ea. .......... .... 4.50
**DESAMINE** ℞ (Starr Pharmacal)
Capsules, T.D.,
10 mg., 100s ea. .......... .... 3.38
250s ea. .......... .... 7.20
500s ea. .......... .... 12.60
1000s ea. .......... .... 21.60
15 mg., 100s ea. .......... .... 3.83
250s ea. .......... .... 8.10
500s ea. .......... .... 14.40
1000s ea. .......... .... 25.20
Tablets,
5 mg., White or Yellow,
1000s ea. .......... .... 3.00
10 mg., White 1000s ea. .......... .... 5.00
**DESAMYCIN** ℞ (Desert Drug)
Capsule, 100s ea. .......... .... 7.45
**de SAN** (de Leon Labs.)
Liquid, pint ea. .......... .... 3.25
Gal. ea. .......... .... 23.00
**DESAPHEN** ℞ (Veltex, Inc.)
Elixir [#358] Pt. ea. .......... .... 2.20
Gal. ea. .......... .... 12.50
Tablet [#318] 100s ea. .......... .... 1.20
1000s ea. .......... .... 7.00
**DESAREX** ℞ (Desert Drug)
Capsule,
No. 1, 100s ea. .......... .... 6.50
500s ea. .......... .... 30.00
No. 2, 100s ea. .......... .... 8.50
500s ea. .......... .... 37.00
**DESAREX-A** ℞ (Desert Drug)
Capsule,
No. 1, 100s ea. .......... .... 7.50
500s ea. .......... .... 34.00
No. 2, 100s ea. .......... .... 9.00
500s ea. .......... .... 44.00
**DESATAB** ℞ (Marsin Labs.)
Tablet, (R, P & G),
100s ea. .......... .... 2.50
1000s ea. .......... .... 22.00
**DESATAB-A** ℞ (Marsin Labs.)
Tablet, 100s ea. .......... .... 2.00
1000s ea. .......... .... 17.50
**DESATAB-15** ℞ (Marsin Labs.)
Tablet, 100s ea. .......... .... 1.75
1000s ea. .......... .... 13.00
**DESATOL** ℞ (Dwight, R.E. & Co.)
Tablets, 30s ea. .......... .... .75
100s ea. .......... .... 2.00
1000s ea. .......... .... 18.00

**DESATRATE** ℞ (Desert Drug)
Capsule T.D.,
30 mg., 100s ea. .......... .... 6.00
1000s ea. .......... .... 47.50
50 mg., 100s ea. .......... .... 7.50
1000s ea. .......... .... 60.00
**DESATRIC H** ℞ (Desert Drug)
Tablet, 100s ea. .......... .... 6.00
1000s ea. .......... .... 54.00
**DESBUTAL** ℞ (Abbott Labs.)
Capsules, [#NDC-074-3991-01]
100s ea. .......... ★2.50
AWP 3.00
1000s ea. .......... ★22.50
AWP 27.00
**DESBUTAL 10** ℞ (Abbott Labs.)
Gradumets [#NDC-074-6806-01]
100s ea. .......... ★6.45
AWP 7.74
500s ea. .......... ★29.83
AWP 35.80
**DESBUTAL 15** ℞ (Abbott Labs.)
Gradumets [#NDC-074-6814-01]
100s ea. .......... ★8.14
AWP 9.77
500s ea. .......... ★37.65
AWP 48.18
**DESCILLIN** ℞ (Desert Drug)
Tablet, 100s ea. .......... .... 1.50
**DESENEX** (WTS-Pharmacraft Div.)
Aerosol,
6.0 oz. [#954]
[#NDC-235-0954-64] .. 1.98 15.96
Ointment
0.9 oz. [#955]
[#NDC-235-0955-51] .. 1.19 9.60
1.8 oz. [#955]
[#NDC-235-0955-63] .. 1.89 15.12
1 lb [#955] ea.
[#NDC-235-0955-75] .. 12.00 8.00
Powder
1.5 oz. [#956]
[#NDC-235-0956-53] .. 1.19 9.60
3.0 oz. [#956]
[#NDC-235-0956-53] .. 1.89 15.12
1 lb. [#956] ea.
[#NDC-235-0956-77] .. 9.00 6.00
Soap, cake [#987]
[#NDC-235-0987-63] .... .49 3.96
Solution w/Applicator
2.7 oz. [#957]
[#NDC-235-0957-62] .. 1.50 12.00
**DESEROID** ℞ (Harvey)
Tablets, No. 1, 1000s ea. .......... .... 4.00
No. 2, 1000s ea. .......... .... 4.00
No. 3, 1000s ea. .......... .... 4.00
**de SERPA** ℞ (de Leon Labs.)
Tablet,
0.25 mg., 100s ea. .......... .... 2.70
500s ea. .......... .... 11.70
1000s ea. .......... .... 20.00
0.5 mg., 100s ea. .......... .... 4.30
500s ea. .......... .... 18.50
1000s ea. .......... .... 32.00
**DESERT DEW** (Haynie Products)
Lotion, 8 oz. .......... 1.00 8.00
**DESERT FLOWER** (Shulton)
Bath,
Milk Foam, 5¾ oz.
[#2727] ea. .......... 4.00 ....
Oil, 2 oz. [#1979] ea. .......... 2.50 ....
Beauty Bath,
4 oz. [#1708] ea. .......... 2.50 ....
Body,
Sachet, 1 oz. [#1752] ea. .......... 1.50 ....
Talcum, 5¾ oz. [#2728] ea. .......... 1.50 ....
Bubble Bath,
Crystals [#1740] ea. .......... 1.50 ....
Liquid [#1722] ea. .......... 1.50 ....
Candle, Scented,
4½ oz. [#1964] ea. .......... 4.00 ....
Cologne,
Spray, 2 oz. [#2768] ea. .......... 2.50 ....
2⅞ oz. [#1862] ea. .......... 3.00 ....
Stick [#1737] ea. .......... 1.00 ....
Deodorant,
Cream [#1760] ea. .......... 1.00 ....
Desert Dri,
Cream [#1880] ea. .......... 1.00 ....
Aerosol [#1900] ea. .......... 1.00 ....
Roll-On [#1790] ea. .......... 1.00 ....
Hand & Body,
3½ oz. [#1709] ea. .......... 1.00 ....
4 oz. [#1719] ea. .......... 1.00 ....
8 oz. [#1706] ea. .......... 2.00 ....
16 oz. [#1816] ea. .......... 4.00 ....
Perfume,
⅛ oz. [#2449] ea. .......... 3.00 ....
Lotion,
6 oz. [#2790] ea. .......... 2.50 ....
Powder
Dusting, 7 oz. [#1885] ea. .......... 2.50 ....
Perfumed Spray
6 oz. [#1903] ea. .......... 2.00 ....
Sets,
Bath [#2729] ea. .......... 3.00 ....
[#2732] ea. .......... 6.00 ....
Gift [#1723] ea. .......... 3.00 ....
[#1724] ea. .......... 4.50 ....
[#1750] ea. .......... 3.00 ....
[#1759] ea. .......... 1.50 ....
[#1865] ea. .......... 3.00 ....
[#1866] ea. .......... 2.25 ....
[#1867] ea. .......... 2.25 ....
[#1919] ea. .......... 2.25 ....
[#1921] ea. .......... 2.25 ....
[#1951] ea. .......... 5.00 ....
[#1952] ea. .......... 2.00 ....
[#2737] ea. .......... 10.00 ....
Fragrance Veil,
2⅓ oz. [#1944] ea. .......... 2.00 ....
Toilet Water, Spray Essence
2⅓ oz. [#1928] ea. .......... 3.00 ....
3⅓ oz. [#1735] ea. .......... 2.00 ....

**DESERT MAGIC** (Haynie Products)
Cream, 4 oz. .......... 1.25 10.00
**DESERT TAN** (Desert Tan Inc.)
Deal 30, Anti Burn,
Liquid, 4 oz. .......... 1.10 7.26
Deal 40, Supertan,
Liquid, 4 oz. .......... 1.00 .60
Deal 50, Anti Burn w/Lanolin,
Cream, 3 oz. .......... 1.10 7.26
Deal 60, Supertan w/Lanolin,
Cream, 3 oz. .......... 1.10 7.26
Deal 70, Supertan Aerosal Spray,
6 oz. .......... 1.50 9.90
Deal 80, Twin Pack, Anti-Burn 2 oz. &
Supertan, 4 oz. .......... 1.00 .60
Men's Cologne,
Deal 100, Liquid, 8 oz. .... 1.60 .96
After Shave Lotion,
Deal 101, Liquid, 8 oz. .... 1.25 .75
Men's Dandruff Remover Shampoo,
Deal 102, Liquid, 8 oz. .... 1.25 .75
Men's Hair Dressing,
Deal 103, Liquid, 8 oz. .... 1.25 .75
**DESEX 15** (Scot-Tussin Pharmacal Co. Inc.)
Capsule, D.A. 30s ea. .......... .... 2.50
100s ea. .......... .... 7.50
**DESFERAL** ℞ (Ciba)
Ampul, 5 ml. [#3801] ea. .... .... 14.00
**DESICOL** ℞ (Parke, Davis)
Kapseal, 5 gr.,
100s [#15-359-4]
[#NDC-71-359-4] ea. .. .... ★1.89
AWP 2.17
1000s [#15-359-11]
[#NDC-71-359-11] ea. .... ★14.94
AWP 17.93
**DESIGNER** (E. Frederics, Inc.)
Creme Cold Wave, Unit ea. .... .... 14.95
Hair Spray, 15 oz. .......... .... 9.90
Instant Neutralizer, qt. ea. .... .... 2.75
**DESIST** (Halsey Drug Co., Inc.)
½ oz. [#HL-86] .......... .69 4.50
**DESITAL** ℞ (Caldwell & Bloor Co.)
Tablet [#2087] 100s ea. .... .... .53
1000s ea. .... .... 3.00
**DESITAL NO. 2** ℞ (Caldwell & Bloor Co.)
Tablet [#2264] 100s ea. .... .... .58
1000s ea. .... .... 3.43
**DESITIN** (Leeming/Pacquin Divisions, Chas. Pfizer & Co., Inc.)
Baby Lotion, 2.5 oz. [#568] .. .60 4.80
6.0 oz. [#569] .. 1.00 8.10
Baby Oil, 2.0 oz. [#573] .... .60 4.80
5.25 oz. [#574] .... 1.00 8.10
Ointment, 1.25 oz. [#068] ... .75 6.00
2.25 oz. [#070] ... 1.09 8.72
4.25 oz. [#071] ... 1.59 12.72
1 lb. [#065] ...... 4.49 35.92
Powder, 2.75 oz. [#079] ..... .59 4.73
6.5 oz. [#081] ..... .98 7.84
10.0 oz. [#147] ..... 1.29 10.33
12s [#090] .......... .... 43.20
**DESITIN SUPPOSITORY W/HC** ℞ (Leeming/Pacquin Divisions, Chas. Pfizer & Co., Inc.)
Box, 12s [#0900] .......... .... 43.20
**DESI-VITE** (Cowley Pharmaceuticals)
100s ea. .......... .... 2.50
**DESLANOSIDE**
Sandoz Pharmaceuticals
Cedilanid-D (See Under Trade Name)
**DESLEAUX BISMUTH** (Fougera)
Ea. .......... 3.45 2.30
**DESOBEX** ℞ (Neland Pharm.)
Capsules, 100s .......... .... 36.00
**DESO-CREME** ℞ (Columbia Medical)
(See Catalog Under Columbia Medical)
Fungicidal Cream 1 oz. .......... .... 4.95
**DESODRIN** ℞ (Kay Pharm. Co.)
Tabs., 10 mg., 100s ea. .......... .... .81
1000s ea. .......... .... 4.50
**DESODRINE** ℞ (Blaine Company)
Dl-Desoxyephedrine HCl 5 mg & Astropine S. 360 gr
Tablet
1000 .......... .... 7.00
**DESOID PB** ℞ (Schlicksup Drug Co., Inc.)
Tablets, 100s [#161] ea. .... .... 1.00
**DESOL** ℞ (Garde Drug)
Pt. [#4032] ea. .......... .... 4.10
**DESOPHEN** ℞ (Starr Pharmacal)
Capsules, T.D.,
No. 1, 10 mg./60 mg.,
100s ea. .......... .... 4.05
250s ea. .......... .... 8.20
500s ea. .......... .... 14.40
1000s ea. .......... .... 25.20
No. 3, 15 mg./100 mg.,
100s ea. .......... .... 4.28
250s ea. .......... .... 9.00
500s ea. .......... .... 16.20
1000s ea. .......... .... 28.80
**DESOPID** ℞ (Atlas Pharm. Labs.)
Tablet, 100s ea. .......... .... 3.00

**DESO-TALC** (Columbia Medical)
(See Catalog Under Columbia Medical)
Powder, 1½ oz. .......... .... 4.95
**DES-OXA-D** ℞ (Walker Corp. & Co.)
Tablet, 100s ea. .......... .... 1.85
500s ea. .......... .... 3.85
**DESOXEDRIN** (Cabot Pharmaceutical Co.)
100s .......... 2.25 16.25
1000s ea. .... .... 11.25
**DESOXETS** ℞ (Abbott)
Tablets, S.C. [#C6425]
100s ea. .......... .... 3.25
1000s ea. .......... .... 29.08
**DESOXO-5** ℞ (Setliff & Case Co.)
Tablet [#CT1372] 100s ea. .. .... .65
1000s ea. .... 4.10
**DESOXROID FORMULAS, 1, 2 & 3** ℞
(High Chemical)
Tablet, set of 3M, 1M ea. .... .... 9.50
**DESOXY** ℞ (Harvey)
Tablets, No. 10, 1000s ea. .... .... 5.00
**DESOXY-CELL PLUS** ℞
(Quaker City Pharmacal)
Tablet [#5116] 100s ea. .... .... 2.00
1000s ea. .... .... 7.50
**DESOXYCHOLIC ACID** ℞
City Chemical Corp.
[#D214] 25 gm. ea. ...... .... 2.75
100 gm. ea. ...... .... 9.00
Fellows-Testagar
Tablet [#208]
1½ gr., 1000s ea. .......... .... 15.00
5000s/M .......... .... 14.75
Foy
Foychclic (See Under Trade Name)
Pfaltz & Bauer, Inc.
25 Gm. ea. .......... .... 5.00
Robinson Labs.
Tablet, 1½ gr., C.T. [#290]
100s ea. .......... .... 2.63
1000s ea. .......... .... 19.00
**DESOXYCORTICOSTERONE ACETATE** ℞
American Quinine Co., Inc.
Vial, 5 mg./cc., 10 cc. [#VP-955]
Oil, 10s ea. .......... .... [illegible]
50s ea. .......... .... [illegible]
100s ea. .......... .... [illegible]
Ciba
Percorten (See Under Trade Name)
Caldwell & Bloor Co.
5 mg/cc, 10 cc. #1008 ea. .. .... 1.54
Gotham Pharmaceutical Co., Inc.
Aqueous Suspension
Ampule, 5 mg./ml. [#634]
10s ea. .......... .... [illegible]
25s ea. .......... .... [illegible]
100s ea. .......... .... [illegible]
Vial, 10 ml. [#482] ea. .. .... [illegible]
In sesame oil
Ampule, 5 mg/ml. [#635]
10s ea. .......... .... [illegible]
25s ea. .......... .... [illegible]
100s ea. .......... .... [illegible]
Vial, 10 ml. [#267] ea. .. .... [illegible]
Robinson
Sterile Vial, 5 mg.
Aqueous, 10 cc.
[#1140] ea. .......... .... 1.40
In Oil, 10 cc.
[#1130] ea. .......... .... 1.40
St. Louis Pharmacal
Aqueous Suspension, U.S.P.,
5 mg/c.c.,
10 c.c., 50s/unit ea. .... .... [illegible]
In Oil,
5 mg/c.c.,
10 c.c., 50s/unit ea. .... .... [illegible]
Schering Corp.
Cortate (See Under Trade Name)
Sororol Labs.
Vial, 5 mg./cc., 10 cc. ea. .. .... 2.80
Oil, 5 mg./cc.,
10 cc. [#2751] ea. .... .... 2.80
Upjohn
5 mg. per c.c., Sterile Solution
10 c.c. vial [#7489]
Ea. .......... .... ★5.64
**DESOXYCORTISONE ACETATE**
Central Pharmacal Co.
Cortinaq (See Under Trade Name)
Elskin-Sinn, Inc. ℞
Aqueous Solution, Vial, USP
5 mg./cc., 10 cc. [#500]
Ea. .......... .... .52
Oil,
5 mg./cc., 10 cc. [#510]
Ea. .......... .... .54
Organon, Inc.
Doca Acetate (See Under Trade Name)
**d-DESOXYEPHEDRINE HCL** ℞
Atlas Pharm. Inc.
Ampul, 20 mg./cc [#5811,
1 cc. ea. .......... 5.00 14.70
Gotham Pharmaceutical Co., Inc.
Vial, 20 mg.
30 cc. [#828] ea. .......... .... .83
**DESOXYEPHEDRINE HYDROCHLORIDE** ℞
(See also Methamphetamine Hydrochloride)
Academy
5 mg., 100s ea. .......... .... 1.75
Arenol Chemical
dl, powder, 1 lb. ea. .......... .... 7.50
(Continued on Next Page)

ARMOUR THYROID QUALITY AND DEPENDABILITY FOR ALL THYROID USP RX'S

"THE EASY-TO-READ PRICE BOOK" [1234] cat. #; ℞. ℞ only: ▲, refrigerate; ●, narcotic; ◆, narcotic (oral ℞ o.k.); ©, exempt [illegible] listed products; ■, Subject to DACA. Pg. 201 Des-Dew

