## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MELISSA KELLEY,                      ]
                                  ]
        **Plaintiff,**                ]
                                    ]
      **v.**                      ]      Civil Action No.: 05 -1882 (RCL)
                                    ]      Next Event:
**ELI LILLY AND COMPANY,**          ]
                                    ]
        **Defendant.**               ]

## CONSENT MOTION TO EXTEND TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT ELI LILLY AND COMPANY'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiff, by and through counsel, with the consent of Defendant Eli Lilly and Company ("Lilly"), and moves the Court to extend the time in which Plaintiff shall file her Opposition to Defendant's Motion for Summary Judgment until August 10, 2006, and as grounds therefore states:

1.       Defendant filed its Motion for Summary Judgment on June 30, 2006, and Plaintiff's Opposition to same would be due on July 11, 2006.

2.       Defendant's Motion involves complex issues regarding the heeding presumption, and requires a more extensive review and preparation in order for the Plaintiff to properly respond.

3.       Counsel for Defendant Lilly has consented to the granting of this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order extending the time in which Plaintiff shall file her Opposition to Defendant's Motion for Summary Judgment to August 10, 2006.

Respectfully submitted

AARON M. LEVINE & ASSOCIATES


 /s/ Aaron M. Levine
AARON M. LEVINE, #7864
1320 19th Street, N.W.
Suite 500
Washington, DC   20036
202-833-8040

Counsel for Plaintiff


## LCvR 7.1(m) CERTIFICATION

Consent to the foregoing Motion to Extend Time to File Plaintiff's Opposition to Defendant Eli Lilly and Company's Motion for Summary Judgment was granted by counsel for Defendant Lilly on July 5, 2006.


/s/ Aaron M. Levine
AARON M. LEVINE, #7864


Dated: July 5, 2006

-2-