IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MELISSA KELLEY,** ] | |
| ] | |
|     **Plaintiff,** ] | |
| ] | |
|     v. ] | Civil Action No.: 05-1882 (RCL) |
| ] | Next Event: |
| **ELI LILLY AND COMPANY,** ] | |
| ] | |
|     **Defendant.** ] | |

### [PROPOSED] ORDER

UPON CONSIDERATION of the Consent Motion to Extend Time to File Plaintiff's Opposition to Defendant Eli Lilly and Company's Motion for Summary Judgment and for good cause shown, it is this _____ day of _____, 2006,

ORDERED that the Motion be and hereby is GRANTED;

AND IT IS FURTHER ORDERED that the time to file Plaintiff's Opposition to Defendant Eli Lilly and Company's Motion for Summary Judgment is hereby extended up to and including August 11, 2006.

_____
ROYCE C. LAMBERTH
United States District Judge

With Copies to:

Aaron M. Levine, Esq.
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, DC  20036

James J. Dillon, P.C.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA  02210

Lawrence H. Martin, Esq.
Foley Hoag LLP
1875 K Street, N.W., Suite 800
Washington, DC  20006

Respectfully submitted

AARON M. LEVINE & ASSOCIATES


 /s/ Aaron M. Levine
AARON M. LEVINE, #7864
1320 19th Street, N.W.
Suite 500
Washington, DC   20036
202-833-8040

Counsel for Plaintiff

July 5, 2006