UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELISSA KELLEY<br><br>　　　　Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY<br><br>　　　　Defendant. | Civil Action No. 05-CV-1882 (RCL)<br><br>Next Event: |

**AFFIDAVIT OF AARON M. LEVINE, ESQ.**
**REGARDING AUTHENTICATION OF DOCUMENTS**

I, Aaron M. Levine, declare under penalty of perjury that the following is true and correct:

1. Attached as Appendix 1 is a true copy of a select page from the National Cancer Institute and National Institute of Child Health and Human Development, National Institutes of Health, Were You Born Between 1938 and 1971 Or Pregnant Then? If So, You Could Be Exposed To DES, (January, 1995).

2. Attached as Appendix 2 is a true copy of Eli Lilly's Withdrawal of New Drug Application to the Food and Drug Administration for Diethylstilbestrol, dated September 13, 2000.

3. Attached as Appendix 3 is a true copy of Robert K. Enders, Mink Production in Relation to Stilbestrol, 16:7 The Fur Journal 4, 10 (1950).

4.Attached as Appendix 4 is a true copy of R.R. Greene, M.D., et al., <u>Experimental Intersexuality: The Paradoxical Effects of Estrogens on the Sexual Development of the Female Rat</u>, 74 The Anat. Rec. 429 (1939).

5.Attached as Appendix 5 is a true copy of selected pages from W.J. Dieckmann, M.D., et al., <u>Does the Administration of Diethylstilbestrol During Pregnancy Have Therapeutic Value?</u>, 66 Amer. J. of Ob. & Gyn. 1062 (1953).

6.Attached as Appendix 6 is a true copy of the Affidavit of Steven Baker, R. Ph., dated June 25, 2005.

7.Attached as Appendix 7 is a true copy of selected pages from the Deposition of Steven Baker, R.Ph dated November 21, 2005.

8.Attached as Appendix 8 is a true copy of <u>Baughn v. Eli Lilly and Co.</u>, 356 F.Supp.2d 1177 (D. Kan. 2005).

9.Attached as Appendix 9 is a true copy of the Affidavit of Harold B. Sparr, R.Ph., D. Ph., M.S., dated May 16, 2006.

10.Attached as Appendix 10 is a true copy of the Memorandum Order Denying Motion for Summary Judgment in <u>Hansch v. Eli Lilly & Co.</u>, No. 04-00122, mem. op. (N.D. Cal. 2005).

11.Attached as Appendix 13 is a true copy of relevant pages of Lilly's Memorandum filed in <u>Miskulin v. Eli Lilly</u>, No. 418517, *order denying summary judgment* (Cal. Super. Oct. 25, 2005) and a true copy of the Order Denying Summary Judgment, dated October 24, 2005.

12.Attached as Appendix 12 is a true copy of the Amended Statement of Philip J. Cafferty, dated October 22, 2003.

13.   Attached as Appendix 13 is a true copy of Letter from Dr. Hines (Lilly) to Dr. Morrell (Squibb), dated May 13, 1941.

14.   Attached as Appendix 14 is a true copy of Gordon Rosenblum, M.D., Eugene Melinkoff, M.D., <u>Preservation of Threatened Pregnancy with Particular Reference to the Use of Diethylstilbestrol</u>, 55 The Western Journal of Surgery, Obstetrics & Gynecology, 597 (1947).

15.   Attached as Appendix 15 is a true copy of selected pages from Defendant Eli Lilly and Company's Responses to Plaintiff's First Set of Interrogatories.

16.   Attached as Appendix 16 is a true copy of relevant pages of Lilly's Memorandum filed in <u>Casale, et al. v. Eli Lilly & Co.</u>, C.A. 1:03-cv-11833-DPW (D. Mass. 2004) and a true copy of Electronic Clerk's Notes for Proceedings held March 23, 2004 in <u>Casale, et al. v. Eli Lilly & Co.</u>, C.A. 1:03-cv-11833-DPW (D.Mass. 2004).

17.   Attached as Appendix 17 is a true copy of <u>Medics Pharm. Corp. v. Newman</u>, 378 S.E.2d 487 (Ga. Ct. App. 1989).

18.   Attached as Appendix 18 is a true copy of pages 111, 696-97 of <u>The Physician's Desk Reference to Pharmaceutical Specialties and Biologicals</u> 111 (Henrietta Bull & Barbara Huff eds., Medical Economics, Inc. 20th ed. 1966).

19.   Attached as Appendix 19 is a true copy of pages 1, 832-33 of The<u> Physician's Desk Reference to Pharmaceutical Specialties and Biologicals</u> 111 (Henrietta Bull & Barbara Huff eds., Medical Economics, Inc. 20th ed. 1970).

20.   Attached as Appendix 22 is a true copy of pages 109, 308, 836-837 of <u>The Physician's Desk Reference to Pharmaceutical Specialties and Biologicals</u> 111 (Henrietta Bull & Barbara Huff eds., Medical Economics, Inc. 20th ed. 1971).

21. Attached as Appendix 21 is a true copy of selected pages from the Testimony of Thomas Carney, Vice President for Eli Lilly & Co., <u>Hearing Before the Committee on Interstate & Foreign Commerce House of Representatives</u>, 86th Congress, Second Session 265, 277, 283 (1960).

22. Attached as Appendix 22 is a true copy of the Statement of Richard J. Falk, M.D., dated August 27, 2004.

23. Attached as Appendix 23 is a true copy of the Statement of Julius S. Piver, M.D., dated February 1, 2006.

24. Attached as Appendix 24 is a true copy of <u>Hibbs, et al. v. Abbott Labs., et al.</u>, 814 P.2d 1186 (Wash. Ct. App. 1991).

I declare under the penalty of perjury that the foregoing is true and correct.

_____
Aaron M. Levine

Dated: August 7, 2006