UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELISSA KELLEY<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY<br><br>Defendant. | Civil Action No. 05-CV-1882 (RCL)<br><br>Next Event: |

### ORDER

**UPON CONSIDERATION** of Defendant's Motion for Summary Judgment, and Plaintiff's Opposition filed thereto, it is this _____ day of _____, 2006,

**ORDERED**, that Defendant's Motion be, and hereby, is DENIED.

_____
HON. Royce C. Lamberth , U.S.D.J.