# Were You Born Between 1938 and 1971 Or Pregnant Then?

# If So, You Could Be Exposed To

# DES

National Cancer Institute
National Institute of Child Health and Human Development
National Institutes of Health