FROM : DES ACTION USA                FAX NO. : 510 465 4815            Apr. 18 2001 12:53PM P1

Notice: Lilly Research Laboratories et al.; Withdrawal of Approval...    wysiwyg://5/http://www.pharmcast.com/FederalRegister/0911/00FR/Lilly0911



Notice: Lilly Research Laboratories et al.; Withdrawal of Approval of 28 New Drug Applications

Federal Register: September 11, 2000 (Volume 65, Number 176) Page 55264-55265

ACTION: Notice.

SUMMARY: The Food and Drug Administration (FDA) is withdrawing approval of 28 new drug applications (NDA's). The holders of the applications notified the agency in writing that the drug products were no longer marketed and requested that the approval of the applications be withdrawn.

DATES: Effective September 30, 2000.

FOR FURTHER INFORMATION CONTACT: Olivia A. Pritzlaff, Center for Drug Evaluation and Research (HFD-7), Food and Drug Administration, 5600 Fishers Lane, Rockville, MD 20857, 301-594-2041.

SUPPLEMENTARY INFORMATION: The holders of the applications listed in the table in this document have informed FDA that these drug products are no longer marketed and have requested that FDA withdraw approval of the applications. The applicants have also, by their request, waived their opportunity for a hearing.

[[Page 55265]]

| Application No. | Drug |
|---|---|
| NDA 4-018 | Diethylstilbestrol (DES) Injection. |
| NDA 4-019 | DES Tablets. |
| NDA 4-040 | DES Suppository. |
| NDA 4-041 | DES Tablets. |
| NDA 4-056 | Stilbetin Tablets (Diethylstilbestrol Tablets USP). |
| NDA 6-127 | Isuprel (Isoproterenol Hydrochloride) Inhalation Solution. |
| NDA 7-171 | Mecostrin Injection (Dimethyl Tubocurarine Chloride). |
| NDA 8-393 | Nydrazid (Isoniazid USP) Tablets, Syrup, Capsules. |
| NDA 9-052 | Rezipas (Aminosalicylic Acid Resin Powder). |