Kelley

# STATEMENT OF PHARMACIST

1. My name is __STEVEN BAKER__.
I currently reside at __21 TROWBRIDGE CIRCLE__, __STOUGHTON__, __MA__.
I have been a practicing pharmacist since having graduated from __MASSACHUSETTS COLLEGE__ ~~School~~ of Pharmacy in 19__67__.

2. I was a pharmacist at __DRUG FAIR__ Pharmacy, located at __MEMORIAL DRIVE__, __RANDOLPH__, __MA__ during the period of 19__71__ to 19__75__.

3. My duties included ordering, stocking, and dispensing of prescription drugs.

4. I am familiar with the inventory, stocking and dispensing of Diethylstilbestrol (DES) in that store at that time from personal observation.

5. I have an actual recollection Lilly's brand of DES on my shelves and no recollection of any other brand of DES besides Lilly.

6. Based on my observation of the habit and custom of the above store at that time, if a woman came into the pharmacy with a prescription for "DES," "stilbestrol," or "diethylstilbestrol," the Lilly brand would have been dispensed to her.

7. I recall that at that time, DES was ordered through the following Lilly wholesaler(s):
__UNITED CONSUMERS__

I state under penalty of perjury that the aforegoing statements are true and correct and are based on my personal knowledge and recollections of the facts set forth.

Witnessed By: __Tina Baker__
__21 Trowbridge Circle__
__Stoughton, MA 02072__

Signature: __Steven R. Baker__
Date: __6/25/2005__