UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELISSA KELLEY,

    Plaintiff,

VS                      CIVIL ACTION NUMBER: 05-1882

ELI LILLY & COMPANY, ET AL,

    Defendants,

DEPOSITION OF

STEVEN M. BAKER, R.Ph.

November 21, 2005
10:08 a.m.

Home of Steven M. Baker
21 Trowbridge Circle
Stoughton, Massachusetts

Maureen A. Cournoyer, Notary Public and Professional Shorthand Reporter
within and for the Commonwealth of Massachusetts



setdepo
Streamlined · Centralized · Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

9

```
 1      A.  Absolutely, that would be part of
 2  the responsibilities of a pharmacist.
 3      Q.  Okay.  That's all the questions the
 4  plaintiff has at this time.
 5          And, now, Mr. Dillon will be asking
 6  you some follow-up questions.
 7              MR. DILLON:  Yes, Mr. Baker,
 8  how do you do?
 9              THE WITNESS:  Good morning.
10      EXAMINATION
11      BY-MR.DILLON:
12      Q.  Mr. Baker, let me ask you first,
13  how -- I'm going to ask about this
14  statement that's marked as Exhibit 1.  How
15  did you -- how did you come to give this
16  statement?  Who reached you first?
17      A.  A gentleman pharmacist named Harold
18  Spa (phonetic) asked me if I did work in
19  Randolph at that time at Drug Fair, and of
20  course, I said yes, because I did.
21      Q.  And when did Mr. Spa reach you?
22      A.  I believe it was the spring of this
23  year, March or April --
24      Q.  Now --
```



setdepo
Streamlined · Centralized · Standardized
Nationwide Scheduling
Toll Free: 1.800.451.337
Facsimile: 1.888.451.337
www.setdepo.co

12

1  A.  I believe he talked to me on the
2  phone.  And I believe he mailed me this
3  statement.
4  Q.  When you spoke to Mr. Spa, either
5  in person or on the phone, did you express
6  any uncertainty about the ability to
7  recall what had been in this store 30
8  years ago?
9  A.  No.  Because Eli Lilly was the
10 brand that the local wholesaler had and
11 United Consumers was from Randolph.  They
12 were based in Randolph.  The store was in
13 Randolph.  And we did most of the business
14 -- of our ordering from United Consumers,
15 and I don't recall them having any other
16 brand.
17 Q.  Now, when you talk about United
18 Consumers, are you familiar with what they
19 had in their storehouse?  I mean, did you
20 ever look at their inventory list to see
21 what they had?
22 A.  No.
23 Q.  Did you ever do any business with
24 Mass. Wholesale Drug, Inc?


sd setdepo
Streamlined · Centralized · Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

```
 1     Q.  Okay.  Now, in terms of prescribing
 2  DES, did any of the doctors prescribe by
 3  particular brand names?
 4     A.  I don't believe so.  I don't think
 5  so.
 6     Q.  Well, when you say that, can I --
 7  do I take it that you're not certain one
 8  way or the other as to whether any of the
 9  doctors prescribed by a brand name?
10     A.  I don't think they prescribed by
11  the brand name.  I can't -- I can't think
12  of any specific names.
13         No.  You know, I really don't think
14  they prescribed any particular brand name.
15     Q.  Now, when you placed an order for
16  DES, how did you place the order?
17     A.  We would place it by just saying
18  DES and the strength.
19     Q.  Okay.  And this would be -- I'm
20  sorry, United Consumers, or --
21     A.  United Consumers.  And we would get
22  the Lilly brand.
23     Q.  I'm sorry, I've already forgotten
24  what it is -- New England Wholesalers; is
```



sd setdepo
Streamlined · Centralized · Standardized
The Evolution of Deposition Management

Nationwide Schedu
Toll Free: 1.800.451.3
Facsimile: 1.888.451.3
www.setdepo.c

1  that correct?
2      A.  Yeah.  Yes.  But New England
3  Wholesaler, if I remember, didn't carry
4  Lilly products.
5      Q.  I understand they didn't carry
6  Lilly products.  But if you ordered DES
7  from them, you would order the DES and the
8  strength; is that right?
9      A.  Yes.  But if we wanted Lilly, we
10 would order it from United Consumers.  We
11 wouldn't want to have, you know, the same
12 medication on the shelf by two or three or
13 four different companies.
14     Q.  Right.  But do you have any
15 information as you sit in your kitchen
16 today, as to whether New England
17 Wholesalers carried any brands of DES?
18     A.  No, I don't know.
19     Q.  What strengths do you remember
20 ordering?
21     A.  I believe it came point 25, one
22 milligram, five milligram, I think, was
23 the red enteric coated one.
24         And I think there was a larger one

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

sd setdepo
Streamlined · Centralized · Standardized
The Evolution of Deposition Management

WORD INDEX

43

1        MR. DILLON: Mr. Baker, I'm
2  going to stop and let you go to work.
3  Thank you very much.
4        THE WITNESS: Your welcome.
5        MR. LEWIS: Mr. Baker, it's
6  Steve Lewis again. I just have a few
7  follow-up questions.
8        THE WITNESS: Um-hmm. Yes.
9     FURTHER EXAMINATION
10    BY-MR.LEWIS:
11    Q. Going back to the time you were at
12  the Drug Fair, do you recall ever ordering
13  DES from New England Wholesalers?
14    A. I couldn't because they didn't
15  carry Lilly products.
16    Q. And do you ever recall ordering DES
17  directly from any manufacturers?
18    A. No.
19    Q. So going back to your statement --
20  and understanding looking back 30, 35
21  years, nothing -- very little can be a
22  hundred percent, do you still stand by
23  your statement that your recollection is
24  that you only dispensed Lilly's brand of


setdepo
Streamlined · Centralized · Standardized
The Evolution of Deposition Management


Nationwide Schedu
Toll Free: 1.800.451.
Facsimile: 1.888.451.
www·setdepo·