James M. Wood (State Bar No. 58679)
James M. Neudecker (State Bar No. 221657)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

Mailing Address:
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  510.763.2000
Facsimile:  510.273.8832

Attorneys for Defendant
Eli Lilly and Company, a corporation

SUPERIOR COURT OF CALIFORNIA - CITY AND COUNTY OF SAN FRANCISCO

| | |
|---|---|
| JANINE MISKULIN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES, et al.,<br><br>　　　　　Defendants. | No. CGC 03-418517<br><br>Before the Honorable James L. Warren<br><br>**NOTICE OF DEFENDANT ELI LILLY AND COMPANY, A CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed:　March 19, 2003<br>Trial Date:　　　February 14, 2006<br><br>Hearing Date:　　July 25, 2005<br>Hearing Time:　　9:30 a.m.<br>Hearing Location:　Department 301 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT on Monday, July 25, 2005 at 9:30 a.m., in Department 301 of the San Francisco Superior Courthouse, located at 400 McCallister Street, San Francisco, CA 94102-4514, or as soon as possible thereafter as this matter may be heard, Defendant Eli Lilly and

— 1 —

1 Company, a corporation ("Lilly") will move for summary judgment in this action pursuant to
2 Section 437c of the California Code of Civil Procedure on the grounds that there are no triable issues
3 of material fact and that Lilly is entitled to judgment in its favor as a matter of law. Specifically, the
4 undisputed facts show that Plaintiff Janine Miskulin ("Plaintiff") is unable to prove that the
5 physician who allegedly prescribed diethylstilbestrol to plaintiff's mother did so in reliance on
6 warnings or product literature provided by Lilly. More importantly, plaintiff is unable to prove
7 through admissible evidence that she was exposed to diethylstilbestrol in the first place.

9 Lilly's Motion for Summary Judgment is based on this Notice, the accompanying
10 Memorandum of Points and Authorities, the Declaration of James M. Wood and accompanying
11 exhibits, Lilly's Separate Statement of Undisputed Facts, Lilly's Request for Judicial Notice and
12 accompanying exhibits, and such other evidence as the Court may consider on the hearing on this
13 Motion.

15 DATED: April 28, 2005

16 REED SMITH LLP

18 By _____
   James M. Wood
19 Attorneys for Defendant
   Eli Lilly and Company, a corporation

1  NANCY HERSH, ESQ., State Bar No. 49091
   AMY ESKIN, ESQ., State Bar No. 127668
2  HERSH & HERSH
   A Professional Corporation
3  Opera Plaza, Suite 2080
   601 Van Ness Avenue
4  San Francisco, CA  94102-6388
   Telephone:  (415) 441-5544
5
   Attorneys for Plaintiff
6

**FILED**
San Francisco County Superior Court
OCT 25 2005
GORDON PARK-LI, Clerk
BY: _____
        Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO

UNLIMITED JURISDICTION

DEPARTMENT 301

| JANINE MISKULIN | 418517 |
|---|---|
| Plaintiff, | ORDER DENYING DEFENDANT ELI LILLY & COMPANY'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| ABBOTT LABORATORIES; et. al. | |
| Defendant. | |

The matter of Defendant ELI LILLY & COMPANY'S Motion for Summary Judgment came on for hearing on October 21, 2005, in Department 301 of the above-entitled Court. The Court, having considered the moving, opposition and reply papers and the arguments of counsel and

GOOD CAUSE APPEARING THEREFOR

EXHIBIT "A"

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant ELI LILLY & COMPANY'S Motion for Summary Judgment is DENIED as a matter of law, as Defendant ELI LILLY & COMPANY has failed to carry its burden on summary judgment.

IT IS SO ORDERED.

Dated: 10/24/05

By: _____
James L. Warren
Judge of the Superior Court

# 418517

2