# 1966 · PDR

Published by MEDICAL ECONOMICS, INC.

**TWENTIETH EDITION**

# PHYSICIANS' DESK REFERENCE

to

*PHARMACEUTICAL SPECIALTIES and BIOLOGICALS*

*For the Physician's Desk*

f Solution-Dermasulf Creme (Miller & Patch) p 960
f Cream (Vale)
 (Premo)
 (Mallard)
e (White) p 1061
st Aerosol Spray (Ayerst)
 (Texas Pharmacal)
ablets (Schering) p 920
ts (Amfre-Grant)
 (Pitman-Moore)
ne (Mallard)
 (Abbott) p 505
 Gradumet (Abbott) p 505
 (WTS-Pharmacraft) p 1038
 Aerosol (WTS-Pharmacraft)

apseals (Parke, Davis) p 82
ine Cream (Leeming) p 686
by Lotion (Leeming)
C Hemorrhoidal Suppositorie
ocortisone (Leeming) p 686
morrhoidal Suppositories
Liver Oil (Leeming) p 686
intment (Leeming) p 686
wder (Leeming)
ap (Leeming) p 686
U.S. Vitamin & Pharm. Cor (Mallard)
, 5 mg. Red (Walker, Corp)
(Abbott) p 506
Gradumet (Abbott) p 505
ablets (Amfre-Grant)
(Ferndale)
Tablets (Philadelphia ories)
n (Mallard)
ooth Paste (Merrell)
Mallard)
Tablets (Winthrop)
Dura-Tabs (Wynn)
Slocaps (Key Pharmacal)
Duracap Timed Action Caps) p 797
Dura-Tabs (Wynn)
Tablets (U.S. Vitamin & Corp.) p 1008
Spancap (North American cal)
d T.D. Capsules (Mayrand)
d-10 Capsules (Mayrand)
(Smith Kline & French) p 9
le Tablets (Westerfield)
r Tablets (Vale)
(Smith Kline & French) p 9
ion (Dara)
h Dextrin Carbohydrate & Co.)
ydrochloride Tablets (Vale)
le (Carrtone) p 581
 (Carrtone) p 581
Central Pharmacal
Solutions (Abbott) p 506
(Mead Johnson) p 743
Ames) p 525
mesule (Arnar-Stone)
mesule (Arnar-Stone)
Sugar Test Kit (Ames Ulmer) p 1012
er) p 832
nsion (Tilden-Yates)
Case) p 997
 p 625
61
Squibb)
d)
994
p 994
len (Arnar-Stone)
(Arnar-Stone)
ale)
aln)
668
rle) p 669
004

Diaparene Antiseptic Diaper Rinse (Breon)
Diaparene Baby Lotion (Breon)
Diaparene Baby Powder (Breon) p 560
Diaparene Ointment (Breon) p 560
Diaparene Peri-Anal Creme (Breon) p 560
Diaparene Surgical Solution (Breon)
Diaper-Sil Creme (Roerig) p 893
Diasal (Fougera) p 625
Diasone Sodium Enterab Tablets (Abbott)
Diasporal Cream (Doak)
Diasporal-Tar (Doak)
Diastyl Tablets (Medics)
Diatraegus, Pillets (Buffington's)
Diatric Tablets (Pasadena Research)
Dia-Tropine (Buffington's)
Di-Azo (Kay)
Diaxolac Liquid & Tablets (Merit)
Diazomide (Kay)
Diazomul (First Texas)
Dibenzyline (Smith Kline & French) p 944
Dibrophen Capsules (Wilco)
Dibuline Sulfate Injection (Merck Sharp & Dohme)
Dical-D (Abbott) p 506
Dical-D Wafers (Abbott)
Dicaldimin Capsules (Abbott)
Dicaldimin w/Vitamin C Capsules (Abbott)
Dicarbosil Tablets (Arch) p 527
Dicasan Tablets (Conal)
Dicestron (Elder)
Di-Citradine Syrup (Moore Kirk)
Dick Test (Wyeth) p 1074
Dicodamor Syrup (Moore Kirk)
Dicodid Bitartrate (Knoll)
Dicodrine Syrup (Tilden-Yates)
Di-Cold Tablets (Madland)
Dicophen (Buffington's)
Dicoril Syrup (Lemmon)
Dicorvin Tablets (Amfre-Grant) p 526
Dicotrate (Buffington's)
Dicotrate w/Paraminyl (Buffington's)
Dicumarol (Abbott) p 506
Dicumarol (Lilly) p 697
♦Didrex (Upjohn) p 1022
Di-Efrin (Buffington's)
Dienestrol Cream (Ortho) p 814
Di-Erona Tablets (Kremers-Urban)
Di-Est (Central Pharmacal)
Di-Est (Double Strength) (Central Pharmacal)
Dietabs Series A Tablets (Key Pharmaceuticals)
Diethylstilbestrol (Lilly) p 697
Diettes Tablets (Vale)
Di-Ferrin (Ulmer) p 1012
Di-Genik (Aqueous) (Savage)
Digestalin Tablet (Conal)
Digestamic Liquid & Tablets (Metro Med)
Digestamic #2 Tablets (Metro Med)
Digestol Drops (Arlo)
Digestol Elixir (Arlo) p 527
Digifortis Ampoules, Kapseals, Tablets (Parke, Davis)
Digilanid (Sandoz)
Digitaline Nativelle (Fougera) p 625
Digitalis Duo-test, Capsules (McNeil)
Digitalis Leaf, Tabloid (B. W. & Co.)
Digi-Test (Mallard)
Digitora (Upjohn) p 1022
Digolase (Boyle) p 554
Digoxin Tablets (Rexall) p 858
Dihistasol (Fellows-Testagar)
Dihycon (Consolidated Midland) p 595
Dihydrex (Kay)
Di-Hydrin (Broemmel)
Dihydrostreptomycin Sulfate (Pfizer) p 832
Di-Isopacin (Consolidated Midalnd) p 595
Dilabil-Sodium Injection (Breon)
Dila-min (Walker Laboratories)
Dilantin (Parke, Davis) p 821
Dilantin Steri-Vial (Parke, Davis) p 822
Dilaudid Cough Syrup (Knoll) p 648
♦Dilaudid Hydrochloride (Knoll) p 648
Dilcoron Tablets (Winthrop)
Dilocol (Table Rock) p 999
Diloderm Cream (Schering)
Dilone Tablets (Endo)
Dilor (Savage) p 913
Dilyn (Elder)
Di-Mat Suspension (Organon)

