PDR 25 EDITION 1971

# Physicians' Desk Reference

to Pharmaceutical Specialties and Biologicals

For the Physicians Desk/Published by Medical Economics, Inc.

**Dermatophytin "O"** (Hollister-Stier)
**Dermaval Cream** (Vale)
**Derm-Cleanse** (Derm)
**Derm-Cort. Cream** (Derm)
**Dermogen** (Mallard)
**Dermolate** (Schering)
**Dermoplast Aerosol Spray** (Ayerst) p 563
**Dermovan** (Texas Pharmacal)
**Derm-Tar Shampoo** (Derm)
**Deronil Tablets** (Schering)
**Des Tablets** (Amfre-Grant)
**Desa Hist AT Syrup** (Research Industries)
**Desa Hist AT Tablets (TR)** (Research Industries)
**Desa Hist PF Elixir** (Research Industries) p 1075
**Desa Hist PF-8** (Research Industries) p 1075
**Desabam** (Research Industries)
**Desacholine** (Mallard)
**Desamycin** (Research Industries)
**Desarex #1 (TR)** (Research Industries)
**Desarex #2 (TR)** (Research Industries)
**Desarex A-1 (TR)** (Research Industries)
**Desarex A-2 (TR)** (Research Industries)
**Desatrate 30 (TR)** (Research Industries)
**Desatrate 50 (TR)** (Research Industries)
**Desatric H** (Research Industries) p 1075
♦**Desbutal** (Abbott) p 503
♦**Desbutal Gradumet** (Abbott) p 503
**Desenex** (Pharmacraft) p 1054
**Desenex Aerosol** (Pharmacraft) p 1055
**Desferal mesylate** (Ciba) p 635
**Desicol Kapseals** (Parke, Davis)
**Desitin Ointment** (Leeming) p 817
**Des-Oxa-d, 5 mg. Red** (Walker, Corp)
♦**Desoxyn** (Abbott) p 504
**DesPlex Tablets** (Amfre-Grant)
**Detachol Liquid** (Ferndale)
**Detoxogen** (Mallard)
**Detrex** (Mallard)
**Dexalme Duracap Capsules** (Meyer)
**Dexalme-S Duracap Capsules** (Meyer)
**Dexameth Tablets** (USV Pharmaceutical)
♦**Dexamyl** (Smith Kline & French) p 1224
**Dexaplex Capsules** (Coast)
♦**Dexa-Sequels** (Lederle) p 790
♦**Dexaspan Capsules** (USV Pharmaceutical)
♦**Dexaspan-B Capsules** (USV Pharmaceutical)
**Dex-Cell-Ate Tablets** (Westerfield)
**Dex-Cobar Tablets** (Vale)
♦**Dexedrine** (Smith Kline & French) p 1225
**Dexobee Dialspan Capsules** (Laser)
**Dexoval Hydrochloride Tablets** (Vale)
**Dexstim Injectable** (Central Pharmacal)
**Dexstim 5 mg. Tablets** (Central Pharmacal)
**Dexstim 10 mg. Tablets** (Central Pharmacal)
**Dextran 6% w/v in Dextrose 5% in Abbo-Liter Container** (Abbott)
**Dextran 6% w/v in Saline in Abbo-Liter Container** (Abbott)
**Dextran 6% w/v in Saline in Abbo-Liter Container w/Venopak w/Needle** (Abbott)
**Dextran 40** (Cutter) p 668
**Dextran 6% w/v in Saline in Abbo-Vac Container w/Venoset w/Needle** (Abbott)
**Dextran 70 Injection** (Cutter) p 668
**Dextri-Maltose** (Mead Johnson) p 898
**Dextrolate** (Mallard)
**Dextrolen T.D. Tablets** (Len-Tag)
**Dextrosule 15. Timesule** (Arnar-Stone)
**Dextro-Tussin** (Ulmer) p 1376
♦**Diabinese** (Pfizer) p 1033
**Diacryst** (Fougera)
**Diafen** (Riker) p 1078
**Diagnex Blue** (Squibb) p 1266
**Dialix Tablets** (Westerfield)
**Dialixir** (Westerfield)
♦**Dialog** (Ciba) p 635
♦**Dialose** (Stuart) p 1350
♦**Dialose Plus** (Stuart) p 1350
**Diamond Antiseptics Tablets** (Lilly)
♦**Diamox** (Lederle) p 790
♦**Diamox, Sequels** (Lederle) p 791
♦**Dianabol** (Ciba) p 636
**Diaparene Baby Powder** (Breon)
**Diaparene Ointment** (Breon) p 590
**Diaparene Peri-Anal Creme** (Breon) p 590
**Diapid Nasal Spray** (Sandoz) p 1154
**DIA-quel Liquid** (International Pharmaceutical)
**Diasal** (Fougera) p 718
**Diasone Sodium Enterab Tablets** (Abbott)
**Diasporal Cream** (Doak)
**Diasporal-Tar** (Doak)
**Diastyl Tablets** (Medics)
**Diatraegus** (Durst)
♦**Dibenzyline** (Smith Kline & French) p 1226
**Dicalcium Phosphate & Calcium Gluconate with Vitamin D. Pulvules** (Lilly)
**Dicalcium Phosphate w/Vitamin D Pulvules** (Lilly)
**Dicalcium Phosphate w/Vitamin D & Iron Pulvules** (Lilly)
**Dical-D Capsules** (Abbott)
**Dical-D Capsules w/Iron** (Abbott)
**Dical-D Capsules w/Vitamin C** (Abbott)
**Dical-D Wafers** (Abbott)
**Dicaldimin Capsules** (Abbott)
**Dicaldimin w/Vitamin C Capsules** (Abbott)
**Dicarbosil Tablets** (Arch) p 537
**Dicodid Bitartrate** (Knoll)
**Dicort Cream** (Hickam)
**Dicort Suppository** (Hickam)
**Dicorvin Tablets** (Amfre-Grant) p 536
♦**Dicumarol** (Abbott) p 504
**Dicumarol Pulvules** (Lilly)
**Dicurin Procaine Ampoules** (Lilly)
♦**Didrex** (Upjohn) p 1414