**DESOXYEPHEDRINE HYDROCHLORIDE** (Continued)
Cowley Pharmaceuticals
Capsule, T.D.
1000s [#1001] ea. .... 17.50
Gotham Pharmaceutical
Tablet, 5 mg. [#307] ea. .... 1.00
10 mg. [#538] ea. .... 1.27
**dl-DESOXYEPHEDRINE** ©
Chicago Pharmacal Division
Desdess (See Under Trade Name)
Cowley Pharmaceuticals
5 mg., 1000s ea. .... 2.30
First Texas
20 mg./cc.,
10 cc. vial ea. .... 1.41
Kirkman
Tablet,
2.5 mg. [#1645] 100s ea. .... .35
1000s ea. .... 2.60
5 mg. [#1646] 100s ea. .... .40
1000s ea. .... 3.00
Mallard
Detrex (See Under Trade Name)
McNeil Labs.
Syndrex (See Under Trade Name)
Robinson Lab.
Powder, 1 oz. [#492] ea. .... 3.00
Tablet, d-l
5 mg.
[#429] 100s ea. .... .80
1000s ea. .... 4.00
10 mg., Double-Scored
White [#1771], Yellow
100s ea. .... 1.10
1000s ea. .... 6.00
**dl-DESOXYEPHEDRINE w/THYROID**
Injectables Research ©
Tablet, 1000s ea. .... 7.00
**DESOXYLATE** ℞ (Preston Franklin)
Syrup [#L832] 1 pt. ea. .... 2.25
1 gal. ea. .... 13.50
**DESOXYN** © (Abbott Labs.)
Gradumets,
5 mg., [#NDC-074-6941-01]
100s ea. .... ★4.01
AWP 4.81
10 mg., [#NDC-074-6948-01]
100s ea. ★5.58
AWP 6.70
500s ea. ★26.21
AWP 31.45
15 mg., [#NDC-074-6959-01]
100s ea. ★7.13
AWP 8.56
500s ea. ★33.51
AWP 40.21
Tablets
2.5 mg., [#NDC-074-3488-01]
100s ea. ★1.15
AWP 1.38
5 mg., [#NDC-074-3377-01]
100s ea. ★1.60
AWP 1.92
1000s ea. ★15.00
AWP 18.00
**DESOXYN W/NEMBUTAL** (Abbott)
(See Desbutal)
**DESOXY-PLEX** (Bush Labs.)
Liquid [#0418]
1 pt. ea. .... 1.50
1 gal. ea. .... 9.95
**DESOXYRIBON NUCLEASE**
Pfaltz & Bauer, Inc.
Crystal, 20 mg. ea. .... 35.00
**DESOXYTONE** ℞ (Sunland Pharmacal)
Aqueous, 10 c.c. ea. .... 1.95
**DESOXYVITE** ℞ (Arden Pharmacal)
Tablet, 100s ea. .... 1.75
1000s ea. .... 13.75
**DESPASMOL** ℞ (Luly-Thomas Pharmaceutical)
Tablet, 100s [#178] ea. .... 4.80
1000s [#179] ea. .... 39.00
**DES-PLEX** (Amfre-Grant)
Tablet,
.02 mg., 100s ea. .... 3.75
.05 mg., 100s ea. .... 4.00
.10 mg., 100s ea. .... 4.00
.25 mg., 100s ea. .... 4.25
.50 mg., 100s ea. .... 4.50
1 mg., 100s ea. .... 5.00
5 mg., 100s ea. .... 6.00
10 mg., 100s ea. .... 7.00
25 mg., 30s ea. .... 3.00
100s ea. .... 9.00
500s ea. .... 40.00
1000s ea. .... 72.00
50 mg., 30s ea. .... 4.00
100s ea. .... 12.00
100 mg., 30s ea. .... 6.00
100s ea. .... 18.00
**DE-STAT** (Schlick, Inc.)
Tablet, 100s ea. .... 3.25
**DESTROBAR LANACAPS** (Lannett)
Capsule No. 1 [#3003]
100s ea. .... 2.00
500s ea. .... 7.50
1000s ea. .... 12.60
Capsule No. 2 [#3004]
100s ea. .... 2.20
500s ea. .... 8.00
1000s ea. .... 14.00

Capsule No. 3 [#3008]
100s ea. ....
500s ea. ....
1000s ea. ....
Tablet [#1181]
500s ea. ....
1000s ea. ....
**DESYCOR** ℞ (DeMont Pharmacal Co.)
Vial, 5 mg./cc.,
10 cc. [#1065] ea. ... .95
**DETACHOL** (Ferndale Labs. Inc.)
4 oz. ea. 1.20 .72
**de TAL** ℞ (de Leon Labs.)
Liquid, pt. ea. .... 2.25
Gal. ea. .... 16.00
Tablet, 200s ea. .... 1.20
500s ea. .... 5.50
1000s ea. .... 10.00
**DETANE** (Commerce Drug Co., Inc.)
Ointment, ½ oz. [#7360] 1.50 12.00
**DETCHEMA** (Revlon, Inc.)
Perfume, ⅛ oz. [#3701] .00 ....
¼ oz. [#3702] 10.00 ....
½ oz. [#3703] 18.00 ....
1 oz. [#3704] 32.50 ....
2 oz. [#3705] 55.00 ....
4 oz. [#3706] 90.00 ....
Toilet Water, 2 oz. [#3707] 7.50 ....
4 oz. [#3708] 12.50 ....
8 oz. [#3709] 22.00 ....
**DETEC**
Merck & Co.
500 cc. [#24571] ea. .... 8.75
**DETECTO** (Detecto Scales, Inc.)
Accessories,
W/Casters,
East or West of Mississippi 8.00 ....
Counterweights 300 to 400 lbs.
East or West of Mississippi 15.00 ....
W/Hand Post,
East or West of Mississippi 8.50 ....
Autopsy Scale, White [#3805P]
East of Mississippi 74.50 ....
West of Mississippi 77.50 ....
Baby Scale for the Home, Single Beam, White, Ivory [#240]
East of Mississippi 16.98 ....
West of Mississippi 17.98 ....
Bathroom Scale,
New Auto-Zero Scale, White, Black, Pink, Yellow [#K730]
East of Mississippi 10.98 ....
West of Mississippi 11.98 ....
Clinical Baby Scales,
White, Cream White, Biscayne Blue, Walnut Spray, Hammer Gray, Jade Green, Coral #250
East of Mississippi 55.00 ....
West of Mississippi 57.00 ....
Double Beam, White [#331]
East of Mississippi 40.00 ....
West of Mississippi 42.00 ....
Pediatric, White [#450]
East of Mississippi 95.00 ....
West of Mississippi 102.00 ....
Doctor Type Scale,
w/Rod,
White [#049]
East of Mississippi 60.00 ....
West of Mississippi 65.50 ....
w/o Rod, White,
Black, Pink [#047]
East of Mississippi 55.00 ..
West of Mississippi 60.50 ..
w/Casters,
White only [#048W]
East of Mississippi 64.00 ....
West of Mississippi 69.50 ....
w/Rod & Casters
White only [#050W]
East of Mississippi 68.00 ....
West of Mississippi 73.50 ....
Physician's Scales,
W/Casters & Height Rod, White [#438W]
East of Mississippi 83.00 ....
West of Mississippi 90.00 ....
W/Hand Post & Height Rod, White, Cream White, Coral, Walnut Spray, Jade Green, Hammertone Gray & Biscayne Blue [#449]
East of Mississippi 83.50 ....
West of Mississippi 90.50 ....
w/Height Rod, White, Cream White, Coral, Walnut Spray, Jade Green, Hammertone Gray & Biscayne Blue [#439]
East of Mississippi 75.00 ....
West of Mississippi 82.00 ....
w/o Rod, White [#437]
East of Mississippi 73.00 ....
West of Mississippi 80.00 ....
**DETECTO MASTITIS TESTERS**
(Troy Chemical Co., Inc.)
40s 1.00 8.00
80s 1.50 12.00
**DETENSIN** (Physicians Drug Co.)
Tablets, 50s 2.00 16.00
**DETER** (Super Products)
For Smoking, 18s 1.25 7.20
50s 3.25 18.00
Lozenges, 12s .49 3.00
39s 1.25 7.20
**DETERGADYNE** (Continental Laboratories)
Liquid, 1 gal. ea. .... 4.95

[illegible] (de Leon Labs.)
[illegible] ea. .... 3.15
[illegible] (de Leon Labs.)
[illegible] ea. .... 5.31
[illegible] Pharmacal)
[illegible] .50 4.00
1.00 8.00
Gal. 3.00 24.00
**DETONI** (AMSA Sales)
Brilliatine, 1 oz. .59 4.80
**DETOXIL** (Fibertone Co.)
Powder [#33]
1 lb. ea. 2.50 1.50
3 lb. ea. 6.50 3.90
**DETOXOGEN** (Mallard Inc.)
Tablets, [#T-430] 100s ea. .... 1.30
1000s ea. .... 7.80
**DETREX** © (Mallard Inc.)
Tablet, 100s [#T-488] ea.
[#NDC-166-488-11] .... 1.50
1000s [#T-488] ea.
[#NDC-166-488-15] .... 6.90
**de TRINS** ℞ (de Leon Labs.)
Capsule, 100s ea. .... 2.85
**DETRO-BARB** © (Mallard Inc.)
Tablet, 100s [#T-531] ea.
[#NDC-166-531-11] .... 1.70
1000s [#T-531] ea.
[#NDC-166-531-15] .... 7.20
**DETROLOSE** ℞ (Mallard, Inc.)
Tablet, 100s [#T-545] ea.
[#NDC-166-545-11] .... 2.25
1000s [#T-545] ea.
[#NDC-166-545-15] .... 10.25
**DETRO-REX** ℞ (Rex Pharmaceutical Labs.)
Capsule, T. D.
10 mg., 100s ea. .... 1.00
1000s ea. .... 7.75
15 mg., 100s ea. .... 1.05
1000s ea. .... 8.75
**DEVAREX** (Williams, J. B., Pharmaceuticals)
Capsules, 14s [#1621-44] 1.23 10.00
40s [#1623-43] 2.98 24.00
**DeVILBISS** (DeVilbiss Co.)
Air Compressor
No. 501, Portable, ea. 59.50 39.66
Atomizers
No. 15 (Metal) ea. 3.00 2.00
33, Pocket (Clear Plastic) Ea. 2.00 1.33
82, Economy (Metal) ea. 1.50 1.00
114, (Non-Corrosive) ea. 2.25 1.50
121, Plastic, ea. 2.25 1.50
127, Metal, ea. 2.25 1.50
251, (Non-Corrosive) ea. 3.00 2.00
Atomizer Bulbs
No. 1, (For Nos. 15 & 251) ea. .75 .50
6, (For Nos. 40, 42, 114, 119 & 127) ea. .60 .40
7, (For Nos. 33, 38, 82 & 121) ea. .60 .40
Bottles,
114-QB for No. 114 & 119, Ea. .50 .33
115-QB for No. 15, ea. .50 .33
127-QB for No. 127, ea. .50 .33
252-QB for No. 251, ea. .50 .33
Cool Humidifier,
No. 250 ea. 12.95 8.63
No. 260 ea. 15.95 10.63
No. 400, ea. 22.95 15.30
Inhalant, for vaporizer,
2 oz. ea. .89 .59
4 oz. ea. 1.39 .93
Miscellaneous,
40-XP, Lg. Stopper for No. 40, 6s ea. .60 .40
33-HS, Cap for Nos. 33, 38 Ea. .30 .20
40-ZP, Sm. Stopper for No. 40, 6s ea. .60 .40
Nebulizers
No. 40, (Glass) ea. 3.50 2.33
40-TR, Nasal Tips for No. 40, ea. 1.75 1.17
42, unbreakable ea. 5.00 3.33
44, (Glass) ea. 2.50 1.67
640, combination, glass, Ea. 6.50 4.33
642, combination, plastic, Ea. 8.00 5.33
841, Continuous-Flow, ea. 19.50 13.00
Powder Blower,
No. 38, (Clear Plastic) ea. 2.00 1.33
119, (Plastic) ea. 2.25 1.50
No. 501, Portable Air Compressor, Ea. 59.50 39.66
Suction Pump,
No. 701, Portable, ea. 89.50 59.66
Vap-O-Clean, vaporizer cleaner,
Tablet, 24s ea. .99 .66
Vaporizers
No. 133 Safety Sentinel Ea. 9.95 6.63
No. 135, All Night (plastic) Ea. 6.95 4.63
No. 136, Economy-Plastic, Ea. 5.95 3.97
No. 137, economy size, ea. 4.95 3.30
No. 142, Steam-Dial, ea. 10.95 7.30
No. 145, overnight, ea. 7.95 5.30

Parts
No. 134-C, Housing for No. 133 Ea. 3.50 2.33
No. 134-NA, complete element, cap, Housing & cord for No. 133 Ea. 5.45 3.63
No. 134-WA, replacement element For Nos. 133 & 137, Ea. 1.95 1.30
No. 135-C Housing for No. 135 & 145, ea. 2.00 1.33
No. 135-NA, Complete Element, Cap & Housing for Nos. 135 & 145, ea. 3.95 2.63
No. 137-NA, complete element, cap, Housing & cord for No. 137, Ea. 3.00 2.00
No. 140-QB bot. for No. 140, Ea. 4.90 2.40
No 142-NA, complete element cap, Housing & cord for No 142 Ea. 7.20 4.80
No. 142-QB bot. for no. 142 Ea. 2.45 1.63
No. 145-C Housing for 140 & 144 Ea. 2.00 1.33
No. 145-QB, Bottle for No. 145, Ea. 2.45 1.63
No. 145-NA, Complete Element, Cap & housing for No. 140, 144 & 145, Ea. 3.95 2.63
No. 145-WA Electrode for Nos. 140, 144 & 145, ea. 1.95 1.30
**DEVINE'S REMEDIES** (Devine's Remedies Inc.)
Corn Plaster, .25
Foot Soap, .39 2.60
Moleskin .25 .
Vitamins,
Balanced, 100s ea. 4.00 ...
Children's Chewies, 100s ea. 4.00 ...
Hi Potency, 60s ea. 2.50 ...
180s ea. 6.00 ...
Mineral, 100s ea. 3.00 ...
**DEVROM** (Parthenon Co., Inc.)
Tablet, chewable
200 mg., 100s ea. 2.98 24.00
**DEW** (Pearson Pharm.)
Deodorant,
Creme, 1½ oz. .50 4.00
Liquid, 1 oz. .35 2.80
Nail Polish .50 4.00
**DE-WAIT** (Schlick, Inc.)
Capsule, 100s ea. ... 8.95
**DEW DROPS** (Pearson Pharmacal)
6 c.c. 1.00 ...
18 c. c. 1.50 ...
**DEWEE'S CARMINATIVE**
Emerson Labs.
Liquid, 1 pt. 3.38 27.00
First Texas Pharm., Inc.
W/O Opium, 1 pt. [#2098] Ea. .... 2.76
W/Opium, 1 pt. [#2105] Ea. 2.89
**DEWITT PRODUCTS** (E. C. Dewitt & Co., Inc.)
Absorbent Rub, 4 oz. [#2604] 1.00 8.00
Aluminum hydroxide, Tablets, 100s [#2401] 1.40 11.20
Antacid Powders,
3 oz. [#2403] .80 6.40
6 oz. [#2402] 1.35 10.80
Antacid Tablet, 50s [#2405] .70 5.60
90s [#2404] 1.25 10.00
A.P.C., Tablets, 100s [#2606] .75 6.00
Aspirin, 100s .50 4.00
Baby Cough Syrup, 3 oz. [#2301] 1.00 8.00
Bismuth Gel, 6 oz. [#2406] .90 7.20
Carbolized Witch Hazel Salve, 1¼ oz. [#2701] 1.00 8.00
Children's Cough Control, 3 oz. [#2502] 1.00 8.00
Cold Capsules 10's [#2510] 1.00 8.00
Cold Sore Lotion, w/applicator, ½ oz. [#2504] .75 6.00
Cough Control Medicine, 4 oz. [#2501] 1.25 10.00
Creasant Cough Syrup, 4 oz. [#2505] 1.00 8.00
Troches, 40s .50 4.00
Decongestive Cold & Hay Fever, Tablet, 20s [#2503] .75 6.00
Eye, Bath w/cup, 3 oz. .60 4.80
Drops, ½ oz. .60 4.80
For Corns, ¼ oz. [#2702] .50 4.00
For Hemorrhoids,
Ointment, 1 oz. [#2101] 1.50 12.00
[#2102] 1.50 12.00
12s [#2103] 1.75 14.00
Lanolized Skin Creme,
4 oz. [#2703] .60 4.80
8 oz. [#2705] 1.25 10.00
Laxative Syrup, Child 3 oz. [#2303] 1.00 8.00
Little Early Risers, 72s [#2706] .60 4.80
Medicated Foot Powder, 2½ oz. [#2707] .75 6.00
(Continued on Next Page)

**B-D Fever Thermometers** • ASEPTO • RED FLASH • MEDICAL CENTER
ASEPTO, B-D, MEDICAL CENTER and RED FLASH are trademarks

B-D   

1970 Blue Book

"THE EASY-TO-READ PRICE BOOK" [1234] cat. #; ℞ only; ▲, refrigerate; ●, narcotic; <, narcotic (oral ℞ o.k.); ©, exempt narcotic; ⊕, dated products; ▣, Subject to DACA. Pg. 207 Dic-Die

**DICO-TUSS** (Pharmacy Associates)
Liquid, 4 oz. .... 1.50 8.80
8 oz. .... 2.69 14.40

**DICUMAROL** ℞
(See Under Bishydroxycoumarin)
Abbott Labs.
Tablets,
25 mg., [=NDC-074-3794-03]
100s ea. .... *1.32 AWP 1.58
1000s ea. .... *10.28 AWP 12.34
50 mg., [=NDC-074-3773-03]
100s ea. .... *1.96 AWP 2.35
1000s ea. .... *16.68 AWP 20.02
100 mg., [=NDC-074-3775-03]
100s ea. .... *3.12 AWP 3.74
In Abbo-Pac
25 mg. [=NDC-074-3794-05-03]
100s ea. .... *2.12 AWP 2.54
50 mg. [=NDC-074-3773-08-03]
100s ea. .... *2.76 AWP 3.31
100 mg. [=NDC-074-3775-05-03]
100s ea. .... *3.92 AWP 4.70
Lilly, Eli Co.
Pulvule
25 mg., [=314]
100s [=NDC-2-F71-2] Ea. .... 1.76
1000s [=NDC-2-F71-4] Ea. .... 13.96
50 mg., [=291]
100s [=NDC-2-F54-2] Ea. .... 2.38
1000s [=NDC-2-F54-4] Ea. .... 20.46

**DICURIN PROCAINE** ℞ (Lilly, Eli Co.)
Ampoules, 2 c.c.
10 cc. [=581] 1s [=NDC-2-N18-1] ea. .... 1.30

**DICYCLOMINE HYDROCHLORIDE**
Merrell, Wm. S.
Bentyl (See Under Trade Name)

**DIDREX** ℞ (Upjohn)
Tablet, 25 mg., [=5020]
100s [=NDC-9-18-1] Ea. .... *2.37 AWP 2.84
500s [=NDC-9-24-1] Ea. .... *11.25 AWP 13.50
1000s [=NDC-9-24-2] Ea. .... *21.96 AWP 26.35
50 mg.,
100s [=5012] [=NDC-9-24-1] Ea. .... *4.50 AWP 5.40
500s [=5013] [=NDC-9-24-2] Ea. .... *21.36 AWP 25.63
1000s [=NDC-9-24-3] Ea. .... *41.70 AWP 50.04

**DI-DRI** (Chester Chemical)
Granules, 3½ oz. .... .69 4.97

**DIEBESTEROL** ℞ (Camall Co.)
Tablet, [=4666] 100s ea. .... 1.95

**DIELORIN**
Nott
Liquid, 8 oz. ea. .... 1.30 .78
Science Products
E.C.-15,
Liq., 4 oz. .... .85 6.12
8 oz. .... 1.25 9.00
Pt. .... 2.25 16.20
Qt. (per 6) .... 3.75 13.50
Gal (per 4) .... 30.40
5 gal. drum ea. .... 36.75

**DIENESTROL** ℞
Central Pharmacal
Restrol (See under Trade Name)
City Chemical
[=D841] 5 Gm. ea. .... 4.80
25 Gm. ea. .... 17.00
Ortho Pharmaceutical
Cream, 78 Gm., w/applicator .... 32.64
W/o applicator .... 27.24
Westerfield Labs.
Tablet, 0.1 mg., 100s ea. .... .85
0.25 mg., 100s ea. .... 1.10
0.5 mg., 100s ea. .... 1.25
5.0 mg., 100s ea. .... 1.90
White Labs.
Synestrol (See Under Trade Name)

**DIENESTROL SOLUTION** (Key Pharmacal Co.)
Vial, 5 mg./cc., 10 cc. ea. .... 2.10

**DI-EST** ℞ (Central Pharmacal Co.)
10 ml. Vial
[=NDC-131-1024-05]
1s per vial ea. .... 3.60
12s per vial ea. .... 3.06
24s per vial ea. .... 2.88
48s per vial ea. .... 2.70
96s per vial ea. .... 2.52

## DIENESTROL ℞
### Cream

**Composition:** Dienestrol Cream contains 0.01% of the synthetic estrogen, dienestrol, compounded with glyceryl monostearate, peanut oil, glycerin, benzoic acid, glutamic acid and water.