(♦ Shown in Product Identification Section)

♦Dimetane (Robins) p 867
Dimetane Expectorant Preparations (Robins) p 867
Dimetapp Elixir (Robins) p 867
♦Dimetapp Extentabs (Robins) p 867
Dimindol Compound Tablets (Blue Line)
Dimindol Tablets (Blue Line)
Diminic Tablets (Durst)
Dimocillin-RT (Squibb) p 967
Di-O-Chrome, for Home Use (Warren-Teed)
Di-O-Chrome, Professional Strength (Warren-Teed)
Dioctyll Capsules (Person & Covey)
Dioctynate (Kay)
Di-Odine (Brown) p 571
Diodoquin Tablets (Searle)
Diodrast 35% Solution (Winthrop)
Diofed Syrup (Vale)
Dioloxol (Carnrick)
DioMedicone Tablets (Medicone) p 749
Diose Tablets (Durst)
Diostate D Ferrous Tablets (Upjohn)
Diostate D Tablets (Upjohn)
Diosuccin (Consolidated Midland)
Diothane Ointment (Merrell) p 795
Diothane Suppositories (Merrell) p 795
Diaviburnia (Dios)
Dipaxin Tablets (Upjohn)
Diphentoin Capsules (Massengill)
Diphetamine Granucaps (Tutag)
Diphetamine Tablets (Tutag)
Diphtheria Antitoxin (Wyeth) p 1074
Diphtheria & Tetanus Toxoids Combined, Pediatric, Aluminum Phosphate Adsorbed (Wyeth) p 1074
Diphtheria & Tetanus Toxoids & Pertussis Vaccine Combined, Triple Antigen (Wyeth) p 1074
Diphtheria Toxin for Schick Test (Diluted) (Wyeth) p 1074
Diphtheria Toxoid, Aluminum Phosphate Adsorbed (Wyeth) p 1074
Dip'iylets (Tutag)
Dip-Pert-Tet/Alhydrox (Cutter)
Dip-Pert-Tet/Plain (Cutter)
Dipralon Forte Tablets (Arnar-Stone)
Dipropal (Dipyrone) (Philadelphia Laboratories)
Direct Sky Blue, Injection (Wyeth)
Dis Sulf (Dara)
♦Disipal (Riker) p 861
Disomer (White) p 1061
Disophrol Chronotab Tablets (White) p 1061
Disotuss Expectorant (White) p 1062
Dispatabs Tablets (Person & Covey)
Dispatate Capsules (Person & Covey)
Dispertar (Texas Pharmacal)
Di-Steroid in Diphasol Injection (Kremers-Urban)
Di-Steroid Suspension Injection (Kremers-Urban)
Ditate 90 (Savage)
Ditate 180 (Savage)
Dithiraxol Tablets (Massengill)
♦Diupres (Merck Sharp & Dohme) p 766
Diuramine (Kay)
Diurbital Tablets (Amfre-Grant)
♦Diuril (Merck Sharp & Dohme) p 766
Diurnal-Penicillin, Fortified (Upjohn)
Diurnal-Penicillin, Readimixed (Upjohn)
Diutensen (Neisler) p 806
Diutensen-R (Neisler) p 806
Diviron (Mallard)
Doak Oil (Doak)
Doca Acetate (Organon)
n-Docaphen (Kay)
Dociban Tablets (Walker Laboratories)
Doctate Capsules (Meyer)
Doctate-P Capsules (Meyer) p 797
Dodecavite (U.S. Vitamin & Pharm. Corp.) p 1009
Dodex Injectable (Organon)
Dolagraine (Bowman) p 554
Dolasa (Pharmafac)
♦Dolonil (Warner-Chilcott) p 1049
Dolopar (Buffington's)
Dolopar Forte (Buffington's)
Dolophine Hydrochloride (Lilly) p 697
Dolor (Geriatric)
Dolor Plus (Geriatric)