**Dienestrol Cream** (Ortho) p 975
**Di-Est Injectable** (Central Pharmacal)
**Di-Est Double Strength Injectable** (Central Pharmacal)
**Dietene** (Doyle) p 689
**Diethylstilbestrol** (Lilly) p 836
**Di-Factor Tablets** (Sutliff & Case)
**Di-Ferrin Injection** (Ulmer)
**Di-Genik (Aqueous)** (Savage)
**Digesplen Elixir** (Medical Products Panamericana)
**Digesplen Tablets** (Medical Products Panamericana) p 910
**Digestamic Liquid & Tablets** (Metro Med)
**Digestamic #2 Tablets** (Metro Med)
**Digestant** (Canright)
**Digifortis Ampoules, Kapseals, Tablets** (Parke, Davis)
**Digiglusin Tablets** (Lilly)
**Digitaline Nativelle** (Fougera) p 718
**Digitalis Pulvules & Tincture** (Lilly)
**Digitors Tablets** (Upjohn) p 1414
**Digitoxin Tablets U.S.P.** (Squibb) p 1267
**Digolase** (Boyle) p 585
**Digoxin** (Lederle) p 792
**Di-Gyn** (Hickam)
**Dihydrotachysterol Tablets 0.2 mg** (Philips Roxane) p 1056
**Dilabid Gyrocaps** (Dooner)
**Dilac 80 Capsules** (Ascher)
**Dilacap** (Coastal Pharmaceutical)
♦**Dilantin Kapseals** (Parke, Davis) p 1003
♦**Dilantin D.A.** (Parke, Davis)
♦**Dilantin Infatabs** (Parke, Davis)
**Dilantin in Oil Capsules** (Parke, Davis)
**Dilantin Steri-Vial** (Parke, Davis) p 1004
♦**Dilantin w/Phenobarbital Kapseals** (Parke, Davis)
**Dilaudid Cough Syrup** (Knoll) p 758
♦**Dilaudid Hydrochloride** (Knoll) p 757
**Dilaudid Sulfate** (Knoll) p 757
**Dilavas Kronocaps #6** (Ferndale)
**Dilaves Time Caps** (Douglas)
**Dilocol** (Table Rock) p 1362
**Dilone Tablets** (Endo)
**Dilor** (Savage) p 1162
**Dilorbron Capsules** (Palmedico)
**Dilor-G** (Savage) p 1162
**Dilyn** (Elder)
♦**Dimacol** (Robins) p 1086
**Dimentabs** (Bowman)
**Di-Met Suspension** (Organon)
♦**Dimetane** (Robins) p 1086
**Dimetane Expectorant** (Robins) p 1087
**Dimetane Expectorant-DC** (Robins) p 1087
**Dimetapp Elixir** (Robins) p 1087
♦**Dimetapp Extentabs** (Robins) p 1087
♦**Dimethacol** (Strasenburgh) p 1347
**Di-O-Chrome, for Home Use** (Warren-Teed)
**Di-Odine** (Brown) p 612
**Diodoquin** (Searle)
**Diodrast 35% Injection** (Winthrop)
**Diofed Syrup** (Vale)
**DioMedicone Tablets** (Medicone) p 911
**Diostate D Tablets** (Upjohn)
**Diothane Cream & Ointment** (Merrell)
**Dioviburnia** (Dios)
**Dipaxin Tablets** (Upjohn)
**Di-Phenyl** (Drug Industries) p 690
**Diphtheria & Tetanus Toxoids Adsorbed (Pediatric), Aluminum Phosphate Adsorbed, ULTRAFINED** (Wyeth) p 1512
**Diphtheria & Tetanus Toxoids & Pertussis Vaccine Adsorbed, Aluminum Phosphate Adsorbed, ULTRAFINED, Triple Antigen** (Wyeth) p 1513
**Diphtheria Toxin for Schick Test (Diluted)** (Wyeth) p 1513
**Diphteria-Tetanus Toxoids Combined, Alum Precipitated (Bio. 130)** (Dow Chemical) p 685
**Diphylets** (Tutag)
**Diphylets w/Amobarbital** (Tutag)
**Direct Sky Blue, Injection** (Wyeth)
**Disanthrol Capsules** (Lannett)
♦**Disipal** (Riker) p 1078
**Disolan Capsules** (Lannett)
**Disomer** (Schering) p 1188
**Disomer Chronotab Tablets** (Schering)
**Disonate Capsules** (Lannett) p 770
♦**Disophrol Chronotab Tablets & Tablets** (Schering) p 1189
**Di-Sosul** (Drug Industries)
♦**Di-Sosul Forte Tablets** (Drug Industries) p 690
**Dispatabs Tablets** (Person & Covey)
**Dispoz** (Coastal Pharmaceutical)
**Dissol Ophthalmic** (Smith, Miller & Patch)
**Di-Steroid in Diphasol Injection** (Kremers-Urban)
**Di-Steroid Suspension Injection** (Kremers-Urban)
**Ditate** (Savage)
**Ditate-DS** (Savage)
♦**Diupres** (Merck Sharp & Dohme) p 936
**Diurbital Tablets** (Amfre-Grant)
♦**Diuril** (Merck Sharp & Dohme) p 937
**Diurnal-Penicillin, Readimixed, Sterile Aqueous Suspension** (Upjohn)
**Diutensen** (Mallinckrodt) p 874
**Diutensen-R** (Mallinckrodt) p 874
**Diviron** ((Mallard)
**Doak Oil & Doak Oil Forte** (Doak) p 673
**Doak's Liquor Carbonis Detergens** (Doak) p 673
**Doca Acetate** (Organon)
**Doctate Capsules** (Meyer)
**Doctate-P Capsules** (Meyer)
**Dodex Injectable** (Organon)
♦**Dolonil** (Warner-Chilcott) p 1459
**Dolophine Hydrochloride Ampoules** (Lilly) p 837
**Dolophine Hydrochloride Syrup & Tablets** (Lilly) p 838
**Dolor Tablets** (Geriatric)
**Dolor Plus Tablets** (Geriatric)
**Domeboro Powder Packets & Tablets** (Dome) p 677
**Dome-Paste Bandage** (Dome) p 677
**Domerine Medicated Shampoo** (Dome) p 677
**Domol Bath & Shower Oil** (Dome) p 678
**Domol Lotion** (Dome) p 678
**Domolene-HC Ointment** (Dome)
**Donabarb Elixir & Tablets** (Elder)
**Donabarb-SR** (Elder)
**Donatussin Pediatric Drops** (Laser)
**Donatussin Syrup** (Laser)
♦**Donna Extentabs** (Robins) p 1089
**Donna Sed** (North American Pharmacal)
**Donnagel** (Robins) p 1087
**Donnagel-PG** (Robins) p 1087
♦**Donnagesic Extentabs** (Robins) p 1088
♦**Donnalate** (Robins) p 1088
♦**Donnasep** (Robins) p 1088
♦**Donnasep-MP** (Robins) p 1088
♦**Donnatal** (Robins) p 1089
♦**Donnatal Extentabs** (Robins) p 1089
♦**Donnatal No. 2** (Robins) p 1089
♦**Donnatal Plus** (Robins) p 1089
♦**Donnazyme** (Robins) p 1089
**Donphen Tablets** (Lemmon)
**Dopar** (Eaton) p 692
**Dopram** (Robins) p 1089