**Indications:** Indicated in the treatment of senile vaginitis in postmenopausal women, atrophic vaginitis, pruritis vulvae caused by atrophic changes in the vulval epithelium, dyspareunia associated with atrophic vaginal epithelium, and prior to plastic pelvic surgery in menopausal cases.

**Contraindications:** Malignancies or precarcinomatous lesions of the vagina or vulva.

**Precautions:** In pruritis vulvae due to infectious conditions, the organism responsible for the infection should be treated with a specific agent.

**Dosage:** One or two applicatorsful per day for one or two weeks, then gradually reduced to one-half initial dosage for a similar period. A maintenance dosage of one applicatorful, one to three times a week may be used after restoration of the vaginal mucosa has been achieved.

**Packaging:** 78g tubes with or without the ORTHO® Measured-Dose Applicator.

Ortho

ORTHO PHARMACEUTICAL CORPORATION
Raritan, New Jersey 08869

*For prices and sizes see previous column*

Double Strength, 10 ml. Vial
[=NDC-131-1019-05]
1s per vial ea. .... 5.25
12s per vial ea. .... 4.46
24s per vial ea. .... 4.20
48s per vial ea. .... 3.94
96s per vial ea. .... 3.67

**DIESTROL** ℞ (Caldwell & Bloor Co.)
Tablet, E.C.
1 mg. [=2093] 100s ea. .... .58
1000s ea. .... 3.43
5 mg. [=2094] 100s ea. .... 1.00
1000s ea. .... 6.86

**DIET** (Dorey Products Co.)
Liquid, 8 oz. ea. .... .75 .50
Sodium,
8 oz. ea. .... .75 .50
16 oz. ea. .... 1.50 1.00
Tablet, 100s ea. .... 2.50 1.67

**DIETABS** ℞ (Key Pharmaceuticals)
(See Catalog Under Key Pharmaceuticals)
Series A, No. 1, No. 2, & No. 3,
100s ea. .... 2.00
1000s ea. .... 10.00

**DIET AID** (Marda Pharmaceuticals, Inc.)
Tablet, 20s .... 2.00 16.80

**DIETAMINE** © (Key Pharmaceutical Inc.)
Vial, 30 cc., 20 mg. ea.
[=NDC-369-020-71] .... 1.50

**DIET-A-WAY** (Pharm-A-Lab.)
Capsule, 7s .... 1.00 4.80
14s .... 1.69 8.00
28s .... 2.98 14.40

**DIETCAPS** © (Blaine Co.)
Timed Cap, 100s ea. .... 4.50
1000s ea. .... 30.00

**DIETEMIC** (Lawton Labs., Inc.)
Elixir, 4 oz. ea. .... 1.20
8 oz. ea. .... 2.00

**DIETENE** (Doyle Pharmaceutical)
Reducing Formula Powder,
Plain or Chocolate, 1 lb. ea. .... 2.69 21.60
4½ lb. ea. .... 9.59 6.39

**DIETEX** ⊕ (Bertex Laboratories)
Capsule, [=3012]
100s ea. .... 8.00
500s ea. .... 37.20

**DIETEZE** (Pharmacy Associates)
Capsule, 10 Day .... 2.09 14.72
Tablet, 30 Day .... 4.95 36.80

**DI-ETH-STROL** ℞ (Vincent Christina & Co.)
Aqueous Suspension,
10 cc. [=1607] ea. .... 1.65
In Oil, 10 cc. [=1068] ea. .... 1.65

**DIETHYLBARBITURIC ACID** ©
(See Barbital)

**DIETHYLCARBAMAZINE**
Lederle
Hetrazan (See Under Trade Name)

**DIETHYLENE DISTEARATE**
Pfaltz & Bauer, Inc.
500 Gm. ea. .... 9.00

**DIETHYLENE GLYCOL**
International Chemical Labs. ℞
16 oz. .... 24.00
1 gal. .... 120.00
Pfaltz & Bauer, Inc.
8 oz. ea. .... 3.50

**DIETHYLENE MONOSTEARATE**
International Chemical Labs. ℞
1 oz. .... 12.00
4 oz. .... 24.00
Pfaltz & Bauer, Inc.
500 Gm. ea. .... 11.00

**DIETHYLPROPION HYDROCHLORIDE**
Merrell, Wm. S.
Tenuate & Dospan
(See Under Trade Names)
National Drug Co.
Tepanil (See Under Trade Name)

**DIETHYLSTILBESTROL** ℞
Academy
1 mg., 100s ea. .... .28
1000s ea. .... 1.15
1 mg., E.C., 100s ea. .... .25
1000s ea. .... 1.50
5 mg., 100s ea. .... .40
1000s ea. .... 3.25
E.C., 100s ea. .... .45
1000s ea. .... 4.00
25 mg., 100s ea. .... 1.25
1000s ea. .... 11.00
E.C., 100s ea. .... 1.35
1000s ea. .... 22.00
American Pharmaceutical Co.
Tablet, U.S.P.,
1 mg.
1000s [=74W] ea. .... 1.48
E.C.
1000s [=75W] ea. .... 1.85
5 mg.
100s [=76R] ea. .... .72
1000s [=76W] ea. .... 5.38
E.C.
100s [=77R] ea. .... .79
1000s [=77W] ea. .... 5.94
25 mg.
1000s [=78W] ea. .... 16.20
E.C.
1000s [=79W] ea. .... 17.20
Arcto-Gram
Des (See Under Trade Name)
Bowman Pharmaceuticals
1 mg., [=997] 100s ea. .... 1.20
1000s ea. .... 5.90
5000s ea. .... 29.50
5 mg., [=998] 100s ea. .... 1.60
1000s ea. .... 7.25
5000s ea. .... 36.25
5 mg., E.C. [=2031] 100s ea. .... 1.60
1000s ea. .... 4.20
5000s ea. .... 21.00
Columbia Medical Co.
Tablets, 1 mg., 1000s ea. .... 1.40
5 mg., 1000s ea. .... 2.05
25 mg., 1000s ea. .... 5.60
E.C., 0.5 mg., 1000s ea. .... 1.50
1 mg., 1000s ea. .... 1.75
5 mg., 1000s ea. .... 2.30
25 mg., 1000s ea. .... 5.95
Cowley Pharm.
Tablet,
5 mg., 1000s [=412] Ea. .... 2.20
25 mg., 1000s [=414] Ea. .... 6.70
E.C., 5 mg.,
1000s [=413] ea. .... 2.80
Gotham Pharmaceutical
Inj., Vial
30 ml., 5 mg. [=249] ea. .... .47
25 mg. [=352] ea. .... .80
Tablet
1 mg. [=425] 1000s ea. .... 1.27
5000s ea. .... 6.00
5 mg. [=426] 1000s ea. .... 2.40
5000s ea. .... 10.50
25 mg. [=427] 1000s ea. .... 6.93
5000s ea. .... 31.80
Horton & Converse
Tablet, 1 mg., 100s ea. .... .35
1000s ea. .... 1.30
5 mg., 100s ea. .... .60
1000s ea. .... 3.60
25 mg., 100s ea. .... 1.25
1000s ea. .... 8.35

E.C., 1.0 mg., 100s ea. .... .45
1000s ea. .... 2.20
5 mg., 100s ea. .... .46
1000s ea. .... 4.30
Kirkman Labs.
Tablet
0.25 mg., 1000s [=1638] ea. .... 3.20
[=NDC-098-1638-80]
0.50 mg., 1000s [=1640] ea. .... 3.50
[=NDC-098-1640-80]
1.0 mg., 1000s [=1590] ea. .... 4.20
[=NDC-098-1590-80]
5.0 mg., 1000s [=1602] ea. .... 5.20
[=NDC-098-1602-80]
25.0 mg., 100s [=1532] ea. .... 2.00
[=NDC-098-1532-81]
E.C.
0.10 mg., 1000s [=1526] ea. .... 3.50
[=NDC-098-1526-80]
0.25 mg., 1000s [=1527] ea. .... 4.05
[=NDC-098-1527-80]
0.50 mg., 1000s [=1528] ea. .... 4.50
[=NDC-098-1528-80]
1.0 mg., 1000s [=1529] ea. .... 5.20
[=NDC-098-1529-80]
5.0 mg., 1000s [=1531] ea. .... 6.00
[=NDC-098-1531-80]
25.0 mg., 100s [=1696] ea. .... 2.30
[=NDC-098-1696-81]
Lilly, Eli
Ampoules in Oil
5 mg., 1 cc. [=385]
6s [=NDC-2-P53-36] Ea. .... 1.79
25s [=NDC-2-P53-25] Ea. .... 5.80
Enseals
0.1 mg., [=46]
100s [=NDC-2-A19-2] Ea. .... .67
1000s [=NDC-2-A19-4] Ea. .... 5.15
0.25 mg., [=47]
100s [=NDC-2-A20-2] Ea. .... .77
1000s [=NDC-2-A20-4] Ea. .... 5.94
0.5 mg., [=48]
100s [=NDC-2-A21-2] Ea. .... .86
1000s [=NDC-2-A21-4] Ea. .... 6.77
1 mg., [=49]
100s [=NDC-2-A22-2] Ea. .... 1.20
1000s [=NDC-2-A22-4] Ea. .... 7.36
5 mg., [=85]
100s [=NDC-2-A33-2] Ea. .... 2.50
1000s [=NDC-2-A33-4] Ea. .... 17.28
25 mg., [=90]
100s [=NDC-2-A34-2] Ea. .... 5.25
500s [=NDC-A34-3] Ea. .... 21.42
Suppositories
0.1 mg. [=14]
6s [=NDC-2-S07-16] Ea. .... 1.51
50s [=NDC-2-S07-50] Ea. .... 8.40
0.5 mg., [=15]
6s [=NDC-2-S09-16] Ea. .... 1.79
50s [=NDC-2-S09-50] Ea. .... 9.50
Tablet
0.1 mg., [=1646]
100s [=NDC-2-J49-2] Ea. .... .43
1000s [=NDC-2-J49-4] Ea. .... 3.60
0.25 mg., [=1647]
100s [=NDC-2-J50-2] Ea. .... .57
0.5 mg., [=1648]
100s [=NDC-2-J51-2] Ea. .... .56
1000s [=NDC-2-J51-4] Ea. .... 4.95
1 mg., [=1649]
100s [=NDC-2-J52-2] Ea. .... .75
1000s [=NDC-2-J52-4] Ea. .... 5.54
5 mg., [=1685]
Blister Pack, 10x10s
[=NDC-2-J54-33] .... 2.73
100s [=NDC-2-J54-2] Ea. .... 2.20
1000s [=NDC-2-J54-4] Ea. .... 24.99
25 mg., [=1724]
100s [=NDC-2-T20-2] Ea. .... 4.65
Massengill, S. E.
(See Catalog Under Massengill Products)
In Oil, U.S.P., 25 mg.,
Vial, 10 cc. [=2573] ea. .... 2.20

(Continued on Next Page)

B-D Fever Thermometers • ASEPTO • RED FLASH • MEDICAL CENTER

ASEPTO, B-D, MEDICAL CENTER and RED FLASH are trademarks ... B-D

DIETHYLSTILBESTROL (Continued)
Merck & Co.
U.S.P. [#632711]
5 Gm. ea. .... 2.15
25 Gm. ea. .... 8.00
Rabuisan Lab.
Tablets,
C.T.,
1.0 mg., 100s ea. .... .60
1000s ea. .... 3.00
5.0 mg., 100s ea. .... .70
1000s ea. .... 3.70
25 mg., 100s ea. .... 1.25
1000s ea. .... 9.00
E.C.,
0.3 mg., 100s ea. .... .70
1000s ea. .... 3.90
1.0 mg., 100s ea. .... .75
1000s ea. .... 4.20
5.0 mg., 100s ea. .... .80
1000s ea. .... 4.20
25.0 mg., 100s ea. .... 1.60
1000s ea. .... 12.20
Stayner Corporation
Tablets, 1 mg. [#48]
100s ea. .... .55
1000s ea. .... 2.75
E.C., Yellow, [#125]
100s ea. .... .75
1000s ea. .... 4.25
5 mg., [#49]
100s ea. .... .70
1000s ea. .... 3.70
E.C., Red, [#126]
100s ea. .... .80
1000s ea. .... 4.50
25 mg., [#50]
100s ea. .... 1.25
500s ea. .... 4.35
Sunland Pharm.
Oil, 25 mg., vial, 10 c.c. ea. .... 2.15
TMCO
Injectable, 25 mg./oil, 10 cc. ea. .... 2.00
Towne, Paulsen & Co.
Tablet, 1 mg., 1000s ea. .... 3.15
5 mg., 1000s ea. .... 4.20
EC, 1 mg., 1000s ea. .... 4.73
5 mg., 100s ea. .... 1.21
1000s ea. .... 6.30
Atlas Pharm. Labs.
Vial, [#118] 30 cc. ea. .... 1.75
[#136] 10 cc. ea. .... 2.50
[#135] 30 cc. ea. .... 4.00
E.C., 1 mg., 1000s ea. .... 4.50
5 mg., 100s ea. .... 1.25
1000s ea. .... 4.50
25 mg., 100s ea. .... 1.45
1000s ea. .... 9.50
Upjohn
Perles,
1.0 mg., [#NDC-9-127-1]
[#190] 500s ea. .... ★4.41 AWP 5.29
1000s ea. .... ★8.28 AWP 9.94
5.0 mg., [#NDC-9-136-1]
[#194] 500s ea. .... ★9.30 AWP 11.16
1000s ea. .... ★16.95 AWP 20.34
Vista Pharmaceuticals, Inc.
Tablet
E.C., 1 mg., 1000s ea. .... 1.35
5 mg., 1000s ea. .... 2.50
25 mg., 1000s ea. .... 5.75
Plain, 1 mg., 1000s ea. .... 1.00
5 mg., 1000s ea. .... 2.00
25 mg., 1000s ea. .... 5.50
Wyeth Labs.
Tablet, 5 mg. [#1A740]
[#NDC-8-286-1]
Redipack box of 100s
1 to 39 bxs. ea. .... ★1.25 AWP 1.47
40 to 99 bxs. ea. .... ★1.19 AWP 1.43
100 to 249 bxs. ea. .... ★1.13 AWP 1.36
250 or more bxs. ea. .... ★1.07 AWP 1.28

DIETHYLSTILBESTROL DIPROPIONATE R
Blue Line Chemical Co.
Tablet,
1 mg. [#149] 100s ea. .... 1.25
1000s ea. .... 8.50
5 mg. [#150] 100s ea. .... 3.00
1000s ea. .... 21.00
E. C.,
1 mg. [#207] 100s ea. .... 1.25
1000s ea. .... 8.50

DIETMASTER (Drugmaster Inc.)
Capsule, 15s .... 3.95 28.80
30s .... 6.95 50.40
Liquid Sweetener, 4 oz. .... .69 5.84

DIETROL R (Phila. Capsule)
Capsule, 100s ea. .... 1.90

DIETROL (Unique Products)
Tablet, 30s ea. .... 2.00 1.25
60s ea. .... 3.50 2.00
90s ea. .... 5.50 3.00

DIET-SNACKS (Super Products)
1 lb. .... 3.00 12.00

DI-ETTES (Marsed Labs.)
Crystals, 1/3 oz. .... .98 7.20
1 oz. .... 2.50 18.00

DIET-TRIM (Pharmex, Inc.)
Tablet, 21s .... .98 6.00
90s .... 2.93 18.00

DIET-TUSS (Approved Pharm. Corp.)
Cough Syrup, 4 oz. .... 1.50 8.80

DI-FACTOR (Sutliff & Case)
Tablets, [#CT1376]
100s ea. .... 1.45
1000s ea. .... 9.70

DI-FEN R (Kay Pharm. Co.)
Capsule [#C-71] 100s ea. .... 1.35
1000s ea. .... 9.72

DIFEREX (Direct Laboratories)
Tablet [#232] 100s ea. .... 2.65
500s ea. .... 8.65
1000s ea. .... 15.75

DI-FERRIN R (Ulmer Pharmacal Co.)
Vial [#2040-10] 10 cc. ea. .... 3.50
6 x 10 cc. .... 2.92

DIFLOR (Direct Laboratories)
Tablet [#235-A] 100s ea. .... 2.20
500s ea. .... 7.15
1000s ea. .... 13.00

DIFOLACEN R (Atlas Pharmaceutical Labs)
Inj., vial, 10 cc. [#115] ea. .... 2.00

DIFURON (Direct Laboratories)
Tablet [#242] 500s ea. .... 3.42
1000s ea. .... 6.25

DIGARTRIAL R (Hillebrand)
Tablets, 100s ea. .... 3.00

DI-GAS (Chester Chemical Corp.)
Mildew Preventive, 4½ oz. .... .69 4.97
Junior, 2 oz. .... .35 2.52

DIGASTROGEN (Bowman, Inc.)
Tablet [#265] 100s ea. .... 1.50
1000s ea. .... 6.50
5000s ea. .... 32.50

DI-GEL (Plough, Inc.)
Liquid, 6 oz. .... 1.15 9.66
12 oz. .... 1.85 15.54
Tablet, 30s .... .85 7.14
56s .... 1.35 11.34
100s .... 1.85 15.54
Trials, 8s .... .25 2.10

DI-GENIK R (Savage Laboratories, Inc.)
Liquid, 10 cc. [#100]
[#NDC-281-5260-16] ea. .... 3.04

DIGENZYME R (Cumberland Pharmacal)
Tablet, S.C., 100s ea. .... 3.00

DIGENZYME (Maurry Biological Co.)
Tablet, 100s ea. .... 2.31
1000s ea. .... 19.92

DIGERATONE (Direct Laboratories)
Tablet [#105-A] 500s ea. .... 7.50
1000s ea. .... 14.50

DIGESTABS (Bush Labs.)
Tablet, 1000s [#0421] ea. .... 4.25

DIGESTAIDS (Friendly Laboratories)
Tablet, 25s .... 1.25 10.00
100s .... 3.00 24.00