Doloro Comp. (Buffington's)
Dol-Pred (Pharmafac)
Domeboro Powder & Tablets (Dome) p 607
Domeform Group (Dome) p 604
Dome-Paste Bandage (Dome) p 604
Domerine Medicated Shampoo (Dome) p 604
Domicone Creme (Dome)
Domogyn Powder Packets (Dome)
Domol Bath Emollient (Dome) p 604
Domolene-HC Ointment (Dome)
Donabarb (Elder)
Donic Forte Tablets (Merit)
Donic Tablets (Merit)
♦Donna Extentabs (Robins) p 869
Donnagel (Robins) p 868
Donnagel w/Neomycin (Robins) p 868
Donnagel-PG (Robins) p 868
♦Donnagesic Extentabs (Robins) p 868
Donnalate (Robins) p 868
♦Donnasep (Robins) p 868
Donnatal (Robins) p 869
♦Donnatal Extentabs (Robins) p 869
♦Donnatal No. 2 (Robins) p 869
♦Donnatal Plus (Robins) p 869
♦Donnazyme (Robins) p 869
Donphen Tablets (Lemmon)
Dophenco Capsules (Blue Line)
Dopram (Robins) p 869
Dorana Hemorrhoidal Ointment & Suppositories (Ives)
♦Dorbane (Riker) p 861
♦Dorbantyl (Riker) p 862
♦Dorbantyl-Forte (Riker) p 862
Doriden (Ciba) p 586
Dormison Capsules (Schering)
Dormitol Comp. (Buffington's)
Dormitol-H.M. (Buffington's)
Dornavac (Merck Sharp & Dohme) p 767
Dorodol (Buffington's)
Dorodol-Dex (Buffington's)
Dorsacaine Hydrochloride Ophthalmic Solution (Dorsey)
Dosorbital Tablets (Bowman)
Dosoxy Tablets (Bowman)
Doss (Ferndale) p 620
Dosslax (Ferndale)
Douchal (Neisler)
Dovamor Tablets (Moore Kirk)
Doveret (High)
Doverin (High)
Doxan (Lloyd Brothers) p 728
Doxegest Tablets (Breon)
Doxidan (Lloyd Brothers) p 728
Doxinate (Lloyd Brothers) p 729
Doxinate w/Danthron (Lloyd Brothers) p 728
Doxol Tablets (Purdue Frederick)
Doxychol AS Tablets (Tilden-Yates) p 1003
Doxychol-K Tablets (Tilden-Yates) p 1003
♦Dramamine (Searle) p 935
Dramamine-D (Searle) p 935
Dramcillin-100 (White)
Dramcillin-250 (White)
Dre-Nel (Warren-Teed)
Drest (Dermik)
Drilitol Spraypak & Solution (Smith Kline & French) p 945
Drinalfa Injection & Tablets (Squibb)
Drinus Graduals (Federal) p 619
Drinus Syrup (Federal)
Drisdol 50,000 Unit Capsules (Winthrop)
Drisdol in Propylene Glycol Solution (Winthrop)
Dri-Toxen (Walker, Corp) p 1039
Dracogesic No. 3 (Carrtone) p 581
Drodeine (Pitman-Moore)
Drolban (Lilly) p 698
♦Dronactin (Merck Sharp & Dome) p 768
Droplex Liquid (Massengill)
Droptic Eye Drops (Ascher) p 533
Drotic Ear Drops (Ascher) p 533
Droxolan Tablets (Tilden-Yates)
Droxovite Injection (Kay)
Drusilate (Medics)
Dryco (Borden)
Dry Tabs (Kaybrough)
Dryvax (Wyeth) p 1074
d'sol Vitamin D Concentrates (Freeman)
Duad 10 mg. (Lloyd Brothers)