**(♦ Shown in Product Identification Section)**

Disophrol Tablets (Schering) p 1189
Drixoral (Schering) p 1172

**Dexchlorpheniramine Maleate**
Polaramine (Schering) p 1180

**Dexpanthenol**
Ilopan (Warren-Teed) p 1468
Ilopan-Choline Tablets (Warren-Teed) p 1468

**Dextran-40**
Dextran 40 (Cutter) p 668
LMD 10% (Abbott) p 518
Rheomacrodex (Pharmacia) p 1053

**Dextran-70**
Dextran 70 Injection (Cutter) p 668

**Dextrans *(Low Molecular Weight)***
LMD 10% (Abbott) p 518
Rheomacrodex (Pharmacia) p 1053
Salpix Contrast Medium (Ortho) p 978

**Dextro-Amphetamine Hydrochloride**
Amodex Junior Timed Capsules (Fellows-Testagar) p 707
Amodex Timed Capsules (Fellows-Testagar) p 707

**Dextroamphetamine Sulfate**
Amphodex timespan (Jamieson-McKames) p 752
Bamadex Sequels (Lederle) p 785
Bamadex Tablets (Lederle) p 787
Daprisal (Smith Kline & French) p 1223
Dexamyl (Smith Kline & French) p 1224
Dexa-Sequels (Lederle) p 790
Dexedrine (Smith Kline & French) p 1225
Eskatrol Spansule capsules (Smith Kline & French) p 1231
Prolaire-B (Stuart) p 1352

**Dextroamphetamine Sulfate w/Vitamin-Minerals**
Quadamine Granucaps (Tutag) p 1369

**DextroAmphetamine Tannate**
Obotan Tablets (Mallinckrodt) p 876
Obotan Forte Tablets (Mallinckrodt) p 876
Obotan-S Tablets (Mallinckrodt) p 876

**Dextromethorphan Hydrobromide**
Consotuss (Merrell) p 955
Dextro-Tussin (Ulmer) p 1376
Dimacol (Robins) p 1086
Dorcol Pediatric Cough Syrup (Dorsey) p 683
Ipsatol/DM (Davies Rose Hoyt) p 669
Lixaminol AT (Ferndale) p 709
Nilcol (Warner-Chilcott) p 1463
Pediatric Phenergan Expectorant w/Dextromethorphan (Wyeth) p 1526
Quelidrine Syrup (Abbott) p 530
Robitussin-DM (Robins) p 1097
Robitussin-DM Cough Calmers (Robins) p 1097
Rondec-DM (Ross) p 1142
Sorbutuss (Dalin) p 669
2G/DM (Dow Chemical) p 689
Triaminicol Syrup (Dorsey) p 684
Trind-DM (Mead Johnson) p 909
Tusquelin (Circle) p 661
Tussagesic Tablets & Suspension (Dorsey) p 684
Tussaminic Tablets (Dorsey) p 684
Tussi-Organidin DM (Wampole) p 1452