DIGESTA-LAX (Fibertone Co.)
Tablet, [#35] 50s ea. .... 2.00 1.20
100s ea. .... 3.50 2.10
250s ea. .... 8.00 4.80
500s ea. .... 15.00 9.00
1000s ea. .... 28.00 16.80

DIGESTALIN R (Conal Pharmaceuticals, Inc.)
Tablet, 100s [#2377] ea. .... .65
1000s [#2378] ea. .... 5.00

DIGESTAMIC R (Metro Med Inc.)
Liquid, 8 oz. ea. .... 4.90
1 gal. ea. .... 57.00
Tablet, 50s ea. .... 4.00
500s ea. .... 36.00

DIGESTASIC NO. 2 R (Metro Med, Inc.)
Tablet, 50s ea. .... 3.50
500s ea. .... 32.00

DIGESTAMS (Moore Kirk Laboratories)
Elixir, [#E-20] 4 oz. ea. .... .80
Pt. ea. .... 2.15
Gal. ea. .... 11.95

DIGESTANS R (Philadelphia Capsule Co.)
Capsule, 100s ea. .... 1.90

DIGESTANT ★ (Cassright Corp.)
Tablets, 100s ea. .... 6.25 3.75
1000s ea. .... 56.25 33.75

DIGESTANT-M (Fibertone Co.)
Tabs., [#34] 50s ea. .... 1.40 .84
100s ea. .... 2.50 1.50
250s ea. .... 5.50 3.30
500s ea. .... 10.00 6.00
1000s ea. .... 18.00 10.80

DIGESTESE (Sewan Research)
Tablet, 20s .... 1.00 6.00

DIGESTEX (Pasadena Research)
Tablet, 100s [#294] ea. .... 4.50 2.70

DIGESTIN (Robinson)
Tablets [#106] 100s ea. .... .95
1000s ea. .... 7.90

DIGESTIVE (Cowley Pharmaceuticals)
Tablet, 1000s [#240] ea. .... 3.30

DIGESTIVE JR. (Jenkins Labs., Inc.)
Tablet, 1000s [#J-37] ea. .... 3.50

DIGESTIVEL (Cornil Pharm.)
Tablets [#507] 100s ea. .... .70
1000s ea. .... 6.00

DIGESTOSAL (Pureoxc)
Powder, 5 oz. [#617] .... 1.19 7.20

DIGESTOVAN (Vanel Chemical Co.)
Tablet, 1000s ea. .... 16.00

DIGESTOZYME (Wesley Pharmacal)
Tablet, 50s ea. .... 3.50

DIGESTULES R (Caldwell & Bloor Co.)
Timecap [#2385] 100s ea. .... 2.08
1000s ea. .... 15.86

DIGEX (Celame)
4 oz. .... 1.00 7.20

DIGICARDALIS R (Westerfield Labs.)
Tablet, 100s ea. .... .95

DIGIFOLIN R (Ciba)
Ampuls, 2 ml.
5s ea. .... 1.10
20s ea. .... 3.75
Oral Solution
1 fl. oz. bot. ea. .... 1.20
Tablets, 1½ gr.
50s ea. .... 1.20
500s ea. .... 8.50

DIGIFORTIS R (Parke, Davis)
Ampoules, A 1 c.c.
10s [#3-173-10]
[#NDC-71-1204-10] ea. .... ★3.54 AWP 4.25
Kapseals,
100s [#15-351-4]
[#NDC-71-351-4] ea. .... ★1.29 AWP 1.55
500s [#15-351-8]
[#NDC-71-351-8] ea. .... ★5.10 AWP 6.12
5000s [#15-351-13] ea. .... ★39.90 AWP 47.88
Tablets,
50s [#25-687-50]
[#NDC-71-687-50] ea. .... ★.63 AWP .79
1000s [#25-687-11]
[#NDC-71-687-11] ea. .... ★7.98 AWP 9.58

DIGIGLUSIN RA (Lilly, Eli)
Tablets,
S.C., [#660]
100s [#NDC-2-C09-2] ea. .... 1.35
500s [#NDC-2-C09-3] ea. .... 4.83

DIGI-KO R (Bio-Ko Research Corp., Inc.)
Tablet, 100s ea. .... 4.50

DIGIKOTE R (Canfield, C.R.)
Capsule, T.D.,
0.15 mg., 100s ea. .... 3.75
500s ea. .... 16.87
1000s ea. .... 31.87
0.3 mg., 100s ea. .... 3.95
500s ea. .... 17.77
1000s ea. .... 33.57

DISISINE (Century Pharmacal Co.)
Liquid, 1 oz. ea. .... 5.00 3.50

DIGITALINE NATIVELLE R (Fougera)
(See Catalog Under Fougera)
Injection
Intramuscular, 0.20 mg./cc.
1 ml., 6s ea. .... 1.30
50s ea. .... 7.50
2 ml., 6s ea. .... 1.70
50s ea. .... 11.70
Pediatric Elixir, Solution 1:2000
55 ml., ea. .... 1.80
Oral Solution 1:1000
10 ml. ea. .... 1.50
Tablets, 0.10 mg., 40s ea. .... .70
100s ea. .... 1.60
250s ea. .... 3.80
1000s ea. .... 11.50
0.15 mg., 40s ea. .... .80
250s ea. .... 4.20
0.20 mg., 40s ea. .... .85
100s ea. .... 2.00
250s ea. .... 4.60
1000s ea. .... 14.00

DIGITALIS R
American Quinine
Tabs., 0.1 gm., 1000s
[#T-822] ea. .... 2.10
Arnar-Stone Labs.
Tablet, 100s [#6270] ea. .... 1.00
1000s [#6272] ea. .... 8.00
Bowman Pharmaceuticals
Capsule, 1½ gr.,
100s [#581] ea. .... 1.60
1000s ea. .... 9.95
5000s ea. .... 49.75
Burroughs Wellcome
Tabloid Brand Leaf
Tablets, 1½ gr., 100s ea. .... .69
1000s ea. .... 4.56
Cowley Pharmaceuticals
Tablet, 1½ gr.,
1000s [#420] ea. .... 2.00
E.C., 1000s [#421] ea. .... 3.00
Davies, Rose-Hoyt
Pil-Digis (See Under Trade Name)
First Texas
Tincture, ¼ pt. ea. .... .95
Pt. ea. .... 3.24
Gotham Pharmaceutical
Tablet, 1½ gr.,
1000s [#396] ea. .... 2.20
Don Hall Labs
1½ gr. C.T. Scored
100s ea. .... .75
1000s ea. .... 3.80

for
Digitalis U.S.P.
see
PIL-DIGIS®
DAVIES ROSE HOYT
Pharmaceutical Division
The Kendall Company
Needham, Mass. 02194
KENDALL

*For prices and sizes see previous column*

Kirkman Laboratories, Inc.
Tablet
60 mg. [#1815]
100s ea. .... .45
1000s ea. .... 2.40
100 mg. [#1816]
100s ea. .... .50
1000s ea. .... 2.60
Lederle Laboratories
Tablets, 1 Unit
1½ gr.,
100s [#4472-23]
[#NDC-5-4472-23] .... ★1.00 AWP 1.20
1000s [#4472-34]
[#NDC-5-4472-34]
Ea. .... ★3.74 AWP 4.49
5000s [#4472-37]
[#NDC-5-4472-37]
Ea. .... ★16.93 AWP 20.32
Tinct. [#36]
¼ pt. ea. .... .81
1 pt. ea. .... 2.76
Lilly, Eli & Co.
Pulvules [#220]
100s [#NDC-2-F32-2]
Ea. .... 1.06
1000s [#NDC-2-F32-4]
Ea. .... 6.51
Tincture, [#36] 4 oz.
[#NDC-2-Y59-58] ea. .... 1.26
Mallard
Dig-Test (See Under Trade Name)
Massengill, S. E.
(See Catalog Under Massengill Products)
Leaves, N.F. 1½ gr.,
Capsule,
1000s [#2615] ea. .... 8.70
Merck Sharp & Dohme
(See Catalog Under Merck Sharp & Dohme)
Tablet, 0.1 Gm. [#1435]
1000s ea. .... ★2.38
Penick, N.Y.Q., Chemical Division
Powder, ¼ lb. ea. .... 3.75
Raymer
Tablets, E.C.,
1½ gr., 100s ea. .... 1.25
1000s ea. .... 4.30
Robinson Lab.
Tablets,
C.T., 1½ gr., 100s ea. .... .25
1000s ea. .... 3.20
Roche Labs.
Digalen (See Under Trade Name)
Sandoz
Acylanid, Digilanid (See Under Trade Names)
Stayner Corporation
Tablet, 1½ gr., [#195]
100s ea. .... .45
1000s ea. .... 3.20
Stoddard
Tablets,
1½ gr., 100s ea. .... .30
500s ea. .... 2.20
1000s ea. .... 3.80
1½ gr., E.C., 100s ea. .... .80
500s ea. .... 2.70
1000s ea. .... 4.80
TMCO Pharmaceuticals
Tablet 100 mg.
100s ea. .... 3.25
E.C., 100s ea. .... 4.75
Upjohn
Digitora (See Under Trade Name)

DIGITALIS LEAVES
Horton & Converse
Tablet, ½ gr., 100s ea. .... .45
1000s ea. .... 2.25

DIGITEX (Cel-U-Dex)
(See Catalog in Display Section)
Fingertip Moistener
Liquid, 2½ oz. ea. .... .75 ....
Pad ea. .... .50 ....

DIGI-THYROID R (Endocrine Co.)
Tablet, 1000s ea. .... 3.00

DIGITONE (Mertens & Son)
Ointment, 2 oz. .... 1.50 .... 1.00

ARMOUR THYROID
QUALITY AND DEPENDABILITY FOR ALL THYROID USP RX'S

1970

Prices are listed in this order: ● Retail FTM; Retail Price; Whole. Price To Retailer; ★ Price On Direct Basis—Per dz., ea., or as specified.

ST-1 (Supreme Pharmaceuticals)
Sty Relief,
½ oz., ½oz [#S177] ea. .... 4.05

STICKADOODS (Avery Label Co.)
Air Mail Labels [#ST-8] .... .29 2.09
Fabric Identity Badges [#ST-5] .... .49 3.53
Felt Bumpers [#ST-6] .... .49 3.53
Letters [#ST-4] .... .39 2.81
Numbers [#ST-7] .... .39 2.81
Parcel Post Labels [#ST-9] .... .29 2.09
Photomounts [#ST-3] .... .49 3.53
Reinforcements [#ST-2] .... .29 2.09

STICKTITE (Kasner Co.)
Denture Adhesive Powder, 2 oz. .. .75 6.00

STICKY (San-Ott Labs.)
Denture Adhesive Cream,
¼ oz. ea. .... 1.00 .60

See STIEFEL LABS. CATALOG Page 551

STIEFEL MEDICATED SOAPS (Stiefel Labs., Inc.)
Salicylic Acid Soap, 3½%,
3.2 oz. cake [#NDC-145-1021-5] .... 1.05 8.20
Salicylic Acid, 3% & Sulfur, 10%,
3.4 oz. cake [#NDC-145-1087-5] .... 1.05 8.20
Sulfur Soap, 10% (slight scent)
3.4 oz. cake [#NDC-145-1024-5] .... 1.05 8.20
Polytar Soap,
3.2 oz. cake [#NDC-145-1092-5] .... 1.05 8.20

STIEGUENT
Rx Winters Corp.
...ses, (Unit of 16 .... .98 5.70

STIGMANOL ℞ (Gold Leaf)
Ampuls,
1:1000, 1 c.c., 100s ea. .... 8.00
1:2000, 1 c.c., 100s ea. .... 10.00
1:1000, 10 c.c. vial ea. .... .75
1:2000, 10 c.c. vial ea. .... .60

STIGMASTEROL ℞
Aero Chemical Corporation
1 Gm. ea. .... 4.00
City Chemical
M.P. 165-168° [#S1010]
1 Gm. ea. .... 3.00

STI... (Truett Labs.)
...ibacterial Tape Adherent,
Aerosol, 6 oz. ea. .... 1.60
20 oz. ea. .... 3.00

STIK-VAC (Gland-O-Lac Company)
Vaccine, 100 dose .... 1.35 .90
250 dose .... 3.00 2.00
500 dose .... 3.75 2.50

STILBEST K ℞ (Keene Pharmacal Co.)
(Gensule, 100s ea. .... 10.00

STILBESTROL (See Diethylstilbestrol)

STILBESTROL ℞ (Zemmer Co., The)
Tablet, 0.5 mg., [#CT-844]
100s ea. .... .75
1000s ea. .... 4.50
5000s per 1000s ea. .... 4.00
1 mg. [#CT-845]
100s ea. .... .80
1000s ea. .... 5.20
5 mg. [#CT-992]
100s ea. .... 1.00
1000s ea. .... 6.90

STILBETIN ℞ (Squibb Pharmaceutical)
Tablets,
5.0 mg., 100s [#3585] ea. .... AWP ★2.00 2.40
E.C., 100s [#3595] ea. .... AWP ★2.15 2.58
25.0 mg., 100s [#3605] ea. .... AWP ★4.65 5.58
100.0 mg., 50s [#3623] ea. .... AWP ★7.45 8.94

STILBEX ℞ (Bellevue)
(Prices on Request.)

STIL FORTE ℞ (Saron Pharmacal)
Tablet, 100s ea. .... 3.00

STILL (Spanner, G.O.)
Tablets, 50s ea. .... 5.00 3.25

STILLINGIA ROOT
Sherwood Laboratories
Fluid Extract, N.F. VII
1 pt. ea. .... 5.25
1 gal. ea. .... 31.50
Tincture, pt. ea. .... 3.50

**STILLMAN'S**
**Freckle Cream**
Not only lightens freckles but also can be used to make skin lighter, softer and smoother. National magazine advertising
STILLMAN COMPANY
Aurora, Illinois

STILLMAN'S (Stillman Co.)
Complexion Soap, 4 oz. .... .35 2.80
Freckle Cream, ½ oz. jar .... .80 6.40
1⅛ oz. jar .... 1.25 10.00
Medicated Jell w/Applicator 1 1/7 oz. tube .... 1.00 6.00
2¼ oz. tube .... 1.50 9.00
Refill, 2¼ oz. tube .... 1.00 6.00

STILPHOSTROL ℞ (Dome Labs.)
Ampuls, 5 c.c.,
20s [#813110] ea. .... 28.00
Tablets, 50 mg.,
50 [#813120] ea. .... 8.50

STILTABS ℞ (Argus, Jas. Laboratories)
Tablet,
0.5 mg., 100s ea. .... .90
1.0 mg., 100s ea. .... .90
5.0 mg., 100s ea. .... 1.50
25.0 mg., 100s ea. .... 3.00

STIL-TOSTERONE (Pharmex, Inc.)
75s ea. .... 1.50

STILZ (Dermik Labs.)
Anti-Noise Ear Plug,
Pr., 6s ea. .... 1.25 .94

STIM-10 ℞ (Schlick, Inc.)
Capsule, 100s ea. .... 3.30

STIM-10/50 (Schlick, Inc.)
Tablet, 100s ea. .... 3.50

STIM-15 ℞ (Schlick, Inc.)
Capsule, 100s ea. .... 4.40

STIM-15/60 ℞ (Schlick, Inc.)
Capsule, 100s ea. .... 5.75

STIM-A-PLEX (Arrow Medical Co.)
Ferrated or Plain,
Liquid, 16 oz. ea. .... 5.00 3.34

STIMATITE (Allen Pharmacal Co.)
Liquid, 4 oz. ea. .... 1.25
Pt. ea. .... 3.00
Gal. ea. .... 16.00
w/Iron, 4 oz. ea. .... 1.25
Pt. ea. .... 3.00
Gal. ea. .... 16.00

STIMATRIC ℞ (Winston Pharmaceuticals)
Tonic, pt. ea. .... 5.40
Gal. ea. .... 38.00

STIMDEX ℞ (Ulmer)
Tablet [#1155-01] 100s ea. .... 1.35
[#1155-11] 1000s ea. .... 7.00

STIM-PAX ℞ (Schlick, Inc.)
Capsule, 1 Pax ea. .... 2.95

STIMPLANTS (Agri. Div., Chas. Pfizer & Co.)
For Cattle,
25 pellets w/Clip .... ....
Lamb, 25 pellets w/Clip .... ....
Implant Gun .... ....
(Prices on Request from Mfr.)

STIMPLEX ℞ (Rocky Mountain Pharmacal)
10 cc. ea. .... 2.50

STIM-U-DENTS (Stim-U-Dents, Inc.)
Gum Massager & Tooth Space Cleaner,
Pkg. of 5 pocket containers .... .69 5.52

STIMULA (Smith, Miller & Patch)
Ointment,
1½ oz. [#3300-1] ea. .... .72

STIMULANT ℞ (Winston Pharmaceuticals, Inc.)
Tonic, pt. .... 5.40
Gal. .... 38.00

STIMULATE (Mardis Pharmaceuticals, Inc.)
Tablet, 24s .... 2.00 16.00

STIMULON ℞ (Brown Pharmaceutical)
(See Catalog Under Brown Pharmaceutical)
Vial, 10 c.c. ea. .... 2.50

STIM-U-LYSIN (American Medicinal Corp.)
Tablet, 30s ea. .... 1.90

STIMUTOL (Pharmex, Inc.)
Capsule, 30s .... 2.95 16.00
60s .... 4.95 28.80

STIMUTONE (Cerveza Lab.)
Liquid, 8 oz. ea. .... 3.30 2.20

STIMUZOLE ℞ (Medicinal Research Labs.)
Tablet, 100s ea. .... 3.50

STING-KILL (Medical Supply Company)
Liquid, 1¼ oz. .... .98 7.84

STING N' ITCH (Pharmex, Inc.)
Balm, 35 cc. .... .69 4.40
70 cc. .... .98 6.00

STING-STOPPER (Southwest Products, Inc.)
Liquid, 1¼ oz. .... .98 7.84

STIP (Cutter Labs.)
8 oz. bot. [#350-59] ea. .... 1.35 .86

STIXON (Medical Fabrics Co., Inc.)
Self-Adherent Gauze Bandage,
6" x 10 Yds., Cuts,
Can, ½", ¾", 1", 1½" or 2"
[#50-12] ea. .... 1.50 1.00

S-T LINNEX (Scot-Tussin Pharmacal)
Capsule, 50s ea. .... 2.75

**STOCKINGS, ELASTIC**
See Listing Under
**FUTURO**
*Modern* Health Supports

STOCK-TOX (Martin, C. J. & Sons)
Livestock Spray & Dip,
Pt. .... 15.00
Gl. .... 20.40
Super, Pt. .... 16.20
Gl. .... 22.20

STOCK-TOX (Woodbury Chemical)
Insecticide, gl., 12s .... ....
Gal. .... ....