## Lilly—Cont.

HOW SUPPLIED: (℞) Ampoules, N.F., Injection: No. 426, 0.2 mg., 1 cc., in packages of 6 and 100. Contains alcohol, 49 percent. No. 448, 0.2 mg. per cc., 10 cc., rubber-stoppered, in single ampoules. Contains alcohol, 49 percent.
(℞) Tablets, U.S.P. (scored) (Inscribed "Diskets®"): No. 1736, 0.05 mg., Orange, in bottles of 100 and 500; No. 1703, 0.1 mg., Pink; No. 1737, 0.15 mg., Yellow; and No. 1694, 0.2 mg., White, in bottles of 100, 500, and 5,000.
[Shown in Product Identification Section]

**CURARE**, see Metubine® Iodide (dimethyl tubocurarine iodide, Lilly).

**CYANOCOBALAMIN**, see Betalin® 12 Crystalline (cyanocobalamin injection, Lilly).

**CYCLOMETHYCAINE**, see Surfacaine® (cyclomethycaine, Lilly).

**CYCLOMETHYCAINE AND METHAPYRILENE**, see Surfadil® (cyclomethycaine and methapyrilene, Lilly).

**CYCLOPENTAMINE AND ISOPROTERENOL HYDROCHLORIDE**, see Aerolone® Compound (cyclopentamine and isoproterenol hydrochloride, Lilly).

**CYCLOPENTAMINE HYDROCHLORIDE**, see Clopane® Hydrochloride (cyclopentamine hydrochloride, Lilly).

**CYCLOSERINE**, see Seromycin® (cycloserine, Lilly).

**CYCLOTHIAZIDE**, see Anhydron® (cyclothiazide, Lilly).

**CYCLOTHIAZIDE WITH POTASSIUM CHLORIDE**, see Anhydron® K (cyclothiazide with potassium chloride, Lilly).

**CYCLOTHIAZIDE WITH POTASSIUM CHLORIDE AND RESERPINE**, see Anhydron® KR (cyclothiazide with potassium chloride and reserpine, Lilly).

**CYCRIMINE HYDROCHLORIDE**, see Pagitane® Hydrochloride (cycrimine hydrochloride, Lilly).

**CYTELLIN®** ℞
(sitosterols)
COMPOSITION: Each 15 cc. (approximately 1 tablespoonful) contain 3 Gm. Cytellin® with alcohol, 4 percent.
ACTION AND USES: This preparation is indicated in all conditions in which a sustained reduction of hypercholesteremia is desired. Chronic elevation of serum cholesterol concentration is commonly seen in patients with coronary atherosclerosis (angina pectoris, myocardial infarction), cerebral thrombosis, diabetes mellitus, nephrosis, hypothyroid states, xanthomatosis, or essential familial hypercholesteremia. It is not a substitute for more specific therapy, such as thyroid substance in hypothyroidism and Insulin in diabetes mellitus.
CONTRAINDICATIONS AND SIDE EFFECTS: Side effects have not been observed, nor are there any known contraindications.
DOSAGE: The suggested dosage is 1 tablespoonful (approximately 15 cc.) immediately before each meal.
HOW SUPPLIED: (℞) Suspension No. M-100, N.F., in pint bottles.