**Dextrose Solution**
Normosol-M 900 Cal (Abbott) p 523
Normosol-M in D5-W Solutions (Abbott) p 522

**Dextrothyroxine**
Choloxin (Flint) p 712

**Diastase**
Phazyme (Reed & Carnrick) p 1070
Phazyme-PB (Reed & Carnrick) p 1070

**Diatrizoate Preparations**
Hypaque Sodium 20% (Winthrop) p 1481
Hypaque Sodium 50% (Winthrop) p 1482
Hypaque 25% Sodium (Winthrop) p 1481
Hypaque-M, 75% (Winthrop) p 1487
Hypaque-M, 90% (Winthrop) p 1489
Renografin-60 (Squibb) p 1318
Renografin-76 (Squibb) p 1320
Reno-M-Dip (Squibb) p 1327
Reno-M-30 (Squibb) p 1322
Reno-M-60 (Squibb) p 1323
Reno-M-76 (Squibb) p 1326
Renovist (Squibb) p 1329

**Diatrizoate Sodium**
Hypaque Sodium Oral (Winthrop) p 1486
Hypaque-M, 75% (Winthrop) p 1487
Hypaque-M, 90% (Winthrop) p 1489

**Diazepam**
Valium Injectable (Roche) p 1122
Valium Tablets (Roche) p 1123

**Dibucaine Hydrochloride**
Nupercaine Heavy Solution (Ciba) p 647
Nupercaine hydrochloride (Ciba) p 644
Nupercaine hydrochloride 1:1500 (Ciba) p 646

**Dichloralphenazone**
Midrin Capsules (Carnrick) p 630

**Dicyclomine Hydrochloride**
Bendectin (Merrell) p 954
Bentyl Hydrochloride-Capsules, Tablets, Syrup & Injection (Merrell) p 954
Bentyl Hydrochloride w/Phenobarbital Capsules, Tablets & Syrup (Merrell) p 954
Kolantyl Gel (Merrell) p 955
Kolantyl Tablets (Merrell) p 955
Kolantyl Wafers (Merrell) p 955

**Dienestrol**
AVC Cream w/Dienestrol (National Drug) p 964
AVC Suppositories w/Dienestrol (National Drug) p 964
Dienestrol Cream (Ortho) p 975
Estan (Schering) p 1190
Synestrol Tablets (Schering) p 1196

**Diethylcarbamazine Citrate**
Hetrazan (Lederle) p 795

**Diethylpropion**
Tepanil Ten-Tab (National Drug) p 967

**Diethylpropion Hydrochloride**
Tenuate Dospan (Merrell) p 956
Tenuate 25 mg. (Merrell) p 956
Tepanil (National Drug) p 967

**Diethylstilbestrol**
~~Dieorvin Tablets (Amfre-Grant) p 536~~
Diethylstilbestrol (Lilly) p 836
~~Furacin-E Urethral Inserts (Eaton) p 696~~
Gynben Vaginal Inserts & Cream (Bentex) p 583
Quinette (Arnar-Stone) p 548
Stilphostrol (Dome) p 680
Tylandril (Lilly) p 865
Tylosterone Ampoules (Lilly) p 866
Tylosterone Tablets (Lilly) p 867

**Digalloyl Trioleate**
SunStick Lip Protectant (Texas Pharmacal) p 1365
SunSwept Cream (Texas Pharmacal) p 1366

**Digitalis Glycoside Preparations**
Crystodigin Ampoules (Lilly) p 835
Crystodigin Tablets (Lilly) p 835
Davoxin (Davies Rose Hoyt) p 669
Myodigin (Davies Rose Hoyt) p 670
Purodigin (Wyeth) p 1526

**Digitalis Preparations**
Digitora Tablets (Upjohn) p 1414
Pil-Digis (Davies Rose Hoyt) p 670

**Digitoxin**
Digitaline Nativelle (Fougera) p 718
Digitoxin Tablets U.S.P. (Squibb) p 1267
Myodigin (Davies Rose Hoyt) p 670
Purodigin (Wyeth) p 1526

**Digoxin**
Davoxin (Davies Rose Hoyt) p 669
Lanoxin (Burroughs Wellcome) p 620

**Dihydroergotamine Mesylate**
D.H.E. 45 (Sandoz) p 1154

**Dihydroergotamine Methanesulfonate**
Plexonal (Sandoz) p 1158

**Dihydromorphinone Hydrochloride**
***(see also under Hydromorphone Hydrochloride)***
Dilaudid Cough Syrup (Knoll) p 758
Dilaudid Hydrochloride (Knoll) p 757
Dilocol (Table Rock) p 1362