STOKES EXPECTORANT ●
Forpac Corp.
4 oz. [#806-Z] .... .85 5.40
Weiton Labs., Inc.
4 oz. [#L-408] ea. .... .79 4.80

STOLICAL (Vitamin Council Inc.)
Liquid, [#40] 12 oz. ea. .... 1.99 .65
Tablet, [#61] 24s .... 3.48

STOLLERINE ℞ (Bluco Inc.)
Tablet, 100s ea. .... 1.25
1000s ea. .... 10.00

STOMACHIC DROPS (Goebbels, Albert)
Liquid, 1 oz. .... 1.00 8.00

STOMACHIC A
(Claus, Otis & Son)
Tablet, 100s ea. .... 1.98 1.32

STOMACHIC BELL (Hollings-Smith Co., Inc.)
Tablet, 100s .... 1.00 8.00

STOMADE (United Pharmaceuticals, Inc.)
Powder, 4 oz. .... .99 4.25
8 oz. .... 1.39 8.47

STOMAFRESH (White Oaks Labs.)
Liquid, ½ gal. ea. .... 2.98 1.99
1 gal. ea. .... 4.98 3.34

STOMAGEL (Knight Pharmacal)
Suspension, 12 oz. ea. .... 1.10

STOMASEAL (Minnesota Mining & Manufacturing)
Adhesive Disc,
12s [#1500] ea. .... 1.07

STOMASEPTINE (Ex-Lax, Inc.)
(See Catalog Under Ex-Lax)
Douche Powder,
Jar, 6 oz. .... 1.45 12.00
15 oz. .... 2.75 22.50
32 oz. .... 4.95 40.20
Packet, 12s .... 1.45 12.30

STOMATONES (Catisene Co.)
Tablet, 30s .... .75 6.00
60s .... 1.26 10.00

STOMATROL (Carroll Chemical Co.)
Solution, 4 oz. [#70] .... 7.20

STOMEZE (Hilly-Medicinal)
Wafers, 30s [#3065] ea. .... .28

STONE ROOT (See also Collinsonia)
Penick, N.Y.Q., Chemical Division
1 oz. ea. .... .21

STONER'S (Stoner's Ink & Chemical)
Silicone Skin Spray w/Hexa,
Liquid, 6 oz. .... 1.17 .... 8.40
16 oz. .... 2.90 .... 14.40
Tar Remover
Aerosol, 1 gal. ....

STONE STRAW PRODUCTS (Stone Straw Corp.)
(Products and prices on request from mfg.)

STOP ℞ (Fay Labs., Inc.)
Multi-Dose Vial,
10 ml. ea. .... 3.25
30 ml. ea. .... 8.25

STOP (Ovelmo Co.)
Capsule, 7s .... 1.25 10.00
21s .... 3.50 28.00

STOPAIN (Columbia Medical)
(See Catalog Under Columbia Medical)
Tablet, 36s .... 3.65
100s ea. .... .60
1000s ea. .... 4.95

STOPASMA (Preston Franklin Pharmacal)
Tablet [#114] 30s .... 1.25 5.40
100s .... 2.98 12.00

STOPBACCO (Sevron Research)
Tablet, 20s .... .98 6.00

STOP BITE (Styper Products)
Liquid, ½ oz. .... 1.00 8.00

STOPETTE (Helene Curtis Industries)
Aerosol, 6 oz. [#2040-04] .... .99 8.20
Roll-on,
1.35 oz. [#2020] .... .69 5.71
3 oz. [#2021] .... .99 8.20

STOPIN (Clarke-Whitney Div.)
Liquid, ½ oz. [#2041] .... .69 5.75

STOP-NAIL (Approved Pharm. Corp.)
Liquid, ½ oz. .... .69 5.60

STOPS (Tamara Royal Jelly Products, Ltd.)
Lozenge, 12s ea. .... 1.49 .89

STOP ZIT (Wen-Zit Labs.)
Nail Biting Deterrent .... 1.25 20.00

STOP-ZIT (Purepac Pharmaceutical Co.)
For Children,
To help stop Thumbsucking .... 1.25 10.00

STORICINE (Consolidated Royal Chemical)
1 oz. .... .35 2.80
3½ oz. .... 1.00 8.00

STORMLINE (Pharmacy Associated)
Tablet, 30s .... .39 2.80
100s .... .65 3.72
1000s ea. .... 2.55

STORMOSCOPE BAROMETERS
(Taylor Instrument Cos.)
Altair, Brown [#6503] ea. .... 9.95 6.00
White [#6602] ea. .... 9.95 6.00
Altimeter,
5000' [#6203C] ea. .... 12.50 7.50
14000' [#6203F] ea. .... 12.50 7.50
Aries [#6504] ea. .... 16.95 10.20
Cashews [#6205] ea. .... 14.95 9.00
Cygnus Book [#6201] ea. .... 11.95 7.20
Fisherman's [#6206] ea. .... 9.95 6.00
Ship's Wheel [#6202] ea. .... 16.95 10.20
Statesman Pendant [#6401]
Ea. .... 25.00 15.00
Vega Pendant [#6404] ea. .... 9.95 6.00

STOUT'S BITTERS (Stout's Drugs)

STOVER NO. 101 (Stover Laboratories, Inc.)
Protective skin cream,
8 oz. .... 1.00 .60
16 oz. .... 1.75 1.05

STOXIL ℞ ▲ ® (Smith Kline & French)
(See Catalog Under Smith Kline & French)
Ophthalmic Ointment, 0.5%
4 Gm. [#524-74] ea. .... 2.59
Ophthalmic Solution 0.1%,
15 cc. [#526-75] ea. .... 2.50

S-T PEFEDEX ℞ (Scot-Tussin Pharmacal)
Capsule, T.D. 30s ea. .... 2.75
100s ea. .... 7.25

STRADIVARI (Prince Matchabelli)
Perfume
¼ oz. [#6053] ea. .... 15.00 ....

STRAMONIUM ℞
Davies, Rose-Hoyt
Pills, 0.25 Gm., 100s ea. .... 2.00
Fougera, E. & Company, Inc.
Cigarettes, 20s ea. .... 1.00
Lilly, Eli
Tincture, N.F.,
1 pt. [#78] ea. .... 2.64

STRAMONIUM LEAVES
Penick, N.Y.Q., Chemical Division
1 oz. ea. .... .17
Powder, ¼ lb. ea. .... .56
1 lb. ea. .... 1.37
5 lb. ea. .... 5.33
Sherwood Labs. ℞
Fluid Extract, N.F. VIII
1 pt. ea. .... 7.50
1 gal. ea. .... 45.00
Tincture, N.F. XI
1 pt. ea. .... 2.50
1 gal. ea. .... 15.00

STRAND PRODUCTS (Strand Products Co.)
Black Strand
Cake Sampon, 3 oz. .... .30 2.40
Hair Coloring
Black, or Jet Blk., 2 oz. .... .98 8.00
Brown Strand
Hair Coloring
Dark, Med., Lt. Brown
2 oz. .... .98 8.00
Deluxe Creme'n Color Pak
2 oz. .... 1.75 14.00

STRASCOGESIC ℞ (Strasenburgh Labs.)
(See Strasenburgh Catalog Insert)
Tablet [#853] 100s
[#NDC-018-0853-71] ea. .... 4.50
1000s
[#NDC-018-0853-90] ea. .... 36.56

See STRASENBURGH LABS. Product and Price Information Opp. Page 578

STRAUS CIGARS (Henry Straus Co.)
Custom Made,
Coronas ea. .... .10 ....
Epicures, 25 ea. .... .15 ....
Natural Maduro,
25 ea. .... .25 ....
Palmas, 25 ea. .... .25 ....

STRAUS NO. 9 (Henry Straus Co.)
Cigar, ea. .... .06 ....
Broadleaf blunts,
25 ea. .... .10 ....
Broadleaf executive, ea. .... .20 ....
Broadleaf perfecto,
25 ea. .... .10 ....
Tobacco, 8 oz. .... 1.15 10.80
16 oz. .... 2.15 20.64
Pocket size .... .25 2.40

STRAWBERRY (Heime Products)
Can, 3¼ oz. .... .25 ....
5 oz. .... .30 ....

ARMOUR THYROID
QUALITY AND DEPENDABILITY FOR ALL THYROID USP RX'S



$6.00 Per Copy

The NEW American Druggist

# BLUE BOOK 1971

MARCH 1971
TO MARCH 1972

BOOK
NOW
FULLY COMPUTERIZED

"THE EASY-TO-READ PRICE BOOK" (1234) cat. #; ℞, ℞ only; ▲, refrigerate; ●, narcotic; ♦, narcotic, (oral ℞ o.k.); ⊛, exempt narcotic; ⊗, dated products; ▦, Subject to DACA. Pg. 185 Der-Des

DERMA 10 SKIN CLEANSER OTC (Merit Pharmaceut)
Liquid 8 oz. ea. .... 1.50

DERM CLEANSE (Derm)
4 oz. .... 1.40

DERM CORT. CREAM (Derm)
1 oz. .... 2.70

DERMDOL (C & M Pharm)
Liquid, 1 pt. ea. .... 1.94

DERMIDON (Republic)
Ointment 1 1/4 .... 1.25 ....

DERMLETS (Hill)
capsules, 100's .... 4.25

DERMOAT POWDER (Hill)
powder, 18 oz. .... 1.00

DERMOCAINE (Luyties)
Ointment 1 oz. 1.00 ....
2 oz. 1.85 ....
4 oz. 3.35 ....

DERMOCARE (Dermocare)
FormulaSoap, 3 oz., 3s ea. 1.50 1.00

DERMOCARE SOAP BAR (Schiff)
.50

DERM-O-CREME (V. B. Lab)
Ointment, 1 oz. 1.00 7.92
2 oz. 2.00 14.64

DERM-O-DINE (TruOdine)
Ointment, 1 oz. .85 4.00

DERMO-GEN (Mallard)
Ointment, 1 oz. (0-61)
NDC 166-61-35 .... 7.95
1 lb. (0-61) ea.
NDC 166-61-39 .... 5.60

DERMOIL LOTION (Blair)
*See Catalog Under (Blair Labs.)*
(See Riasol Lotion)

DERMOLATE (Schering)
4 oz. cake ea. .90 .60

DERMOLIN (Mallard)

DERMO-PEDIC FOOT LOTION (Micro-Therapeutics)
Lotion
4 oz. 2.00 14.40

DERMOPLAST (Ayerst)
*See Catalog Under (Ayerst)*
Aerosol Spray Dispenser
3 oz. NDC 46-1001-03ea. 2.50 1.72
5.5 oz. NDC 46-1001-05ea. 4.02 2.75
11 oz. NDC 46-1001-11ea. 6.15 4.21

DERMOSIN (Noramex)
Ointment, 1 oz. 1.19 9.52

DERMOTT'S PRODS. (Dermott)
Curl Control,
16 oz. Plastic Bot. 3.50 28.00
Curl Lotion,
4oz. Plastic Bot. 1.25 10.00
8 oz. Bot. 2.00 16.00
16 oz. Bot. 3.50 28.00
Hair Spray Mist,
7 oz. Can 1.50 12.00
16 oz. Can (Professional) 2.25 18.00
Hair Sheen, 13/4oz. Jar 1.50 12.00
Instant Protein Hair,
Conditioner, 4 oz. Bot. 3.50 28.00
8 oz. Bot. 5.00 40.00
Men's Hair StylingLotion,
4 oz. Bot 1.50 12.00
Protein Conditioner Shampoo,
4 oz. Bot 1.00 8.00
8 oz. Bot. 1.50 12.00
Sunshine Rinse, 8 oz. Bot. 1.50 12.00

DERMOVAN (T P C)
Ointment, 1 lb. .... 36.00

DERMOZOL (Belmont Med)
Liquid, 1 oz. .75 6.00

DERMPAK (Dermpak)
Therapeutic,
Glove, sm. med. lge. pr. 3.00 23.29

DERM TAR SHAMPOO (Derm)
4 oz. .... 1.70

DERM—X—OL (Inter Chem)
Ointment, 1 oz. 1.50 12.00
4 oz. 4.50 36.00

DEROFEN (Amerex Lab)
Honey Syrup, 3 oz. ea. .... .90

Lozenges, 16s ea. .... 1.00

DERONIL ℞ (Schering)
Tablets, 0.75 mg.,
50s ea. .... 8.10

DES ℞ (Amfre-Grant)
Tablet,
.05 mg., 100s ea. .... 1.00
.10 mg., 100s ea. .... 1.00
.50 mg., 100s ea. .... 1.00
1 mg., 100s ea. .... 1.00
2 mg., 100s ea. .... 2.00
5 mg., 100s ea. .... 2.50
10 mg., 100s ea. .... 4.40
25 mg., 30s ea. .... 2.50
100s ea. .... 7.50
250s ea. .... 18.00
500s ea. .... 34.00
1000s ea. .... 62.00
50 mg., 30s ea. .... 3.50
100s ea. .... 10.00
100 mg., 30s ea. .... 5.50
100s ea. .... 16.00

DESABAM ℞ (Research Ind)
Tablet
100s 4.00
1000s 35.00

DESACHOLINE ℞ (Mallard)
Tablet, 100s (T-542) ea.
NDC 166-542-11 .... 5.90
1000s (T-542) ea.

DESADERM (Research)
Ointment, lb. ea. .... 2.50

DESA-HIST ⊛ (Research Ind)
Syrup
Pt 4.50
Gal 32.00

DESA-HIST ℞ (Research Ind)
Capsule
100 8.00
500 36.00

DESA-HIST AT ℞ (Research Ind)
Tablet
100s 9.00

DESA-HIST PF ℞ (Research Ind)
Elixir
pt 3.00
gal 20.00

DESAMINE ▦ (Douglas)
Capsules,T.D.,
10 mg., 100s ea. .... 3.38
1000s ea. .... 21.60
15 mg., 100s ea. .... 3.83
1000s ea. .... 25.20

DESAMYCIN ℞ (Research Ind)
Capsule
100 4.00

DESAREX ℞ (Research Ind)
Capsule
No. 1, 100s ea. 6.50
500s ea. 30.00
No. 2, 100s ea. 8.50
500s ea. 37.00

DESAREX-A ℞ (Research Ind)
Capsule
No. 1, 100s ea 7.50
500s ea 34.00
No. 2, 100s ea 9.00
500s ea 40.50

DESATRATE ℞ (Research Ind)
Capsule T.R.
30mg., 100s ea 6.00
1000s ea 47.50
50mg., 100s ea 7.50
1000s ea 60.00

DESATRIC H ℞ (Research Ind)
Capsule
100s ea 6.00
1000s ea 54.00

DESBUTAL ℞ (Abbott)
Capsules,
100s ea. NDC 074-3991-03 .... ★2.70
AWP 3.24

DESBUTAL 10 ℞ (Abbott)
Gradumet
100s ea. NDC 074-6806-01 .... ★7.42
AWP 8.90
500s ea. NDC 074-6806-02 .... ★35.25
AWP 42.29

DESBUTAL 15 ℞ (Abbott)
Gradumet
100s ea. NDC 074-6814-04 .... ★9.36
AWP 11.24
500s ea. NDC 074-6814-02 .... ★44.46
AWP 53.36

DESENEX (Pharmacraft)
Ointment
0.9 oz. NDC 235-0955-51 1.19 9.60
1.8 oz. NDC 235-0955-63 1.89 15.12
1 lb. NDC 235-0955-75 12.00 96.00
Powder
1.5 oz. NDC 235-0956-53 1.19 9.60
3 oz. NDC 235-0956-65 1.89 15.12
1 lb. NDC 235-0956-77 9.00 72.00
Solution
2.7 oz. NDC 235-0957-62 1.50 12.00
Aerosol
6 oz. NDC 235-0954-64 1.98 15.96
Soap
3.25 oz. NDC 235-0987-63 .49 3.96

DESEROID ℞ (Harvey)
Tablets, No. 1, 1000s ea. .... 4.00
No. 2, 1000s ea. .... 4.00
No. 3, 1000s ea. .... 4.00

DE SERPA ℞ (deLeon)
Tablet,
0.25 mg., 100s ea. .... 3.38
500s ea. .... 14.63
1000s ea. .... 25.00
0.5mg., 100s ea. .... 5.38
500s ea. .... 23.13
1000s ea. .... 40.00

DESERT DEW (Haynie)
Lotion, 8 oz. 1.00 8.00

DESERT FLOWER (Shulton)
Bath,
Milk Foam, 5 3/4 oz. (2727) ea. 4.00 ....
Oil, 2 oz. (1979) ea. 2.50 ....
Beauty Bath, 4 oz. (1708) ea. 2.50 ....
Body,
Sachet, 1 oz. (1752) ea. 1.50 ....
Talcum, 5 3/4 oz. (2728) ea. 1.50 ....
Bubble Bath,
Crystals (1740) ea. 1.50 ....
Liquid (1722) ea. 1.50 ....
Candle, Scented,
4 1/2 oz. (1964) ea. 4.00 ....
Cologne,
Spray, 2 oz. (2768) ea. 2.50 ....
2 7/8 oz. (1862) ea. 3.00 ....
Stick (1737) ea. 1.00 ....
Deodorant,
Cream (1760) ea. 1.00 ....
Desert Dri,
Cream (1880) ea. 1.25 ....
Aerosol (1900) ea. 1.00 ....
Roll-On (1790) ea. 1.00 ....
Hand and Body,
3 1/2 oz. (1709) ea. 1.00 ....
4 oz. (1719) ea. 1.00 ....
8 oz. (1706) ea. 2.00 ....
16 oz. (1816) ea. 4.00 ....
Perfume,
1/3 oz. (2449) ea. 3.00 ....
Lotion,
8 oz. (2790) ea. 2.50 ....
Powder
Dusting, 7 oz. (1885) ea. 2.50 ....
Perfumed Spray 6 oz. (1903) ea. 2.00 ....
Sets,
Bath (2729) ea. 3.00 ....
(2732) ea. 6.00 ....
Gift (1723) ea. 3.00 ....
(1724) ea. 4.50 ....
(1750) ea. 3.00 ....
(1759) ea. 1.50 ....
(1865) ea. 3.50 ....
(1866) ea. 2.50 ....
(1867) ea. 2.50 ....
(1919) ea. 2.25 ....
(1921) ea. 2.25 ....
(1951) ea. 5.00 ....
(1952) ea. 2.00 ....
(2737) ea. 10.00 ....
Fragrance Veil,
2 5/8 oz. (1944) ea. 2.00 ....
Toilet Water, Spray Essence
2 1/2 oz. (1928) ea. 3.00 ....
3 1/2 oz. (1735) ea. 2.00 ....

DESERT FLOWER (Shulton)
Gift Sets (1750) ea. 3.00 ....
Body, Shampoo 4 oz. (2447) ea. 3.00 ....
Hand and Body, Ex Dry 8 oz. (2448) ea. 2.25 ....

Deodorant, Aerosol 4 oz. (2799) ea. 1.00 ....