**DARVON®** ℞
(propoxyphene hydrochloride)
(See also under other preparations of Darvon®)
COMPOSITION: This product is an effective, safe, well-tolerated analgesic discovered and synthesized in the Lilly Research Laboratories. Milligram for milligram, it is equal to codeine in intensity and duration of analgesic action yet has fewer side effects than codeine.
This preparation provides the following therapeutic advantages:
1. *Orally effective*—Exerts an analgesic effect shortly after its oral administration.
2. *Advantageous in combination*—May be administered with the antipyretic analgesics, such as A.S.A.® (aspirin, Lilly), to increase the total analgesic effect. See Darvon® Compound (propoxyphene hydrochloride, aspirin, phenacetin, and caffeine, Lilly) and Darvon® Compound-65.
3. *Compatible with other drugs*—Has been given to patients receiving many other medications, including other analgesics, without the occurrence of unexpected reactions.
4. *Narcotic prescription not required*—Clinically useful doses do not produce euphoria, tolerance, or physical dependence. Exhaustive studies at the Addiction Research Center, U.S.P.H.S. Hospital, Lexington, Kentucky, demonstrated that this product does not have characteristics that would lead to its abuse and to addiction.
5. *Low in toxicity*—Has caused no demonstrable toxic changes in the blood, brain, liver, kidneys, or other organs of the body.
ACTION AND USES: This drug, alone or in combination, is valuable for the relief of acute, chronic, or recurrent pain. This is true even in such conditions as migraine, in which specific therapy sometimes fails to produce immediate or complete relief. Continued use has revealed no evidence of functional or pathological changes.
This analgesic preparation is compatible with other therapy and has been used effectively in such conditions as:
Premenstrual cramps    Neoplastic diseases
Muscular pain                Traumatic pain
Dysmenorrhea               Headaches
Arthritis                         Respiratory diseases
Bursitis                          Vascular diseases
Postoperative pain        Postpartum pain
CONTRAINDICATIONS AND PRECAUTIONS: No contraindications have been reported. However, drug sensitivity may occur in rare instances; then medication should be discontinued.
SIDE EFFECTS: Side effects are minimal. Gastro-intestinal disturbances often observed with codeine, such as nausea and constipation, are much less frequent. Therefore, larger doses may be successfully administered.
DOSAGE: 1 or 2 Pulvules® No. 364 (32 mg.) or 1 Pulvule® No. 365 (65 mg.) three or four times daily as needed for pain.
OVERDOSAGE: Either C.N.S. stimulation, as manifested by muscle fasciculations or convulsions, or C.N.S. depression. Symptoms—Respiratory depression, sedation, mental confusion, unconsciousness, and possibly convulsions. Treatment—For specific therapy, nalorphine should be administered to antagonize respiratory depression. General management consists in symptomatic and supportive therapy, which may include gastric lavage, administration of oxygen and intravenous fluids, and maintenance of body temperature. Stimulants, such as ephedrine, are contraindicated, since fatal convulsions may be produced.
HOW SUPPLIED: (℞) Pulvules®, U.S.P., Capsules: No. 364, 32 mg. (No. 5, Light-Pink Opaque), and No. 365, 65 mg. (No. 3, Light-Pink Opaque), in bottles of 100 and 500 and in strip packages of individually sealed Pulvules® (SP 1000).
[Shown in Product Identification Section]

**DARVON® COMPOUND and DARVON® COMPOUND-65** ℞
(propoxyphene hydrochloride, aspirin, phenacetin, and caffeine)
See also Darvon® (propoxyphene hydrochloride, Lilly)
COMPOSITION: Each Pulvule® contains—
| | Darvon® Compound | Darvon® Compound-65 |
|---|---|---|
| Darvon® (propoxyphene hydrochloride, Lilly) | 32 mg. | 65 mg. |
| A.S.A.® (aspirin, Lilly) | 227 mg. | 227 mg. |
| Phenacetin | 162 mg. | 162 mg. |
| Caffeine | 32.4 mg. | 32.4 mg. |

These products combine the analgesic advantages of Darvon® with the antipyretic and anti-inflammatory benefits of A.S.A.® Compound (aspirin, phenacetin, and caffeine, Lilly). When inflammation is present, the combination reduces discomfort to a greater extent than does either analgesic given alone.
ACTION AND USES: Indicated for the reduction or amelioration of pain. These products provide the total analgesic effects of Darvon® and A.S.A.® Compound plus the anti-inflammatory and antipyretic activity of the salicylates. This combination may be especially valuable in the symptomatic relief of such conditions as headache, dysmenorrhea, or various inflammatory states, e.g., arthritis and fibrositis. See also Darvon®. Darvon® Compound-65 is indicated when increased analgesia is desired without increase in salicylate content or in the size of the Pulvule®.
CONTRAINDICATIONS, PRECAUTIONS, AND SIDE EFFECTS: See under Darvon® and A.S.A.® Compound.
DOSAGE: Darvon® Compound—1 or 2 Pulvules® three or four times daily. Darvon® Compound-65—1 Pulvule® three or four times daily.
OVERDOSAGE: See under Darvon® and A.S.A.® Compound.
HOW SUPPLIED: (℞) Pulvules®: No. 368, Darvon® Compound (No. 0, Light-Pink Opaque Body, Light-Gray Opaque Cap), and No. 369, Darvon® Compound-65 (No. 0, Red Opaque Body, Light-Gray Opaque Cap) (Inscribed "Lilly"), in bottles of 100 and 500 and in strip packages of individually sealed Pulvules® (SP 1000, SU 1000, and DS 1000).
[Shown in Product Identification Section]

**DARVON® with A.S.A.®** ℞
(propoxyphene hydrochloride with aspirin)
(See also other preparations of Darvon® [propoxyphene hydrochloride, Lilly])
COMPOSITION: This product is an oral analgesic preparation indicated for the relief of acute, chronic, or recurrent pain. It combines the analgesic advantages of Darvon® (propoxyphene hydrochloride, Lilly) with the antipyretic and anti-inflammatory benefits of A.S.A.® (aspirin, Lilly).
Each Pulvule® contains—
Darvon® (propoxyphene hydrochloride, Lilly) .......... 65 mg.
A.S.A.® (aspirin, Lilly) .......... 325 mg.
ACTION AND USES: Indicated for the reduction or amelioration of pain. It may be especially valuable in long-term treatment of chronic pain conditions when caffeine and phenacetin are not desired or in patients who are unusually stimulated by caffeine.
CONTRAINDICATIONS, PRECAUTIONS, AND SIDE EFFECTS: See under Darvon® and A.S.A.®.
DOSAGE: 1 Pulvule® three or four times daily.
OVERDOSAGE: See under Darvon® and A.S.A.®.
HOW SUPPLIED: (℞) Pulvules®, No. 366 (No. 0, Red Opaque Body, Light-Pink Opaque Cap) (Inscribed "Lilly"), in bottles of 100 and 500 and in strip packages of individually sealed Pulvules® (SP 1000, SU 1000, and DS 1000).
[Shown in Product Identification Section]