**Dihydrotachysterol**
Dihydrotachysterol Tablets 0.2 mg. (Philips Roxane) p 1056
Hytakerol (Winthrop) p 1491

**Dihydroxy Aluminum Aminoacetate**
Aluscop (Westerfield) p 1473
Donnalate (Robins) p 1088
Robalate (Robins) p 1095

**Diiodohydroxyquin**
Baculin Vaginal Tablets (Amfre-Grant) p 536
Cor-Tar-Quin Creme & Lotion (Dome) p 675
Cor-Tar-Quin Forte Creme (Dome) p 675
Gynben Vaginal Inserts & Cream (Bentex) p 583
Quinette (Arnar-Stone) p 548

**Dimenhydrinate**
Dramamine (Searle) p 1204

**Dimercaprol**
BAL in Oil (Hynson, Westcott & Dunning) p 747

**Dimethindene Maleate**
Forhistal maleate (Ciba) p 640

**Dimethisoquin Hydrochloride**
Quotane Ointment & Lotion (Smith Kline & French) p 1238

**Dimethisterone**
Oracon (Mead Johnson) p 903

**Dimethoxanate Hydrochloride**
Cothera Compound (Ayerst) p 562

**Dioctyl Calcium Sulfosuccinate**
Doxidan (Hoechst) p 744
Surfak (Hoechst) p 746

**Dioctyl Potassium Sulfosuccinate**
Rectalad Enema (Wampole) p 1452

**Dioctyl Sodium Sulfosuccinate**
Colace (Mead Johnson) p 897
Dialose (Stuart) p 1350
Dialose Plus (Stuart) p 1350
DioMedicone Tablets (Medicone) p 91[illegible]
Disonate Capsules (Lannett) p 770
Di-Sosul Forte Tablets (Drug Industries) p 690
Dorbantyl (Riker) p 1079
Dorbantyl Forte (Riker) p 1079
Doss (Ferndale) p 709
Doss-300 Capsule (Ferndale) p 709
Doxan (Hoechst) p 744
Doxinate (Hoechst) p 744
Ferro-Sequels (Lederle) p 792
Filibon OT (Lederle) p 793
Gentlax S Tablets (Purdue Frederick) p 1064
Geriplex-FS Kapseals (Parke, Davis) p 1007
Gevrite (Lederle) p 794
Guarsol (Western Research) p 1474
Hemaferrin (Western Research) p 147[illegible]
Liqui-Doss (Ferndale) p 709

Lilly—Cont.

tain optimum therapeutic effect, any additional food taken between meals should be preceded by a whole or fractional dose of Cytellin.

**Note to the Pharmacist:** An empty, wide-mouthed, screw-capped bottle should be supplied to the patient for carrying the midday dose of Suspension Cytellin® (sitosterols, Lilly).

**How Supplied:** (℞) *Suspension Cytellin® (Sitosterols Suspension, N.F.), No. M-100,* in pint bottles. *Avoid freezing.* [052870]

**DARVON®** ℞
(propoxyphene hydrochloride)
Capsules, U.S.P.

**DARVON® COMPOUND and DARVON® COMPOUND-65**
(propoxyphene hydrochloride, aspirin, phenacetin, and caffeine)

**DARVON® WITH A.S.A.®**
(propoxyphene hydrochloride and aspirin)
Capsules, N.F.

**DARVO-TRAN®**
(propoxyphene hydrochloride and aspirin with phenaglycodol)

**Description:** Darvon® (propoxyphene hydrochloride, Lilly) is a synthetic analgesic. It is an odorless white crystalline powder with a bitter taste. It is freely soluble in water. Chemically, it is α-(+)-4-(Dimethylamino)-3-methyl-1,2-diphenyl-2-butanol Propionate Hydrochloride.

Ultran® (phenaglycodol, Lilly) is a butanediol drug which has a tranquilizing effect. Chemically, it is 2-*p*-chlorophenyl-3-methyl-2,3-butanediol. It is relatively insoluble in water.

**Actions:** Propoxyphene hydrochloride is an analgesic. The combination of propoxyphene hydrochloride with aspirin and/or phenacetin results in greater analgesia than that achieved by either drug administered alone. Propoxyphene hydrochloride is structurally related to the narcotic analgesics methadone and isomethadone, and its general pharmacologic properties are those of the narcotics as a group.

In most individuals, recommended doses of propoxyphene hydrochloride have not caused clinically significant alterations of respiration, blood pressure, or pulse rate.

Ultran® (phenaglycodol, Lilly) is a central-nervous-system depressant useful in the treatment of anxiety and functional disorders accompanied by tension. It has little sedative or hypnotic effect.

**Indications:** For the relief of mild to moderate pain. Darvo-Tran is indicated for the relief of mild to moderate pain when accompanied by tension.

**Contraindications:** Hypersensitivity to propoxyphene hydrochloride, phenaglycodol, aspirin, phenacetin, or caffeine.

Concomitant administration with orphenadrine-containing compounds.

**Warnings:** Salicylates should be used with caution in the presence of peptic ulcer.

Phenacetin may damage the kidneys when used in large amounts or taken over a long period of time.

Propoxyphene hydrochloride may impair the mental and/or physical abilities required for the performance of potentially hazardous tasks, such as driving a car or operating machinery, especially during the first few days of therapy. Therefore, the patient should be cautioned accordingly.

*Use in Pregnancy*—The safety of the use of this agent during pregnancy has not been established. The potential hazards of the drug must be weighed against the possible benefits.