DESERT MAGIC (Haynie)
Cream, 4 oz. 1.25 10.00

DESERT TAN (Desert Tan)
#40, Supertan, Suntan Lotion
Liquid, 4 oz. .99 .64
Men's Cologne,
#100, Liquid, 8 oz. 1.79 1.16
After Shave Lotion,
#101, Liquid, 8 oz. 1.49 .97
Men's Dandruff Remover Shampoo,
#102, Liquid, 8 oz. 1.19 .77
Men's Hair Dressing,
#103, Liquid, 8 oz. 1.19 .77
#41 Supertan Suntan Lotion
Liquid 5 oz. 1.19 .77
#81Supertan Suntan Cream
Lotion Liquid 5 oz. 1.19 .77

DESEX 15 (Scot-Tussin)
Capsule, D.A.
100s ea. .... 7.50

DESFERAL ℞ (CIBA)
Ampul, 5 ml. (3801) ea. NDC 83-3801-04 .... 14.00

DESICOL ℞ (Parke Davis)
Kapseal, 5 gr.,
100s (15-359-4)
NDC 71-359-4 ea. .... ★2.16
AWP 2.60
1000s (15-359-11)
NDC 71-359-11 ea. .... ★17.16
AWP 20.60

*DESIPRAMINE HYDROCHLORIDE*
*See Norpramin Lakeside Labs Catalog*

*DESIPRAMINE HYDROCHLORIDE*
*See Pertofrane Geigy Catalog*

DESITIN (Leeming)
Ointment, 1.25 oz. (068) .75 6.00
2.25 oz. (070) 1.89 8.72
4.25 oz. (071) 1.59 12.72
1 lb. (065) 4.49 35.92
Powder, 2.75 oz. (079) .59 4.73
6.5 oz. (081) .98
10.0 oz. (147) 1.29

DESITIN BABY PRODUCTS (Leeming)
Desitin Ointment 8.0 oz. (770) 2.59 20.72

DESLANOSIDE (Sandoz)
*See (Sandoz Pharm.) Catalog Insert*
Cedilanid-D
(See Under Trade Name)
D.H.E.-45 ℞
Ampul, 1 cc., 20s
NDC 78-41-3 ea. .... 11.52
100s NDC 78-41-5 ea. .... 48.96

*DESLANOSIDE INJECTION, N.F. See Cedilanid–D Ampuls Sandoz Pharmaceutical*

DESO-CREME ℞ (Columbia Med)
*See Catalog Under (Columbia Med.)*
Fungicidal Cream 1 oz. .... 4.95

DESO-TALC (Columbia Med)
*See Catalog Under (Columbia Med.)*
Powder, 1 1/2oz. .... 5.55

DES-OXA-D ▦ (Walker Corp)
Tablet, 100s ea. — 1.85
500s ea. — 4.05

DESOXO-5 (Sutliff & Case)
Tablet (CT1372) 100s ea. .... .95
1000s ea. .... 4.75

DESOXY ℞ (Harvey)
Tablets, No. 10, 1000s ea. .... 5.00

DESOXYCHOLIC ACID (City Chem)
D214) 25 gm. ea. .... 4.25
100 gm. ea. .... 14.50

DESOXYCHOLIC ACID ℞ (Pfaltz)
25 gm. ea. .... 5.00

DESOXYCORTICOSTERONE (Bell Pharm)
Vial 10 cc. 5 mg./cc. Aqueous or oil .... 2.00

*DESOXYCORTICOSTERONE ACETATE INJECTION U.S.P Doca Acetate Organon, Inc. Ca*

ACHROMYCIN V tetracycline HCl capsules Now priced at "generic" levels

**DESOXYCORTICOSTERONE ACETATE (Mc Cm)**
*NDC 215-0022* 10 cc ........... .... 1.08

**DESOXYCORTICOSTERONE ACETATE ℞ (—inson Lab)**
Vial, 5 mg.
.ous, 10 cc.
(1140) ea. *NDC 279-1140-01* .... 1.55
In Oil, 10 cc.
(1130) ea. *NDC 279-1130-01* .... 1.55

**DESOXYCORTISONE ACETATE (Central Pharcal)**
Cortinaq
(See Under Trade Name)

**DESOXYCORTISONE ACETATE ℞ (Elkins-Sinn)**
Aqueous Solution, Vial, USP
5 mg./cc., 10 cc. (500)
Ea. .................................. .... .52

**DESOXYCORTISONE ACETATE (Organon)**
*See Catalog Under (Organon Inc.)*
Doca Acetate
(See Under Trade Name)

**DESOXYEPHEDRIME HCL (Camall)**
Tablet, ................................ .... 1.25

**DESOXYEPHEDRINE HYDROCHLORIDE (Arenol Chem)**
dl, powder, 1 lb. ea. ............... .... 7.50

**DESOXYN ℞ (Abbott)**
Granumet
5 mg., *NDC 074-6941-04*
100s ea. ........................... .... ★4.61
10 mg., *NDC 074-6948-08*
100s ea. ........................... .... ★6.42
500s ea. *NDC 074-6948-09* .... ★30.50
15 mg., *NDC 074-6959-07*
100s ea. ........................... .... ★8.20
500s ea. *NDC 074-6959-08* .... ★38.95
Tablets
2.5 mg., *NDC 074-3488-03*
100s ea. ........................... .... ★1.21
5 mg., *NDC 074-3377-04*
100s ea. ........................... .... ★1.68
1000's ea. *NDC 074-3377-02* .... ★16.30

**DESOXYRIBON NUCLEASE (Pfaltz)**
crystal, 20 mg.ea. .................. .... 35.00

**DESSICATED LIVER (Vitamins by Spirt)**
10 1/2 grain tablets
100 tablets ........................ 1.10 .73
50 tablets ......................... 2.25 1.50
.00 tablets ........................ 4.25 2.83
1000 tablets ...................... 7.75 5.17

**D EST ℞ (Arden Pharm)**
Liquid 5 mg. 10 cc. ea. ............ .... 4.50

**DE-STAT (Scrip)**
Tablet, 100s ea. ..................... .... 3.25

**DESTROBAR LANACAPS ▣ (Lannett)**
Capsule, No. 1 (3003)
100s ea. ........................... .... 2.00
500s ea. ........................... .... 7.50
1000s ea. ......................... .... 12.60
Capsule, No. 2 (3004)
100s ea. ........................... .... 2.20
500s ea. ........................... .... 8.00
1000s ea. ......................... .... 14.00
Capsule No. 3 (3008)
100s ea. ........................... .... 2.00
500s ea. ........................... .... 7.50
1000s ea. ......................... .... 12.60
Tablet (1181)
500s ea. ........................... .... 2.40
1000s ea. ......................... .... 4.00

**DESULE (Approved Pharm)**
Capsule, 21's ...................... .98 .50
90's .................................. 2.98 1.50

**DETACHOL (Ferndale)**
4 oz.ea. .............................. 1.20 .72

**DE TAL ℞ (deLeon)**
Liquid, pt. ea. ...................... .... 2.81
Gal. ea. .............................. .... 20.00
Tablet, 100s ea. .................... .... 1.50
500s ea. ........................... .... 6.88
1000s ea. ......................... .... 12.50

**DETANE (Commerce)**
Ointment, 1/2 oz. (7360).......... 1.50 12.00

**DETECTO (Detecto)**
Accessories,
W/Casters,
East or West of Mississippi...... 8.00
Counterweights 300 to 400 lbs.
East or West of Mississippi...... 15.00 ....
W/Hand Post,
East or West of Mississippi...... 10.00 ....
Autopsy Scale, White(380sp)
East of Mississippi ................ 74.50 ....
West of Mississippi ............... 77.50 ....

**DETECTO MASTITIS TESTERS (Troy Chem)**
40s ..................................... 1.00 AWP 8.00
80s ..................................... 1.50 AWP 12.00

**DE THERA (deLeon)**
Capsule, 100s ea. .................. .... 3.94

**DE THERA m (deLeon)**
Capsule, 100s ea. .................. .... 6.64

**DETOXIL (Fibertone)**
Powder (33)
1 lb. ea. ............................ 2.50 1.50
3 lb. ea. ............................ 6.50 3.90

**DETREX (Mallard)**
Tablet, 100s (T-488) ea.
*NDC 166-488-11* ................ .... 1.50
1000s (T-488) ea.
*NDC 166-488-15* ................ .... 6.90

**DETRO-BARB (Mallard)**
Tablet, 100s (T-531) ea.
*NDC 166-531-11* ................ .... 1.80
1000s (T-531) ea.
*NDC 166-531-15* ................ .... 7.40

**DETROLOSE ℞ (Mallard)**
Tablet, 100s (T-545) ea.
*NDC 166-545-11* ................ .... 2.40
1000s (T-545) ea.
*NDC 166-545-15* ................ .... 11.20

**DEVAREX (Williams J.B.)**
Capsules, 14s (1621-44) ......... 1.23 10.00
40s (1623-43)...................... 2.98 24.00

**DEVELIQUE NON-RUN PANTYHOSE (Alba-Waldensian)**
D-714
Sizes: Short, Average,
Average/Tall, Tall
Beige, Taupe, Cinnamon ......... 2.98 21.45

**DEVELIQUE ONE-SIZE STRETCH HOSIERY (Alba-Waldensian)**
D-451
One-Size Fits 9-11
Colours: Beige, Taupe,
Cinnamon, Black Mist,
White, Coffee ....................... 1.00 7.20

**DEVELIQUE ONE-SIZE TALL GIRL HOSIERY (Alba-Waldensian)**
D-452
One-Size Fits 10-12 ............... 1.15 8.28

**DeVILBISS (DeVilbiss)**
Air Compressor
No. 501, Portable, ea............ 59.50 39.66
Atomizers
No. 15 (Metal) ea................. 3.00 2.00
33, Pocket (Clear Plastic) ea. 2.00 1.33
82, Economy (Metal) ea. ........ 1.50 1.00
114, (Non-Corrosive) ea. ........ 2.25 1.50
121, Plastic, ea..................... 2.25 1.50
127, Metal, ea....................... 2.25 1.50
251, (Non-Corrosive) ea. ........ 3.00 2.00
Atomizer Bulbs
No. 1, (For Nos. 15 & 251) ea. ........................ .75 .50
6, (For Nos. 40,42,114,119 & 127) ea. ........................ .60 .40
7 (For Nos. 33, 38, 82 & 121) ea. ........................ .60 .40
Bottles,
114-QB for Nos. 114 & 119, Ea. ........................ .50 .33
115-QB for No. 15, ea. ......... .50 .33
127-QB for No. 127, ea. ....... .50 .33
252-QB for No. 251, ea. ....... .50 .33
Cool Humidifier,
No. 250 ea. ......................... 12.95 8.63
No. 260 ea. ......................... 15.95 10.63
No. 400, ea. ........................ 22.95 15.30
Inhalant, for vaporizer,
2 oz. ea. ............................. .89 .59
4 oz. ea. ............................. 1.39 .93
Miscellaneous
40-XP, Lg. Stopper for No. 40, 6s ea. ........................ .60 .40
33-HS, Cap for Nos. 33, 38 Ea. ........................ .30 .20
40-ZP, Sm. Stopper for No. 40, 6s ea. ........................ .60 .40
Nebulizers
No. 40, (Glass)-ea. ............... 3.50 2.33
40-TR, Nasal Tips for
No. 40, ea. ......................... 1.75 1.17
42, unbreakable ea. .............. 5.00 3.33
44, (Glass) ea. ..................... 2.50 1.67
640, combination, glass,
Ea. ..................................... 6.50 4.33
642, combination, plastic,
Ea. ..................................... 8.00 5.33
841, Continuous-Flow, ea. ....... 19.50 13.00
Powder Blower,
No. 38, (Clear Plastic) ea........ 2.00 1.33
119, (Plastic) ea. .................. 2.25 1.50
No. 501, Portable Air Compressor,
Ea. ..................................... 59.50 39.66
Suction Pump,
No. 701, Portable, ea............. 89.50 59.66
Vap-O-Clean, vaporizer cleaner,
Tablet, 24s ea. ...................... .99 .66
Vaporizers
No. 133 Safety Sentinel
Ea. ..................................... 9.95 6.63
No. 135, All Night (plastic)
Ea. ..................................... 6.95 4.63
No. 136, Economy-Plastic,
Ea. ..................................... 5.95 3.97
No. 137, economy size, ea...... 4.95 3.30
No. 142, Steam-Dial, ea.......... 10.95 7.30
No. 145, overnight, ea. .......... 7.95 5.30
Parts
No. 134-C, Housing for No. 133
Ea. ..................................... 3.50 2.33
No. 134-NA, complete element, cap,
Housing & cord for No. 133
Ea. ..................................... 5.45 3.63
No. 134-WA, replacement element
For Nos. 133 & 137.
Ea. ..................................... 1.95 1.30
No. 135-C Housing for No. 135 & 145, ea. ........................ 2.00 1.33
No. 135-NA, Complete Element,
Cap & Housing for Nos. 135 & 145, ea. ........................ 3.95 2.63
No. 137-NA, complete element, cap,
Housing & cord for No. 137,
Ea. ..................................... 3.00 2.00
No. 140-QB bot. for No. 140,
Ea. ..................................... 4.00 2.40
No. 142-NA, complete element cap,
Housing & cord for No. 142,
Ea. ..................................... 7.20 4.80
No. 142-QB bot. for No. 142,
Ea. ..................................... 2.45 1.63
No. 145-C Housing for 140 & 144
Ea. ..................................... 2.00 1.33
No. 145-QB, Bottle for No. 145,
Ea. ..................................... 2.45 1.63
No. 145-NA, Complete Element,
Cap & housing for
No. 140, 144 & 145.
Ea. ..................................... 3.95 2.63
No. 145-WA Electrode for Nos. 140, 144
& 145, ea. ........................... 1.95 1.30

**DEVILIQUE CANTRECE II PANTYHOSE (Alba-Waldensian)**
D-744
Sizes: Short, Average,
Average/Tall, Tall
Colours: Beige, Taupe,
Cinnamon ........................... 2.49 18.00

**DEVILIQUE COMFORT SUPPORT PANYHOSE (Alba-Waldensian)**
D-702
Sizws: Short, Average,
Average/Tall, Tall
Colours: Beige, Taupe,
Cinnamon ........................... 3.98 28.65

**DEVILIQUE MENS CREW SOCKS (Alba-Waldensian)**
30167
One Size Fits 10-13, 75%
Acrylic-25% Nylon
Colours: Black, Brown, Olive,
Charcoal, Navy
White (plus seasonal colours)... 1.00 7.20

**DEVILIQUE MENS SUPPORT HOSE (Alba-Waldensian)**
D-504
Sizes: Small, Medium, Large
Colours: Black & Brown .......... 2.00 14.40

**DEVILIQUE ONE SIZE PANTY HOSE (Alba-Waldensian)**
D-745
Colours: Beige, Taupe,
Cinnamon, Jet, White,
Bone, Navy, Brown, Grey......... 2.00 14.40

**DEVILIQUE UNBOARDED PANTYHOSE (Alba-Waldensian)**
D-515
Sizes: A- 5'6 ; 100-130 lbs
B- 5'6-over; 130-160 lbs
Colours: Beige, Taupe, Navy,
Coffee,
Bone, Jet ............................ 1.39 10.00

**DEVROM (Parthenon)**
Tablet, chewable
200 mg., 100s ea................ 2.50 20.04

**DEVROM (Parthenon)**
Tablet, Chewable
100s ................................. 2.50 20.04

**DE-WAIT (Scrip)**
Capsule, 100s ea. ................. .... 8.95

**DEWEE'S CARMINATIVE (T F P)**
(Without Opium)
Per pint (2098) *NDC 274-2098-16* ........................ .... 3.06

**DEWEE'S CARMINATIVE (T F P)**
(With Opium)
Per pint (2105) *NDC 274-2105-16* ........................ .... 3.19

**DEWEE'S CARMINATIVE MIXTURE MAGNESIA & ASAFETIOA (DEWEES) (Emerson)**
Liquid, 1 pt. ....................... 4.50 3.00

**DEWITT PRODUCTS (DeWitt)**
Absorbent Rub, 4 oz. (2604)..... 1.50 10.00
Aluminum Hydroxide,
Tablets, 100s (2401)............ 1.40 11.20
Antacid Powders,
3 oz. (2403)........................ .80 6.40
6 oz. (2402)........................ 1.35 10.80
Ant Acid Tablet, 50s (2405)...... .70 5.60
A.P.C., Tablets,
100s (2606) ........................ .75 6.00
Baby Cough Syrup,
Carbolized Witch Hazel Salve,
3 oz. (2301)........................ 1.00 8.00
11/8 oz. (2701) .................. 1.00 8.00
Children's Cough Control,
3 oz. (2502) D-M-4.............. 1.00 8.00
Cold Capsules
10's (2510) ........................ 1.00 8.00
Cold Sore Lotion, w/applicator,
1/2oz. (2504) ..................... .75 6.00
Cough Control Medicine,
4 oz. (2501) D-M-8.............. 1.25 10.00
Creosant Cough Syrup,
4 oz. (2505)........................ 1.00 8.00
For Hemorrhoids
Ointment, 1 oz. (2101).......... 1.50 12.00
(2102)................................ 1.50 12.00
12s (2103) ......................... 1.75 14.00
Lanolized Skin Creme,
4 oz. (2703)........................ .69 5.52
8 oz. (2705)........................ 1.20 9.60
Laxative Syrup, Child
3 oz. (2303)........................ 1.00 8.00
Little Early Risers
72s (2706) ......................... .60 4.80
Medicated Foot Powder,
21/2oz. (2707)..................... .75 6.00
Oil for Ear Use, w/dropper,
1/2oz. (2201) ..................... 1.25 10.00
40s (2002) Sm. ................... 1.35 10.80
100s (2001) Lg. .................. 2.40 19.20
Sore Gums, Teething,
Lotion,1/2Fl. oz. (2302)......... .75 6.00
Toothache Drops,
1/4 oz. (2501) .................... .75 6.00
Wild Cherry Cough Syrup,
4 oz. (2507)........................ 1.00 8.00

ARMOUR THYROID

QUALITY AND DEPENDABILITY FOR ALL THYROID USP RX'S

Prices are listed in this order: * Retail FTM; Retail Price; Whsle. Price
To Retailer: ★ Price On Direct Basis—Per dz., ea. or as specified.

**DIDREX ℞ ⊗ (Upjohn)**
Tablet, 25 mg., (5020)
100s *NDC 9-18-1*
Ea. .... ★2.37
AWP 2.84
500s *NDC 9-18-1*
Ea. .... ★11.25
AWP 13.50
1000s *NDC 9-18-1*
Ea. .... ★21.96
AWP 26.35
50 mg.,
100s (5012) *NDC 9-24-1*
Ea. .... ★4.50
AWP 5.40
500s (5013) *NDC 9-24-2*
Ea. .... ★21.36
AWP 25.63
1000s *NDC 9-24-2*
Ea. .... ★41.70
AWP 50.04

**DIEBESTEROL ℞ (Camall)**
Tablet, (4666) 100s ea. .... 1.95

## DIENESTROL ℞
### Cream

**Composition:** Dienestrol Cream contains 0.01% of the synthetic estrogen, dienestrol, compounded with glyceryl monostearate, peanut oil, glycerin, benzoic acid, glutamic acid and water.

**Indications:** Indicated in the treatment of senile vaginitis in postmenopausal women, atrophic vaginitis, pruritis vulvae caused by atrophic changes in the vulval epithelium, dyspareunia associated with atrophic vaginal epithelium, and prior to plastic pelvic surgery in menopausal cases.