**[POUND and]
[POUND-65]
hydrochloride, aspirin,
caffeine)**
...® (propoxyphene hydroch...

N: Each Pulvule® contain...
Darvon®
Compound...
Darvon® ............ 65 m...
e hydrochloride, Lilly)
.® (aspirin, Lilly).. 227 m...
Phenacetin ....... 162 m...
. Caffeine ....... 32.4 m...
combine the analgesic...
arvon® with the antipyret...
matory benefits of A.S.A...
irin, phenacetin, and caffe...
inflammation is present, th...
luces discomfort to a great...
s either analgesic given alon...
) USES: Indicated for th...
melioration of pain. The...
de the total analgesic ef...
n® and A.S.A.® Compoun...
nflammatory and antipyret...
salicylates. This combinati...
lly valuable in the symp...
such conditions as headac...
or various inflammator...
ritis and fibrositis. See al...
on® Compound-65 is ind...
reased analgesia is desire...
c in salicylate content or i...
Pulvule®.
ICATIONS, PRECAU...
SIDE EFFECTS: See und...
A.S.A.® Compound.
irvon® Compound—1 or...
e or four times daily. Dar...
d-65—1 Pulvule® three ...
ly
E: See under Darvon® an...
ound.
IED: (R) Pulvules®: N...
Compound (No. 0, Ligh...
Body, Light-Gray Opaqu...
369, Darvon® Compound-6...
Opaque Body, Light-Gra...
Inscribed "Lilly"), in bottl...
0 and in strip packages of...
aled Pulvules® (SP 100...
DS 1000).
duct Identification Section]...

**A.S.A.®**
**hydrochloride with aspirin)**
r preparations of Darvon®
hydrochloride, Lilly])
N: This product is an or...
ration indicated for the r...
hronic, or recurrent pain. I...
nalgesic advantages of Dar...
phene hydrochloride, Lilly]
vretic and anti-inflammator...
A® (aspirin, Lilly).
contains—
oxyphene hydro-
) ................................. 65 m...
in, Lilly) .......... 325 m...
) USES: Indicated for th...
nelioration of pain. It ma...
aluable in long-term treat...
c pain conditions when cai...
acetin are not desired or i...
re unusually stimulated b...
ICATIONS, PRECAU...
SIDE EFFECTS: See und...
S.A.®.
ulvule® three or four tim...
E: See under Darvon® an...
IED: (R) Pulvules®: N...
d Opaque Body, Light-Pin...
Inscribed "Lilly"), in bottl...
and in strip packages of i...
d Pulvules® (SP 1000, S...
1000).
duct Identification Section]...

**DARVO-TRAN®**     R
**(propoxyphene hydrochloride and aspirin
with phenaglycodol)**

(See also other preparations of Darvon®
[propoxyphene hydrochloride, Lilly])
COMPOSITION: Each Pulvule® contains—
Darvon® (propoxyphene
 hydrochloride, Lilly) ............ 32 mg.
A.S.A.® (aspirin, Lilly) ........... 325 mg.
Ultran® (phenaglycodol, Lilly) ... 150 mg.
When anxiety intensifies pain, this product relieves pain more effectively than do the analgesic components alone.
The formula adds the mild tranquilizing effects of Ultran® to the established analgesic advantages of Darvon® and A.S.A.® Clinical and pharmacologic studies show that Ultran® enhances and prolongs the analgesic activity of Darvon® when pain is accompanied by anxiety.
ACTION AND USES: Useful in all types of painful conditions complicated by anxiety. Among those treated effectively are tension headaches, whiplash injuries, skeletal-muscle discomfort, low-back syndrome, moderate postoperative pain, postpartum discomfort, and arthritic conditions.
CONTRAINDICATIONS, PRECAUTIONS AND SIDE EFFECTS: See under Darvon®, A.S.A.®, and Ultran®.
ADMINISTRATION AND DOSAGE: 1 or 2 Pulvules® three or four times daily.
OVERDOSAGE: See under Darvon®, A.S.A.® and Ultran®.
HOW SUPPLIED: (R) Pulvules® No. 377 (No. 0, Light-Pink Opaque Body, Maroon Opaque Cap), in bottles of 100 and 500.
[Shown in Product Identification Section]