*Use in Children*—This agent should not be used in children, since adequate data to establish safe conditions of use are lacking.

*Drug Dependence*—Tolerance, psychological dependence, and physical dependence have been reported; the abuse liability of propoxyphene hydrochloride is qualitatively similar to that of codeine although quantitatively less. Darvon® (propoxyphene hydrochloride, Lilly) will not support morphine dependence.

**Precautions:** Patients who have received narcotic drugs for long periods of time may have developed physical dependence, and the sudden substitution of ordinary doses of propoxyphene hydrochloride may result in an acute withdrawal syndrome. These symptoms may be avoided by gradually reducing the dose of the prior medication as propoxyphene hydrochloride is substituted.

Caution should be exercised in the administration of phenaglycodol to patients who are depressed.

Although accumulated evidence suggests that Ultran® (phenaglycodol, Lilly) is not habit-forming or addictive, it is recommended that patients on tranquilization therapy, particularly over prolonged periods, be *under periodic medical supervision.* Certain patients may place inordinate dependence on any medication which alleviates discomfort, and these individuals may transgress the bounds of prescribed dosage.

The administration of Ultran with other C.N.S. depressants and/or alcohol may result in additive effects.

**Adverse Reactions:** The following reactions have occurred with propoxyphene hydrochloride combination products: dizziness, headache, sedation, somnolence, paradoxical excitement, insomnia, skin rashes or other allergic phenomena, and gastro-intestinal disturbances (including nausea, vomiting, abdominal pain, and constipation). Euphoria may occasionally occur.

These additional reactions have been reported with Darvo-Tran: vertigo, dermatitis, depression, anxiety, feelings of unreality, lethargy, and gynecomastia.

**Administration and Dosage:** A narcotic prescription is not required. Darvon® (propoxyphene hydrochloride, Lilly) is given orally. The usual dose is 65 mg. three or four times daily.

Propoxyphene hydrochloride with aspirin is given orally. The usual dose is 65 mg. of propoxyphene hydrochloride and 325 mg. of aspirin three or four times daily.

Propoxyphene hydrochloride with aspirin, phenacetin, and caffeine is given orally. The usual dose is 65 mg. of propoxyphene hydrochloride, 227 mg. of aspirin, 162 mg. of phenacetin, and 32.4 mg. of caffeine three or four times daily.

Darvo-Tran is administered orally. The adult dosage is 1 or 2 Pulvules® three or four times daily. It should be remembered that two Pulvules Darvo-Tran will provide a 300-mg. dose of Ultran® (phenaglycodol, Lilly), which may predispose to mild drowsiness.

**Overdosage:** Manifestations of accidental or intentional overdosage with propoxyphene are similar to those of narcotic overdosage and include convulsions (more common than is usually noted in cases of narcotic poisoning), coma, respiratory depression, and circulatory collapse. When combination products containing salicylates as well as propoxyphene have been ingested, the clinical picture may be complicated by salicylism.

Analeptic drugs (for example, caffeine or amphetamine) should not be used because of their tendency to precipitate fatal convulsions. Intravenously administered narcotic antagonists (nalorphine and levallorphan) are the drugs of choice to reverse signs of intoxication. These agents should be given repeatedly until the patient's status remains satisfactory. Gastric lavage also may be helpful. In addition, supportive measures, such as assisted oxygenation and intravenous fluids, should be used as indicated.

Dialysis is of little value with respect to propoxyphene alone; salicylates, phenacetin, and phenaglycodol are dialyzable.

**How Supplied:** (℞) *Pulvules Darvon® (Propoxyphene Hydrochloride Capsules, U.S.P.): No. 364, H02,** 32 mg. (No. 4, Light-Pink Opaque), and *No. 365, H03,** 65 mg. (No. 3, Light-Pink Opaque), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000).

(℞) *Pulvules No. 368, Darvon® Compound (propoxyphene hydrochloride, aspirin, phenacetin, and caffeine, Lilly), H05** (No. 0, Light-Pink Opaque Body, Light-Gray Opaque Cap), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000). Each Pulvule contains 32 mg. propoxyphene hydrochloride, 227 mg. aspirin, 162 mg. phenacetin, and 32.4 mg. caffeine.

(℞) *Pulvules No. 369, Darvon® Compound-65 (propoxyphene hydrochloride, aspirin, phenacetin, and caffeine, Lilly), H06** (No. 0, Red Opaque Body, Light-Gray Opaque Cap), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000). Each Pulvule contains 65 mg. propoxyphene hydrochloride, 227 mg. aspirin, 162 mg. phenacetin, and 32.4 mg. caffeine.

(℞) *Pulvules No. 366, Darvon® with A.S.A.® (Propoxyphene Hydrochloride and Aspirin Capsules, N.F.), H04** (No. 0, Red Opaque Body, Light-Pink Opaque Cap), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000). Each Pulvule contains 65 mg. propoxyphene hydrochloride and 325 mg. aspirin.