**Contraindications:** Malignancies or precarcinomatous lesions of the vagina or vulva.

**Precautions:** In pruritis vulvae due to infectious conditions, the organism responsible for the infection should be treated with a specific agent.

**Dosage:** One or two applicatorsful per day for one or two weeks, then gradually reduced to one-half initial dosage for a similar period. A maintenance dosage of one applicatorful, one to three times a week may be used after restoration of the vaginal mucosa has been achieved.

**Packaging:** 78g tubes with or without the ORTHO® Measured-Dose Applicator.

ORTHO PHARMACEUTICAL CORPORATION
RARITAN, NEW JERSEY 08869

**DIENESTROL ℞ (Ortho)**
Cream, 78 Gm., w/applicator .... 32.64
W/o applicator .... 27.24

**DIENESTROL ℞ (Westerfield)**
Tablet, 0.1 mg., 100s ea. .... .95
0.25 mg., 100s ea. .... 1.10
0.5 mg., 100s ea. .... 1.25
5.0 mg., 100s ea. .... 1.90

**DIENESTROL NF. (City Chem)**
(D841) 5 Gm. ea. .... 4.80
25 Gm. ea. .... 17.00

**DIENESTROL SOLUTION (Key Pharmaceut)**
Vial, 5 mg./cc., 10 cc. ea. .... 2.10

**DI-EST ℞ (Central Pharcal)**
10 ml. Vial *NDC 131-1024-05*
1s per vial ea. .... 3.60
Double Strength, 10 ml. Vial
*NDC 131-1019-05*
1s per vial ea. .... 5.25

**DIETABS ℞ (Key Pharmaceut)**
Series A, No. 1, No. 2, & No. 3,
100s ea. .... 2.00
1000s ea. .... 10.00

**DIET AID (Marda)**
Tablet, 20s 2.00 16.00

**DIETAMINE (Key Pharmaceut)**
Vial, 30 cc., 20 mg. ea.
*NDC 369-020-7* .... 1.50

**DIET-A-WAY (Pharm-A-Lab)**
Capsules
7s .... ★.45
AWP .54
14s .... ★.75
AWP .90
28s .... ★1.33
AWP 1.60

**DIET-A-WAY (Pioneer)**
Capsules .... ★.45
AWP .54
7s .... ★.45
AWP .54
14s .... ★.75
AWP .90
28s .... ★1.33
AWP 1.60

**DIETCAPS (WITHOUT THYROID) ℞ 🅱 (Blaine)**
Timed Cap, 100s ea. .... 4.00
1000s ea. .... 25.00

**DIETENE (Doyle Pharm)**
Reducing Formula Powder
Vanilla or Chocolate Malt
1 lb. ea. 2.99 23.94
41/2 lb. ea. 10.69 7.13

**DIETEZE (PG Pharm)**
Capsule
10 day, 2.49 14.72
Tablet,
30 day, 4.95 36.00

**DIETHYLCARBAMAZINE (Lederle)**
Hetrazan

**DIETHYLENE DISTEARATE (Pfaltz)**
500 gm. ea. .... 9.00

**DIETHYLENE GLYCOL (Inter Chem)**
16 oz. .... 24.00
1 gal. .... 120.00

**DIETHYLENE GLYCOL (Pfaltz)**
8 oz. ea. .... 5.00

**DIETHYLENE MONOSTEARATE (Inter Chem)**
1 oz. .... 12.00
4 oz. .... 24.00

**DIETHYLENE MONOSTEARATE (Pfaltz)**
500 gm. ea. .... 11.00

***DIETHYLPROPION HYDROCHLORIDE See Tenuate Wm. S. Merrell Co.***

***DIETHYLPROPION HYDROCHLORIDE See Tepanil National Drug Co. Catalog***

**DIETHYLPROPION HYDROCHLORIDE NF (Merrell Will)**
***See Catalog Under (Merrell, W. S.)***
Tenuate & Dospan
(See Under Trade Names)

**DIETHYLPROPION HYDROCHLORIDE, N.F. (National Drug)**
***See (National Drug) Catalog Insert***
Tepanil

**DIETHYLSTILBESTEROL (Bell Pharm)**
Vial 30 cc. 5 mg./cc. .... 1.50
30 cc. 25 mg./cc. .... 3.00

**DIETHYLSTILBESTROL ℞ (A P C)**
Tablet, U.S.P.,
1 mg.,
E.C.,
1000s (75W) ea. *NDC 084-0075-10* .... 1.74
5 mg.,
100s (76R) ea. *NDC 084-0076-01* .... 1.00
1000s (76W) ea. *NDC 084-0076-10* .... 4.08
E.C.,
100s (77R) ea. *NDC 084-0077-01* .... 1.25
1000s (77W) ea. *NDC 084-0077-01* .... 4.59

**DIETHYLSTILBESTROL ℞ (Amfre-Grant)**
Des
(See Under Trade Name)

**DIETHYLSTILBESTROL ℞ (Arcum)**
0.1 mg.
Tablet, 100s ea. *NDC 357-0630-01* .... 1.00
1000s ea. *NDC 357-0630-10* .... 7.00
0.5 mg.
Tablet, 100s ea. *NDC 357-0631-01* .... 1.25
1000s ea. *NDC 357-0631-10* .... 8.00
1.0 mg.
Tablet, 100s ea. *NDC 357-0632-01* .... 1.50
1000s ea. *NDC 357-0632-10* .... 9.00
5.0 mg.
Tablet, 100s ea. *NDC 357-0633-01* .... 1.75
1000s ea. *NDC 357-0633-10* .... 10.00
25.0 mg.
Tablet, 100s ea. *NDC 357-0634-01* .... 2.50
1000s ea. *NDC 357-0634-10* .... 18.00
0.5 mg.
Tablet, Enteric Coated,
100s ea. *NDC 357-0635-01* .... 1.50
1000s ea. *NDC 357-0635-10* .... 10.00
1.0 mg.
Tablet, Enteric Coated,
100s ea. *NDC 357-0636-01* .... 1.50
1000s ea. *NDC 357-0636-10* .... 11.00
5.0 mg.
Tablet, Enteric Coated,
100s ea. *NDC 357-0637-01* .... 2.00
1000s ea. *NDC 357-0637-10* .... 15.00
25.0 mg.
Tablet, Enteric Coated,
100s ea. *NDC 357-0638-01* .... 3.00
1000s ea. *NDC 357-0638-10* .... 22.00

**DIETHYLSTILBESTROL ℞ (Bowman Pharm)**
5 mg., (2031) 100s ea. .... 1.00
1000s ea. .... 4.95
5000s ea. .... 24.75

**DIETHYLSTILBESTROL ℞ (Columbia Med)**
***See Catalog Under (Columbia Med.)***
E.C., 0.5 mg., 1000s ea. .... 2.60
1mg., 1000s ea. .... 2.80
5 mg., 1000s ea. .... 3.75

**DIETHYLSTILBESTROL (Kasar)**
tablets 1000s
1 mg. 1.50
5 mg. 2.25

**DIETHYLSTILBESTROL ℞ (Kirkman)**
Tablet,
0.25 mg., 1000s (1639) ea.
*NDC 098-1639-80* .... 3.00
0.50 mg., 1000s (1640) ea.
*NDC 098-1640-80* .... 3.50
1.0 mg., 1000s (1530) ea.
*NDC 098-1530-80* .... 4.00
5.0 mg., 1000s (1620) ea.
*NDC 098-1602-80* .... 5.00
25.0 mg., 100s (1532) ea.
*NDC 098-1532-8* .... 2.00
E. C.,
0.10 mg., 1000s (1526) ea.
*NDC 098-1526-80* .... 3.50
0.25 mg., 1000s (1527) ea.
*NDC 098-1527-80* .... 4.00
0.50 mg., 1000s (1528) ea.
*NDC 098-1528-80* .... 4.50
1.0 mg., 1000s (1529) ea.
*NDC 098-1529-80* .... 5.00
5.0 mg., 1000s (1531) ea.
*NDC 098-1531-80* .... 6.00
25.0 mg., 100s (1696) ea.
*NDC 098-1696-8* .... 2.50

**DIETHYLSTILBESTROL ℞ (Robinson Lab)**
Tablets,
C.T.,
1.0 mg., 100s ea. (605) *NDC 279-605-02* .... .70
1000s ea. *NDC 279-605-06* .... 3.30
5.0 mg., 100s ea. (607) *NDC 279-607-02* .... .80
1000s ea. *NDC 279-607-06* .... 4.25
25 mg., 100s ea. (992) *NDC 279-992-02* ....
1000s ea. *NDC 279-992-06* .... 5..
E.C.,
0.5 mg., 100s ea. (604) *NDC 279-604-02* .... .75
1000s ea. *NDC 279-604-06* .... 4.75
1.0 mg., 100s ea. (606) *NDC 279-606-02* .... .85
1000s ea. *NDC 279-606-06* .... 4.80
5.0 mg., 100s ea. (608) *NDC 279-608-02* .... .90
1000s ea. *NDC 279-608-06* .... 5.50
25.0 mg., 100s ea. (610)
*NDC 279-610-02* .... 1.75
1000s ea. *NDC 279-610-06* .... 13.50

**DIETHYLSTILBESTROL ℞ (Stayner)**
Tablets, 1 mg. (48)
100s ea. .... .60
1000s ea. Red .... 3.00
E.C., (125)
100s ea. .... .80
1000s ea. .... 4.75
5 mg., (49)
1000s ea. .... .70
1000s ea. .... 4.00
E.C., Red (126)
100s ea. .... 1.00
1000s ea. .... 5.75

**DIETHYLSTILBESTROL ℞ (Tmco)**
Injectable, 25 mg./oil, .... ....
10 cc. ea. .... 2.00

**DIETHYLSTILBESTROL ℞ ⊗ (Upjohn)**
Perles,
1.0 mg., *NDC 9-127-1*
(190) 500s ea. .... ★4.41
AWP 5.29
1000s ea. .... ★8.28
AWP 9.94
5.0 mg., *NDC 9-136-1*
(194) 500s ea. .... ★9.30
AWP 11.16
1000s ea. .... ★16.95
AWP 20.34

**DIETHYLSTILBESTROL ℞ (Wyeth)**
***See Catalog Under (Wyeth Labs.)***
Tablet, 5 mg. (1C740)
*NDC 8-286-2*
Redipak carton of 100s (20 strips of 5)
1 to 39 ctns. ea. .... ★1.25
SWP 1.47
40 to 99 ctns. ea. .... ★1.19
100 to 249 ctns. ea. .... ★1.13
250 or more ctns. ea. .... ★1.07

**DIETHYLSTILBESTROL (STILBESTROL) ℞ (C M C)**
TABLETS ENTERIC COATED 0.5 mg. (0803)
100s .90
1000s 4.25

**DIETHYLSTILBESTROL (STILBESTROL) ℞ (C M C)**
TABLETS 1.0 mg. ENTERIC COATED
100s .75
1000s 3.90

**DIETHYLSTILBESTROL (STILBESTROL) ℞ (C M C)**
TABLETS 5.0 mg.(0806)
100s .75
1000s 2.95

**DIETHYLSTILBESTROL (STILBESTROL) ℞ (C M C)**
TABLETS 5.0 mg. ENTERIC COATED (0807)
100s .85
1000s 4.25

**DIETHYLSTILBESTROL (STILBESTROL) ℞ (C M C)**
TABLETS 25.0 mg. (0808)
100s .95
1000s 5.10

**DIETHYLSTILBESTROL ℞ ⊗ U.S.P. (Lilly)**
***See Catalog Under (Lilly)***
Ampoules In Oil

(Continued on Next Page)

ARMOUR THYROID

QUALITY AND DEPENDABILITY
FOR ALL THYROID USP RX'S

"THE EASY-TO-READ PRICE BOOK" (1234) cat. #; ℞, ℞ only; ▲, refrigerate; ●, narcotic; ♦, narcotic, (oral ℞ o.k.); ⊙, exempt narcotic; ⊗, dated products; ■, Subject to DACA. Pg. 193 Die-Dig

(Continued from Previous Page)
5 mg., 1ml. (385)
6s NDC 2-P53-16
Ea. .... 1.97
25s NDC 2-P53-25
Ea. .... 6.38
Enseals
0.1 mg. (46)
100s NDC 2-A19-2
Ea. .... .67
1000s NDC 2-A19-4
Ea. .... 5.15
0.25 mg. (47)
100s NDC 2-A20-2
Ea. .... .77
1000s NDC 2-A20-4
Ea. .... 5.94
0.5 mg. (48)
100s NDC 2-A21-2
Ea. .... .86
1000s NDC 2-A21-4
Ea. .... 6.77
1 mg. (49)
100s NDC 2-A22-2
Ea. .... 1.00
1000s NDC 2-A22-4
Ea. .... 7.56
5 mg. (85)
100s NDC 2-A33-2
Ea. .... 2.30
1000s NDC 2-A33-4
Ea. .... 17.28
25 mg. (90)
100s NDC 2-A34-2
Ea. .... 5.05
500s NDC A34-3
Ea. .... 21.42
Suppositories
0.1 mg. (14)
6s NDC 2-S07-16
Ea. .... 1.74
50s NDC 2-S07-50
Ea. .... 9.89
0.5 mg. (15)
6s NDC 2-S09-16
Ea. .... 2.06
50s NDC 2-S09-50
Ea. .... 11.39
Tablets
0.1 mg. (1646)
100s NDC 2-J49-2
Ea. .... .48
1000s NDC 2-J49-4
Ea. .... 3.60
0.25 mg. (1647)
100s NDC 2-J50-2
Ea. .... .57
0.5 mg. (1648)
100s NDC 2-J51-2
Ea. .... .66
1000s NDC 2-J51-4
Ea. .... 4.95
1mg. (1649)
100s NDC 2-J52-2
Ea. .... .75
1000s NDC 2-J52-4
Ea. .... 5.64
5mg. (1685)
Blister Pack, 10x10s
NDC 2-J54-33 .... 2.75
100s NDC 2-J54-2
Ea. .... 2.00
1000s NDC 2-J54-4
Ea. .... 14.99
25 mg. (1724)
100s NDC 2-T70-2
Ea. .... 4.65

**DIETHYLSTILBESTROL, USP ℞ (Stanlabs)**
0.1 mg CT 100's (920) .... .55
1000's .... 2.10
0.5 mg. CT 100's (884) .... .65
1000's .... 3.95
1.0 mg CT 100's (885) .... .70
1000's .... 4.10
5.0 mg CT 100's (886) .... .80
1000's .... 4.50
25.0 mg. CT 100's (887) .... 1.75
1000's .... 9.50
100.0 mg. CT 100's (888) .... 4.00

**DIETHYLSTILBESTROL USP ℞ (Towne)**
*See (Towne, Paulsen) Catalog Insert*
5 mg., 1000s ea. NDC 157-0832 .... 4.37
E.C., 1 mg., 1000s ea. NDC 157-0839 .... 4.92
5 mg., 100s ea. .... 1.26
1000s ea. .... 6.55

**DIETHYSTILBESTROL (STILBESTROL) ℞ (C M C)**
TABLETS 1.0 mg. (0804)
100s .... .75
1000s .... 3.20

**DIETROL (American Hyg Labs)**
Tablet, 30s ea. 2.00 1.25
60s ea. 3.50 2.00
90s ea. 5.50 3.00

**DI-ETTES (Marsed)**
1 oz. 2.50 18.00

**DIET-TRIM (Pharmex)**
Tablet, 21s .98 6.00
90s 2.98 18.00

**DIET-TUSS (Approved Pharm)**
Cough Syrup, 4 oz. 1.50 .72

**DIEUCAINE (Fougera)**
Ointment, 1%, 1 oz.
ea. NDC 168-46-31 .... .50
1 lb. ea. NDC 168-46-16 .... 3.50

**DI-FACTOR (Sutliff & Case)**
Tablets, (CT1376)
100s ea. .... 1.75
1000s ea. .... 11.40

**DIFEREX (Invenex)**
*See Catalog Under (Invenex)*
Tablet (232) .... ....
500s ea. .... 6.75
1000s ea. .... 12.50

**DI-FERRIN ⊗ (Ulmer)**
Vial 10 cc. ea. NDC 127-2060-10 .... 3.50
6 x 10 cc. .... 2.92
24 x 10 cc ea. .... 2.77

**Difficult Stains Cleaning Fluid (Albatross)**
16 oz 1.25 8.50
32 oz 2.25 14.00

**DIFLOR (Invenex)**
*See Catalog Under (Invenex)*
Tablet (233-A) 100s ea. .... 2.20
500s ea. .... 7.15
1000s ea. .... 13.00

**DIGASTROGEN (Bowman)**
Tablet (265) 100s ea. .... 1.60
1000s ea. .... 6.75
5000s ea. .... 33.75

**DI-GEL (Plough)**
Liquid, 6 oz. 1.25 10.50
10 oz. 2.00 16.80
Tablet, 30s 1.00 8.40
56s 1.50 12.60
100s 2.00 16.80
Trials, 8s .25 2.10

**DI-GENIK ℞ (Savage)**
Liquid, 10 cc.
NDC 281-5860-16 .... 3.04

**DIGENZYME (Maurry)**
Tablet, 100s ea. .... 2.31
1000s ea. .... 19.92

**DIGERATONE (Invenex)**
*See Catalog Under (Invenex)*
Tablet (105-A) 500s ea. .... 7.50
1000s ea. .... 14.50

**DIGESTABS (Bush)**
Tablet, 1000s (0421) ea. .... 4.25

**DIGESTAIDS (Friendly)**
Tablet, 25s 1.25 10.00
100s 3.00 24.00

**DIGESTA-LAX (Fibertone)**
Tablet, (35) 50s ea. 2.00 1.20
100s ea. 3.50 2.10
250s ea. 8.00 4.80
500s ea. 15.00 9.00
1000s ea. 28.00 16.80

**DIGESTALION (North Amer Pharm)**
Tablet
100s (NAP628) ea. .... 1.95
1000s (NAP-628) ea. .... 14.95

**DIGESTAMIC ℞ (Metro)**
Liquid, 8 oz. ea. .... 4.00
1 gal. ea. .... 57.00
Tablet, 50s ea. .... 4.00
500s ea. .... 36.00

**DIGESTAMIC No. 2 ℞ (Metro)**
Tablet, 50s ea. .... 3.50
500s ea. .... 32.00

**DIGESTANT ★ (Canright)**
Tablets, 100s ea. 6.25 3.75
1000s ea. 56.25 33.75

**DIGESTANT-M (Fibertone)**
Tabs, (34) 50s ea. 1.40 .84
100s ea. 2.50 1.50
250s ea. 5.50 3.30
500s ea. 10.00 6.00
1000s ea. 18.00 10.80