**DICUMAROL**     R

COMPOSITION: Dicumarol is the registered collective trademark of the Wisconsin Alumni Research Foundation for its brand of Bishydroxycoumarin (3, 3'-Methylenebis [4-hydroxycoumarin]). Dicumarol is an orally effective anticoagulant with slow onset of effect and prolonged action. It inhibits the formation of prothrombin in the liver. The concentration of prothrombin in the blood is thus reduced, and the prothrombin time is increased.
ACTION AND USES: Dicumarol is used for the prevention or retardation of intravascular blood clotting in thrombophlebitis and in embolism or occlusion of peripheral, pulmonary, or coronary arteries.
CONTRAINDICATIONS: Dicumarol is contraindicated in patients with bleeding, hemorrhagic tendencies, blood dyscrasias, purpura, ulcerating or granulomatous lesions, subacute bacterial endocarditis, threatened abortion, recent operation on the brain or spinal cord, regional anesthesia, lumbar block, vitamin K deficiency, liver disease, and continuous tube drainage of the stomach or small intestine. Dicumarol is probably contraindicated during pregnancy. When pregnant women are treated with this drug, fetal bleeding diathesis may occur and cause fetal death in utero.
PRECAUTIONS: Dicumarol should be used only when there are facilities for daily determinations of prothrombin time and for immediate transfusion of fresh blood. Great caution should be exercised in the following conditions: cachexia, debilitation, fever, impaired liver or renal function, active tuberculosis, severe hypertension, menstruation, menorrhagia, and metrorrhagia; when large doses of salicylates are administered; and with the use of indwelling drainage catheters.
SIDE EFFECTS: Overdosage causes hemorrhage. At the first indication of bleeding, transfusions of fresh whole blood should be given and repeated, if necessary, until the bleeding is controlled. Vitamin K₁ or vitamin K₁ oxide may be of value.
ADMINISTRATION AND DOSAGE: Dicumarol is given by mouth. The dosage must be individualized and adjusted according to the prothrombin time, usually reported as prothrombin activity in percent of normal. The following schedule serves only as a guide. On the average, the dose for the first day in adults with normal prothrombin activity is 200 to 300 mg. On subsequent days, the dose is 25 to 200 mg. if the prothrombin activity is 25 percent or more. Give no Dicumarol on any day when the prothrombin activity is less than 25 percent.
OVERDOSAGE: See under Side Effects
HOW SUPPLIED: (R) Pulvules® (Bishydroxycoumarin Capsules, N.F.): No. 314, 25 mg. (No. 5, Clear); No. 291, 50 mg. (No. 4, Clear); and No. 292, 100 mg. (No. 3, Pink), in bottles of 100 and 1,000.

**DIETHYLSTILBESTROL**     R

COMPOSITION: A crystalline synthetic estrogenic compound capable of producing all the pharmacologic and therapeutic responses attributed to natural estrogens.
ACTION AND USES: For the relief of symptoms of the menopause; in senile vaginitis; for the relief or prevention of painful engorgement of the breasts postpartum; for control of functional uterine bleeding and carcinoma of the breast and prostate; in osteoporosis; and for accidents of pregnancy.
CONTRAINDICATIONS AND PRECAUTIONS: Diethylstilbestrol is contraindicated in patients with a personal or familial history of breast or genital cancer (except in treatment of cancer). Prolonged continuous administration can lead to endometrial hyperplasia and to "breakthrough" bleeding.
Ethyl oleate, the vehicle used in Ampoules No. 549, is incompatible with plastic; therefore, a glass syringe should be used.
ADMINISTRATION AND DOSAGE:
Parenteral—Breast engorgement, 5 mg. once or twice daily for two to four days. Carcinoma of prostate, initial phase, 5 mg. twice a week; then 2 to 4 mg. twice a week. Functional uterine bleeding, 5 mg. two or three times daily until checked.
Oral—In menopausal symptoms, 0.2 to 0.5 mg. daily, increased as needed. In senile vaginitis, 0.5 mg. daily. In painful engorgement of the breasts postpartum, 5 mg. one to three times daily for a total of 30 mg. In functional uterine bleeding, usually 5 mg. three to five times daily until bleeding ceases. In carcinoma of the prostate, 1 to 3 mg. daily, increased in advanced cases; later, the dose may be reduced to an average of 1 mg. daily. In cancer of the breast, 15 mg. daily. In accidents of pregnancy, 25 to 100 mg. daily.
Vaginal—In the menopause, 0.5 mg. daily. Senile vaginitis, 0.5 mg. daily.
HOW SUPPLIED: (R) Ampoules, U.S.P., Injection (for I.M. use): No. 385, 5 mg. in Oil, 1 cc., in packages of 6 and 25. One cc. contains 5 mg. diethylstilbestrol in cottonseed oil, No. 549, 25 mg., in Ethyl Oleate, 1 cc., in packages of 6.
(R) Enseals®, U.S.P., Tablets (Enteric): No. 46, 0.1 mg., No. 47, 0.25 mg., and No. 48, 0.5 mg., in bottles of 100, 500, and 1,000; No. 49, 1 mg., and No. 85, 5 mg., in bottles of 100, 500, 1,000, and 5,000; No. 90, 25 mg., in bottles of 100 and 500.
(R) Suppositories, U.S.P. (Vaginal): No. 14, 0.1 mg., and No. 15, 0.5 mg., in packages of 6 and 50. In addition to the diethylstilbestrol, these suppositories contain glycerin, gelatin, polysorbate 20, and propylene glycol.
(R) Tablets, U.S.P.: No. 1646, 0.1 mg., No. 1647, 0.25 mg., and No. 1648, 0.5 mg., in bottles of 100 and 1,000; No. 1649, 1 mg., and No. 1685, 5 mg., in bottles of 100, 500, 1,000, and 5,000; No. 1724, 25 mg. (crossscored), in bottles of 100.