(℞) *Pulvules No. 377, Darvo-Tran® (propoxyphene hydrochloride and aspirin with phenaglycodol, Lilly), H11** (No. 0, Light-Pink Opaque Body, Maroon Opaque Cap), in bottles of 100 and 500. Each Pulvule contains 32 mg. of Darvon® (propoxyphene hydrochloride, Lilly), 325 mg. of A.S.A.® (aspirin, Lilly), and 150 mg. of Ultran® (phenaglycodol, Lilly) [052870]

*[Shown in Product Identification Section]*

Pulvules No. 364, 32 mg.—100's—FSN 6505-660-1720; 500's—FSN 6505-725-6992
Pulvules No. 365, 65 mg.—500's—FSN 6505-958-2364
Pulvules No. 368, Darvon Compound—500's—FSN 6505-967-8735
Pulvules No. 369, Darvon Compound-65—500's—FSN 6505-784-4976
Pulvules No. 377, Darvo-Tran—500's—FSN 6505-890-2024

**DIETHYLSTILBESTROL** ℞
ENSEALS®, SUPPOSITORIES, AND TABLETS

**Description:** Diethylstilbestrol is a crystalline synthetic estrogenic substance capable of producing all the pharmacologic and therapeutic responses attributed to natural estrogens.

**Indications:** Tablets and Enseals Diethylstilbestrol are indicated for the relief of symptoms of the menopause; in senile vaginitis; for the relief or prevention of painful engorge-

ment of the breasts postpartum; for control of functional uterine bleeding; in carcinoma of the prostate; and in mammary carcinoma of postmenopausal women.

Suppositories Diethylstilbestrol are indicated in postmenopausal and senile vaginitis, especially when menopausal symptoms are not present.

**Contraindications:** The contraindications to diethylstilbestrol administration are the same as to estrogen therapy in general. Estrogens should not be administered in the absence of a positive indication, and they should be avoided in premenopausal women with carcinoma of the breast and in all women with genital malignancy. A family history of a high incidence of breast or genital malignancy may be a contraindication.

In young patients in whom bone growth is not complete, estrogen therapy is contraindicated because of its effect on epiphyseal closure.

Suspected or known hepatic disease should be regarded as a contraindication to prolonged estrogen therapy.

**Warning:** Because of possible adverse reaction on the fetus, the risk of estrogen therapy should be weighed against the possible benefits when diethylstilbestrol is considered for use in a known pregnancy.

**Precautions:** Diethylstilbestrol is a potent drug, and caution must be employed in its use. Indiscriminate or injudicious administration may be dangerous. Patients receiving the drug should be under continuous medical supervision. In women, the breasts and pelvic organs should be examined before treatment is begun and at intervals during therapy.

Diethylstilbestrol should be administered with caution to a patient with bone, renal, or other disease involving calcium or phosphorus metabolism, since estrogens are known to affect metabolism of these substances. Conditions such as epilepsy, migraine, asthma, and cardiac or renal dysfunction require careful observation because the drug may produce some degree of fluid retention. Liver, thyroid, or adrenal function tests should not be performed until estrogen therapy has been discontinued for two months.

**Adverse Reactions:** As with natural estrogens, unpleasant side-effects have been noted following diethylstilbestrol therapy. Most common is the occurrence of nausea, which may be severe enough to lead to vomiting. The incidence of nausea appears to differ significantly among various types of patients. Pregnant and postpartum women seem the least susceptible.

Nausea and vomiting are most easily produced in the group of menopausal women. When dosage is minimal, nausea is infrequent and transient. When larger doses are given (1 mg. or more daily), and particularly when they are administered initially, nausea and vomiting are common in the menopausal group. Men and nonpregnant women form an intermediate group, nausea in them being relatively uncommon from doses of 3 to 5 mg. daily.

Continuous therapy over long periods of time, even in low dosage, may produce endometrial hypertrophy and uterine bleeding. This can be prevented in most instances by minimum dosage or by cyclic interruption of therapy when treatment must be prolonged. Porphyria cutanea tarda is also possible with extended use of the drug.

Other side-effects occasionally noted include abdominal distress or pain, breast tenderness and engorgement, anorexia, diarrhea, lassitude, paresthesia, vertigo, headache, anxiety, insomnia, thirst, scotomata, cutaneous rashes, purpura, and allergic reactions of various types. Side-effects may be expected to disappear on reduction of dosage or withdrawal of medication.

**Administration and Dosage:** *Oral*—0.2 to 0.5 mg. daily, increased as indicated. In the menopause, cyclic therapy is recommended (three weeks' regimen with a one-week rest period). Withdrawal bleeding may occur during the rest period. In painful engorgement of the breasts postpartum, 5 mg. one to three times daily for a total of 30 mg. In functional uterine bleeding, usually 5 mg. three to five times daily until bleeding ceases. In carcinoma of the prostate, 1 to 3 mg. daily, increased in advanced cases; later, the dose may be reduced to an average of 1 mg. daily. In cancer of the breast, 15 mg. daily.

*Vaginal*—One 0.5-mg. suppository inserted at bedtime each night, or less frequently as needed. For maintenance, a 0.1-mg. suppository periodically may be adequate.

**How Supplied:** (℞) *Enseals—Diethylstilbestrol Tablets, U.S.P. (Enteric): No. 46, A19,** 0.1 mg., *No. 47, A20,** 0.25 mg., *No. 48, A21,** 0.5 mg., *No. 49, A22,** 1 mg., and *No. 85, A33,** 5 mg., in bottles of 100 and 1,000; *No. 90, A34,** 25 mg., in bottles of 100 and 500.