**DIGESTIN TABLETS (Robinson Lab)**
100's NDC 279-106-02 .95
1000's NDC 279-106-06 7.90

**DIGESTIVE COMPOUND (Thurston)**
Tablet
100 5.50 3.30
500 24.00 14.40

**DIGESTIVE JR. (Jenkins)**
Tablet, 1000s (J-37) ea. .... 3.50

**DIGESTOZYME (Wesley)**
Tablet, 50s ea. .... 3.50

**DIGIFORTIS ℞ (Parke Davis)**
Ampoules, ▲ 1 c.c.
10s (3-173-10)
NDC 71-1204-10 ea. .... ★3.54 AWP 4.25
Kapseals,
100s (15-351-4)
NDC 71-351-4 ea. .... ★1.41 AWP 1.42
500s (15-351-8)
NDC 71-351-8 ea. .... ★5.61 AWP 6.73
Tablets,
NDC 71-687-50ea. .... .... AWP .95
1000s (25-687-11)
NDC 71-687-11 ea. .... ★7.98 AWP 9.58

**DIGIGLUSIN ℞ USP ⊗ (Lilly)**
*See Catalog Under (Lilly)*
Tablets,
S.C. (660)
100s NDC 2-C09-2 ea. .... 1.55
500s NDC 2-C09-3ea. .... 5.55

**DIGIKOTE ℞ (Canfield)**
Capsule, T.D.,
0.15 mg., 100s ea. .... 3.75
500s ea. .... 16.87
1000s ea. .... 31.87
0.3 mg., 100s ea. .... 3.95
500s ea. .... 17.77
1000s ea. .... 33.57

**DIGITALINE NATIVELLE ℞ (Fougera)**
Injection
Intramuscular, 0.20 mg./cc.
1 ml., 6s ea. NDC 168-112-36 .... 1.30
50s ea. NDC 168-112-53 .... 7.50
2 ml., 6s ea. NDC 168-113-36 .... 1.70
50s ea. NDC 168-113-52 .... 11.70
Pediatric Elixir, Solution 1:20,000
55 ml., ea. .... 1.80
Oral Solution 1:1000
10 ml. ea. NDC 168-114-07 .... 1.50
Tablets, 0.10 mg., 40s ea. NDC 168-98-43 .... .70
100s ea. NDC 168-98-13 .... 1.60
250s ea. NDC 168-98-25 .... 3.80
1000s ea. NDC 168-98-11 .... 11.50
0.15 mg., 40s ea. NDC 168-99-43 .... .80
250s ea. NDC 168-99-25 .... 4.20
0.20 mg., 40s ea. NDC 168-111-43 .... .85
100s ea. NDC 168-111-13 .... 2.00
250s ea. NDC 168-111-25 .... 4.60
1000s ea. NDC 168-111-11 .... 14.00

**DIGITALIS (Bell Pharm)**
Tablet 0.1 mg. (Pink)
1000 .... 2.50

**DIGITALIS ℞ (C M C)**
TABLETS 1 1/2 grain (0820)
100s .... 1.25
1000s .... 7.50

**DIGITALIS ℞ (Davies Rose Hoyt)**
Pil-Digis

for Digitalis U.S.P. see PIL-DIGIS®
DAVIES ROSE HOYT
Pharmaceutical Division
The Kendall Company
Needham, Mass. 02194
KENDALL

**DIGITALIS ℞ (Kirkman)**
Tablet
60 mg. (1815)
100s ea. .... .45
1000s ea. .... 2.40
100 mg. (1816)
100s ea. .... .50
1000s ea. .... 2.60

**DIGITALIS ℞ (Lederle)**
Tablets, 1 Unit
1 1/2 gr.,
100s
NDC 5-4472-23
Ea. .... ★1.00 AWP 1.20
1000s
NDC 5-4472-34
Ea. .... ★3.74 AWP 4.49
5000s
NDC 5-4472-37
Ea. .... ★16.93 AWP 20.32

**DIGITALIS ℞ ⊗ (Lilly)**
*See Catalog Under (Lilly)*
Pulvules (220) NF
100s NDC 2-F32-2
Ea. .... 1.22
1000s NDC 2-F32-4
Ea. .... 9.79
Tincture, (36) 4 fl. oz.
NDC 2-Y69-58 ea. .... 1.51

**DIGITALIS (Luyties)**
Tincture 4 oz. 4.75 ....

**DIGITALIS ℞ (Robinson Lab)**
Tablets, (444)
C.T., 1 1/2 gr., 100s ea. NDC 279-444-02 .... .75
1000s ea. NDC 279-444-06 .... 3.40

**DIGITALIS ℞ (Sandoz)**
*See (Sandoz Pharm.) Catalog Insert*
Acylanid, Digilanid
(See Under Trade Names)

**DIGITALIS ℞ (Stayner)**
Tablet, 1 1/2 gr., (195)
100s ea. .... .55
1000s ea. .... 2.60

**DIGITALIS ℞ (Tmco)**
Tablet, 100 mg.
1000s ea. .... 3.25
e.c., 1000s ea. .... 5.50

**DIGITALIS 1 1/2 GRAINS ℞ (Arcum)**
Tablet, Green, 1000s ea. NDC 357-0640-10 .... 3.00

**DIGITALIS, 1 1/2 GR., SCORED ℞ (Stanlabs)**
CT 1000's (910) .... 3.25

**DIGITONIN (City Chem)**
Reagent, (d6229)
1 gm. ea. .... 6.00
5 gm. ea. .... 28.75

**DIGITORA ℞ ⊗ (Upjohn)**
Tablets, 0.85 gr.
(5024)
40s NDC 9-46-1
Ea. .... ★.60 AWP .72
1.28 grs., (5026)
30s NDC 9-52-1
Ea. .... ★.60 AWP .72
(5027)
500s NDC 9-52-2
Ea. .... ★2.88 AWP 3.46
1000s NDC 9-52-2
Ea. .... ★4.86 AWP 3.83

Now priced at "generic" levels
ACHROMYCIN V
tetracycline HCl capsules

Stf-Str Pg. 506

Prices are listed in this order: * Retail FTM; Retail Price; Whsle. Price
To Retailer: ★ Price On Direct Basis—Per dz., ea. or as specified.

AMERICAN DRUGGIST BLUE BOOK

**S-T FEBROL (Scot-Tussin)**
4 oz.
1 pt.
1 ga.
S-T Febrol Tabs

**S-T FORTE ℞ (Scot-Tussin)**
Regular,
Liquid, 16 oz. ea. .... 5.50
1 gal. ea. .... 38.50
Sugar Free, 16 oz. ea. .... 5.50
1 gal. ea. .... 38.50

**S-T FORTE (Scot-Tussin)**
Tablet, 30s
10/s

**STICKADOOS (Avery Label)**
Air Mail Labels (st-8) .29 2.09
Fabric Indentity Badges (st-5) .49 3.50
Felt Bumpers (st-6) .49 3.53
Letters (st-4) .39 2.81
Numbers (st-7) .39 2.81
Parcel Post Labels (st-9) .29 2.09
Photomounts (st-1) .49 3.53
Reinforcements (st-2) .29 2.09

**STICKY (San-Ott)**
Denture Adhesive Cream,
1/4 oz. ea. 1.00 .60

**STIGMASTEROL ℞ (City Chem)**
M.P. 166-168 (S1010)
1 gm. ea. .... 2.35

**STIEFEL MEDICATED SOAPS (Stiefel)**
Salicylic Acid Soap, 31/2%,
4.2 oz. cake
*NDC 145-1021-5* 1.25 9.72
Salicylic Acid, 3%, And Sulfur, 10%,
4.4 oz. cake
*NDC 145-1087-5* 1.25 9.72
Sulfur Soap, 10%
4.4 oz. cake
*NDC 145-1024-5* 1.25 9.72
Polytar Soap,
4.2 oz. cake
*NDC 145-1092-5* 1.25 9.72

**STILBESTEROL (Bell Pharm)**
Tablet 0.5 mg. 1000 .... 2.00
1.0 mg. 1000 .... 3.00
5 mg. 1000 .... 4.50
25 mg. 1000 .... 9.50

**STILBEST K ℞ (Keene)**
Keensule, 100s ea. .... 10.00

**STILBESTROL ℞ (Zemmer)**
Tablet, 0.5 mg., (CT-844)
100s ea. .... .75
1000s ea. .... 4.50
5000s per 1000s ea. .... 4.00
1 mg. (CT-845)
100s ea. .... .80
100s ea. .... 5.20
5 mg. (CT-992)
100s ea. .... 1.00
1000s ea. .... 6.90

**STILLINGIA ROOT (Sherwood)**
*See Catalog Under (Sherwood Lab.)*
Fluid Extract,N.F. VII
1 pt. ea. .... 8.00
1 gal. ea. .... 48.00
Tincture,pt. ea. .... 3.50

**STILLMAN'S**
**Freckle Cream**
Also used to make skin lighter, softer and smoother. National magazine advertising.
**CREMA BELLA AURORA**
**Skin Lightener**
Now available for the ten million Spanish speaking population in the U.S.A.
**STILLMAN COMPANY**
**Aurora, Illinois 60505**

**STILLMAN'S (Stillman)**
Complexion Soap, 4 oz. .35 2.80
Freckle Cream,7/8oz. jar .80 6.40
17/8oz. jar 1.25 10.00
Medicated Jell
w/Applicator 11/7 oz. tube 1.00 6.00
21/2 oz. tube 1.50 9.00
Refill, 21/2 oz. tube 1.00 6.00
Crema Bella Aurora, 7/8 oz. .80 6.40

**STILPHOSTROL ℞ (Dome Lab)**
Ampuls, 5 c.c.,
20s ea. *NDC 26-8132-20* 28.00 22.40
Tablets, 50 mg.,
50 ea. *NDC 26-8132-50* 8.50 6.90

**STILZ (Dermik)**
Anti-Noise Ear Plug,
Pr., 6s ea. 1.25 .84

**STIM-A-PLEX (Arrow Medical)**
Ferrated
Liquid, 16 oz. ea. 5.00 3.34

**STIMATRIC ℞ (Winston Pharm)**
Tonic pt. ea. .... 5.40
Gal. ea. .... 38.00

**STIM-PAX (Scrip)**
Capsule, 1 Pax ea. .... 2.95

**STIMPLANTS (Pfizer)**
For Cattle,
25 pellets w/ clip .... ....
Lamb, 25 pellets w/Clip .... ....
Implant Gun .... ....

**STIM-U-DENTS (Stim-U)**
Gum Massager & Tooth Space Cleanser,
Pkg. of 4 pocket containers .69 5.52

**STIMULA (S M P)**
Ointment,
11/2 oz. (3300-04) ea. .... .72

**STIMULATE (Marda)**
Tablet, 24s 2.00 16.00

**STIMURUB (Clapp)**
1 oz. tube 1.19 .79

**STIMUTOL (Pharmex)**
Capsule, 30s 2.95 16.00
60s 4.95 28.80

**STIMUTONE (Rex Pharm)**
Liquid, 8 oz. ea. 3.30 2.20

**STIMUZOLE ℞ (Medicinal)**
Tablet, 100s ea. .... 3.50

**STIM-10 (Scrip)**
Capsule, 100s ea. .... 3.30

**STIM-10/50 (Scrip)**
Tablet, 100s ea. .... 3.50

**STIM-15 (Scrip)**
Capsule, 100s ea. .... 4.40

**STIM-15/60 (Scrip)**
Capsule, 100s ea. .... 5.75

**STING N' ITCH (Pharmex)**
Balm, 35 cc. .69 4.40
70 cc. .98 6.00

**ST. JOSEPH LIQUID A (Plough)**
Children's 15 cc. 1.25 10.50
Aspirin, 12s .25 2.10
36s .39 3.28
50s .49 4.12
100s .69 5.80
200s 1.09 9.16
Children's 36s .39 3.11
Baby Lotion, 4 oz. .59 4.96
Powder 6 1/4 oz. .79 6.64
12 1/2 oz. 1.09 9.16
Cod Liver Oil, Liquid, 3 oz. .65 5.20
6 oz. 1.00 8.00
Mint Flavored, 3 oz. .65 5.20
6 oz. 1.00 8.00
Cough Syrup for Children,
Bottle, 2 oz. .89 7.48
4 oz. 1.69 14.20
C—2223, Liquid, 2 oz. 1.00 8.40
4 oz. 1.85 15.54
Epsom Salt, 4 oz. .12 .96
8 oz. .20 1.60
16 oz. .35 2.80
Mineral Oil, Liquid, 6 oz. .55 4.62
16 oz. .75 6.30
32 oz. 1.35 11.34
Nickel Pencil #2 .05 .42
Nose Drops for Children,
Bottle, 15 cc. .92 7.75
45 cc. 1.49 12.52
Softees, Cotton Swab,
Double Tipped, 54s .39 3.30
108s .73 6.13
108s .98 8.23
Vitamins for Children, 30s 1.10 9.24
60s 2.00 16.80
100s 3.00 25.20

**S-T LINNEX (Scot-Tussin)**
Capsule, 5/s ea. .... 2.75

**ST. LOUI ENCEPHALITIS DIAGNOSTIC ANTIGEN ⊗ ▲ (Lederle)**
5 c.c. vial (20 Tests)
*NDC 5-2657-31* ea. .... 30.00

STOCKINGS, ELASTIC
See Listing Under
FUTURO
Modern
Health Supports

*STOCKINGS, ELASTIC SUPPORT See S.H. Camp Insert*

**STOCK-TOX (Martin C. J.)**
Livestock Spray & dip,
pt. .... 15.00
qt. .... 20.40
super, pt. .... 16.20
qt. .... 22.80

**STOKES EXPECTORANT NARCOTIC (Pioneer)**
4 oz. (806-Z) .89 5.67

**STOLLERINE (Bluco)**
Tablet, 100s ea. .... 1.50
1000s ea. .... 10.00

**STOMACH DISTRESS NO. 339 (Luyties)**
Tablets 1000's 4.50 ....

**STOMASEAL (Minnesota)**
Adhesive Disc,
12s (1500) ea. .... 1.07

**StomAseptine (Roycemore)**
Feminine Hygiene Douche Powder
Packets, 12's (#102) 1.45 12.00
6 oz. (#105) 1.45 12.00
15 oz (#106) 2.75 22.50
32 oz. (#107) 4.95 40.20

**STONER'S (Stoner's)**
Silicone Skin Spray w/Hexa,
LIQUID, 6 oz. 1.17 8.40
16 oz. 2.00 14.40
Tar Remover
Aerosol, 1 gal. .... ....

**STOPAIN (Columbia Med)**
*See Catalog Under (Columbia Med.)*
Tablet, 36s .... 3.65
100s ea. .... .60
1000s ea. .... 4.95

**STOP BITE (Dark Eyes)**
Liquid, 1/2 oz. 1.00 8.00

**STOPETTE (Hel Cur)**
Aerosol, 6 oz. (2040-04) .99 8.20
Roll-on,
3 oz. (2021) .99 8.20

**STOPIN LIQUID (Daniels Robert)**
1/2 oz. .... 5.00

**STOP-NAIL (Approved Pharm)**
Liquid,1/8 oz. .69 .35

**STOP ZIT (Num-Zit)**
Nail Biting Deterrent 1.25 10.00

**STOP-ZIT (Pioneer)**
For Children,
To help stop thumb sucking 1.25 10.00

**STORMOSCOPE BAROMETERS (Taylor Inst)**
Altair, Brown (6503) ea. 10.95 4.95
White (6502) ea. 4.95
Altimeter,
5000 (6203C) ea. 13.95 6.30
14000 (6203F) ea. 13.95 6.30
Aries (6504) ea. 19.95 9.00
Cygnus Desk (6201) ea. 14.95 6.75
Fisherman,s (6206) ea. 10.95 4.95
Ship,s Wheel (6202) ea. 18.95 8.55
Statesman Pendant (6401)
Ea. 32.95 14.85
Vega Pendant (6404) ea. 12.95 5.85

**STOUDT'S BITTERS (Stoudt's)**
12 oz. 1.98 15.84

**STOVER NO. 101 (Stover)**
Protective skin cream,
8 oz. 1.00 .60
16 oz. 1.75 1.05

**STOXIL ℞ ⊗ ▲ (S K F)**
*See Catalog Under (Smith Kline & French)*
Ophthalmic Ointment, 0.5%
4 Gm. *NDC 7-S24-74* ea. .... 2.50
Ophthalmic Solution 0.1%
15 cc. *NDC 7-S26-75* ea. .... 2.50

**S-T PEFEDEX ℞ (Scot-Tussin)**
Capsule, T.D., 30s ea. .... 2.75
100s ea. .... 7.75

**STRAMONIUM LEAVES (Sherwood)**
*See Catalog Under (Sherwood Lab.)*

**STRAMONIUM TINCTURE ℞ (Robinson Lab)**
4 ozs. *NDC 279-1655-04* .... 1.75
1 pt. *NDC 279-1655-06* .... 8.00

**STRAND PRODUCTS (Strand)**
Black Strand
Cake Shampoo, 3 oz. .30 2.40
Hair Coloring 1.19 9.60
Black, or Jet Blk., 2 oz. 4 capsules Dye
Brown Strand
Hair Coloring
Dark, Med., Lt. Brown
2 oz.-4 capsules Dye 1.19 9.60
Deluxe Creme'n Color Pak
2 oz. 4 capsules Dye 1.75 14.00

**STRAPS, MONTGOMERY, DERMICEL (J & J)**
8 1/2" x 11 1/8" (5130)
Per Box .... 5.38

**STRASENBURGH LABS.**
**Product and Price Information**
Find in Index of Manufacturers' Catalogs
Page 1

**STRASCOGESIC (Strasenburgh)**
*See (Strasenburgh) Catalog Insert*
Tablet (984) 100s
*NDC 018-0984-71*ea. .... 4.50
1000s *NDC 018-0984-90*ea. .... 36.56

**STRAUS CIGARS (Straus)**
Custom Made
Coronas 50s & 5 packs .10 4.00
Epicures, 10/5 packs .35 3.00
Natural Maduro, 50s & 10/5 packs
2s ea. .25 5.00
Palmas, Light, 50s & 10/5 packs
2s ea. .25 5.00
Broadleaf
Blunts 50s & 10/5 packs .10 4.00
Executive 50s & 10/5 packs .10 4.00
Perfecto 50s & 10/5 packs .10 4.00
Straus
Number 9 50s & 10/5 packs .06 2.40

**STRAUS TOBACCOS (Straus)**
Number 9, Pocket size .25 2.40
8 oz. 1.15 10.80
16 oz. 2.15 20.64
Arabian Nights
Pocket size .25 2.40
8 oz. 1.15 10.80
16 oz. 2.15 20.64

**STRAWBERRY (Helme)**
Can, 1.15 oz. .15 ....
4.65 oz. .50 ....

**STRAWBERRY COLOR (T F P)**
Soda Fountain,
1 pt. (3363) ea. .... 4.67
1 gal. (3364) ea. .... 20.95

**STRAWBERRY DELIGHT SOAP (Cocoa-Dermer)**
3.1 oz. .69 5.52

**STRAWBERRY IMITATION EXT. (T F P)**
Soda Fountain,
1 pt. (3369) ea. .... ....

**STREET'S CREMO SALVE (Childs')**
cremo 1 oz. 1.00 8.00

ARMOUR THYROID
QUALITY AND DEPENDABILITY FOR ALL THYROID USP RX'S