**DIETHYLSTILBESTROL AND METHYLTESTOSTERONE,** see Tylosterone® (diethylstilbestrol and methyltestosterone, Lilly).

**DIGITOXIN,** see Crystodigin® (digitoxin, Lilly).

**DIMETHYL TUBOCURARINE IODIDE,** see Metubine® Iodide (dimethyl tubocurarine iodide, Lilly).

**DIPHTHERIA AND TETANUS TOXOIDS AND PERTUSSIS VACCINE COMBINED,** see Tri-Solgen® (diphtheria and tetanus toxoids and pertussis vaccine combined, alum precipitated, Lilly).

**DOLOPHINE® HYDROCHLORIDE**     R
**(methadone hydrochloride)**

COMPOSITION: This product is an effective, stable analgesic and antitussive 10 mg. of which are comparable in analgesic potency to morphine sulfate, 15 mg. (¼ gr.).
ACTION AND USES: As an analgesic, it is especially useful in relieving postsurgical pain and pain associated with renal colic, metastatic lesions of malignant tumors, fractures, etc.
As an antitussive, it is of benefit in the control of cough associated with the common cold, whooping cough, or chronic tuberculosis.
This preparation produces very little euphoria. Therefore, it has only a limited value as preanesthetic medication when euphoria is desirable.
PRECAUTIONS: Although this drug has been used successfully in obstetric patients, it should be given with caution in the intrapartum period. Sedatives or other drugs which may depress fetal respiration should not be administered if delivery is anticipated before most of the drug will be eliminated from the fetal circulation. The risk is increased if the infant is premature or if general anesthesia is used for delivery.
After prolonged administration resulting in the development of considerable tolerance, withdrawal is followed by a mild but definite abstinence syndrome. This syndrome increases in intensity in proportion to longer duration of administration and greater tolerance, but it has never equaled that to be expected after similar administration of morphine. Warning—May be habit-forming.
SIDE EFFECTS: Nausea and vomiting, dizziness, dryness of mouth, and miosis may occur. Nausea and vomiting appear most often with large doses and seem to be of the type characteristically seen following administration of morphine.
The cumulative effect seems evident. Although the first doses may be well tolerated, nausea may appear after several have been given. It is suggested that the drug be administered only when needed for control of pain. Side effects also seem to be more prominent in ambulatory patients and in those who are not suffering acute pain. In such individuals, the lower doses are recommended. Doses in excess of 5 mg. are best tolerated when administered parenterally.
ADMINISTRATION AND DOSAGE:
Analgesic—Parenteral, 5 to 10 mg., according to severity of pain, every four to six hours as needed. Oral (adults), moderate pain, 2.5 mg. every six to eight hours; more severe pain, 5 mg. every six to eight hours as needed; very severe pain, 10 mg. every four to six hours as needed.
Antitussive—Adults, ½ to 1 teaspoonful of the syrup every four to six hours (do not overdose). Children three to twelve years, ¼ to ½ teaspoonful every four to six hours (do not overdose).
OVERDOSAGE: C.N.S. depression. Symptoms—Drowsiness, sweating, mental depression, delirium, hallucinations, circulatory collapse, and coma. Treatment—For specific therapy, nalorphine should be administered to antagonize respiratory depression. General management should consist in symptomatic and supportive therapy, which may include gastric lavage, administration of oxygen and intravenous fluids, and maintenance of body temperature. Emetics should not be used.

continued on next page