(℞) *Suppositories—Diethylstilbestrol Suppositories, U.S.P.* (Vaginal): *No. 14, S07,** 0.1 mg., and *No. 15, S09,** 0.5 mg., in packages of 6 and 50. In addition to the diethylstilbestrol, these suppositories contain glycerin, gelatin, polysorbate 20, and propylene glycol.

(℞) *Tablets—Diethylstilbestrol Tablets, U.S.P.: No. 1646, J49,** 0.1 mg., in bottles of 100 and 1,000; *No. 1647, J50,** 0.25 mg., in bottles of 100; *No. 1648, J51,** 0.5 mg., and *No. 1649, J52,** 1 mg., in bottles of 100 and 1,000; *No. 1685, J54,** 5 mg., in bottles of 100 and 1,000 and in 10 strips of 10 individually labeled blisters each containing 1 tablet (ID100); *No. 1724, T70,** 25 mg. (cross-scored), in bottles of 100. [090369]

**DIGITOXIN,** *see* Crystodigin® (digitoxin, Lilly).

**DIPHTHERIA AND TETANUS TOXOIDS AND PERTUSSIS VACCINE, ADSORBED,** *see* Tri-Solgen®, Adsorbed (diphtheria and tetanus toxoids and pertussis vaccine, adsorbed, Lilly).

## •DOLOPHINE® HYDROCHLORIDE ℞

**(methadone hydrochloride)**
**Injection, U.S.P.**
AMPOULES

**Description:** Dolophine® Hydrochloride (methadone hydrochloride, Lilly) (4,4-diphenyl-6-dimethylamino-heptanone-3 hydrochloride) is a white crystalline material which is water soluble.

**Actions:** Methadone hydrochloride is a synthetic narcotic analgesic with multiple actions quantitatively similar to those of morphine, the most prominent of which involve the central nervous system and organs composed of smooth muscle. Its principal therapeutic value consists in analgesia and sedation. Methadone also possesses significant antitussive activity. The methadone abstinence syndrome is qualitatively similar to that of morphine but differs in that the onset is slower, the course is more prolonged, and the symptoms are less severe.

A parenteral dose of 8 to 10 mg. of methadone is approximately equivalent in analgesic effect to 10 mg. of morphine; after administration of a single dose, the onset and duration of analgesic action of the two drugs are similar. Methadone is approximately one-half as potent orally as parenterally; oral administration results in a delay of the onset, a lowering of the peak, and an increase in the duration of analgesic effect.

**Indications:** For the relief of moderate to severe pain.

For suppression of the narcotic abstinence syndrome in the course of withdrawal therapy for narcotic dependence.

**Contraindication:** Hypersensitivity to methadone.

**Warnings:** *Drug Dependence*—Methadone can produce drug dependence of the morphine type and therefore has the potential for being abused. Because psychic dependence, physical dependence, and tolerance may develop following repeated administration of methadone, it should be prescribed and administered with the same degree of caution appropriate to the use of morphine. Like other narcotics, methadone is subject to the provisions of the Federal narcotic laws.

*Interaction with Other Central-Nervous-System Depressants*—Methadone should be used with great caution and in reduced dosage in patients who are concurrently receiving other narcotic analgesics, general anesthetics, phenothiazines, other tranquilizers, sedative-hypnotics, tricyclic antidepressants, and other C.N.S. depressants (including alcohol). Respiratory depression, hypotension, and profound sedation or coma may result.

*Head Injury and Increased Intracranial Pressure*—The capacity of methadone to depress respiration and elevate cerebrospinal-fluid pressure may be markedly exaggerated in the presence of increased intracranial pressure. Furthermore, narcotics produce side-effects which may obscure the clinical course of patients with head injuries. In such individuals, methadone must be used with extreme caution and only if it is deemed essential.

*Asthma and Other Respiratory Conditions*—Methadone should be used with extreme caution in patients having an acute asthmatic attack, in those with chronic obstructive pulmonary disease or cor pulmonale, and in individuals with a substantially decreased respiratory reserve, preexisting respiratory depression, hypoxia, or hypercapnia. In such patients, even usual therapeutic doses of narcotics may decrease respiratory drive while simultaneously increasing airway resistance to the point of apnea.

*Hypotensive Effect*—The administration of methadone may result in severe hypotension in an individual whose ability to maintain his blood pressure has already been compromised by a depleted blood volume or concurrent administration of drugs such as the phenothiazines or certain anesthetics.

*Use in Ambulatory Patients*—Methadone may impair the mental and/or physical abilities required for the performance of potentially hazardous tasks, such as driving a car or operating machinery. The patient should be cautioned accordingly.

Methadone, like other narcotics, may produce orthostatic hypotension in ambulatory patients.

*Use in Pregnancy*—Safe use in pregnancy has not been established in relation to possible adverse effects on fetal development. Therefore, methadone should not be used in pregnant women unless, in the judgment of the physician, the potential benefits outweigh the possible hazards.

Methadone is not recommended for obstetric analgesia because its long duration of action increases the probability of respiratory depression in the newborn.

*Use in Children*—Methadone is not recommended for use as an analgesic in children, since documented clinical experience has been insufficient to establish a suitable dos-

*Continued on next page*

*Identi-Code® symbol—Newly manufactured capsules and tablets and the labels of powders for oral suspension and suppositories will bear Identi-Code symbols. However, a period of time will elapse before existing stocks of noncoded products are exhausted.