63

# COLOR ADDITIVES

MAR 18 1961

000487

# HEARINGS

BEFORE THE

## COMMITTEE ON
## INTERSTATE AND FOREIGN COMMERCE
## HOUSE OF REPRESENTATIVES

EIGHTY-SIXTH CONGRESS

SECOND SESSION

ON

### H.R. 7624

A BILL TO PROTECT THE PUBLIC HEALTH BY AMENDING THE FEDERAL FOOD, DRUG, AND COSMETIC ACT SO AS TO AUTHORIZE THE USE OF SUITABLE COLOR ADDITIVES IN OR ON FOODS, DRUGS, AND COSMETICS, IN ACCORDANCE WITH REGULATIONS PRESCRIBING THE CONDITIONS (INCLUDING MAXIMUM TOLERANCES) UNDER WHICH SUCH ADDITIVES MAY BE SAFELY USED

### S. 2197

AN ACT TO PROTECT THE PUBLIC HEALTH BY AMENDING THE FEDERAL FOOD, DRUG, AND COSMETIC ACT SO AS TO AUTHORIZE THE USE OF SUITABLE COLOR ADDITIVES IN OR ON FOODS, DRUGS, AND COSMETICS, IN ACCORDANCE WITH REGULATIONS PRESCRIBING THE CONDITIONS (INCLUDING MAXIMUM TOLERANCES) UNDER WHICH SUCH ADDITIVES MAY BE SAFELY USED

JANUARY 26, 27, 29, FEBRUARY 10, 11, MARCH 11, APRIL 5, 6, AND MAY 9, 1960

Printed for the use of the Committee on Interstate and Foreign Commerce

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1960

COLOR ADDITIVES 265



Congressman, I understand you have a very distinguished constituent with you and we would be very happy to have you introduce him.

Mr. BARR. Mr. Chairman and gentlemen, I do indeed have a most distinguished constituent of mine with me today, Dr. Thomas P. Carney, who is the vice president of research and development control of the Eli Lilly & Co. at Indianapolis. I would like to tell you just a little bit about Dr. Carney before he starts his testimony.

Dr. Carney is a graduate of Notre Dame, chemical engineering; had his Ph. D. at Penn State. He took his postdoctorate work at the University of Wisconsin.

Dr. Carney has been a past chairman of the Medical Division of the American Chemical Society. He has been a chairman of the agents committee advisory to chemical warfare; he is a former chairman and a present member of the industry subcommittee, the National Chemotherapy Service Center. Dr. Carney has been associated with Eli Lilly & Co. about 15 years.

I wanted to tell you just a little bit about the Eli Lilly & Co. I am not here on behalf of the drug industry, but I can tell you about one pharmaceutical manufacturer that is resident in my constituency. The Eli Lilly & Co. is an old, old company. It is a pioneer in research in the United States of America, one of the first industrial organizations in this country ever to seriously attempt research.

Dr. Carney, here, today, is in the long historical flow of research of that company. It actually started, their research efforts started, back in about 1900 under the direction of Dr. G. H. A. Clowes, who, incidentally, was one of the first men in the world, literally in the world, to attempt cancer research. He brought the first cancerous tissue from England in 1903 to this country. That tissue, incidentally, is still growing in the laboratories of the Eli Lilly & Co.

Men such as Mr. G. B. Walden, who helped pioneer insulin for pernicious anemia; men such as Dr. Horace Schonle, who worked in developing barbituric acid, men who work with Dr. Carney today and in whose footsteps he has followed; Dr. Carney, I can assure you, is not only a distinguished member of my constituency but a great American scientist in what I believe to be the best tradition.

I am delighted to present him to you gentlemen of this committee. Thank you.

STATEMENT OF DR. THOMAS CARNEY, VICE PRESIDENT, ELI LILLY & CO.

Dr. CARNEY. Thank you very much, Congressman.

Gentlemen and members of the committee, I want to express my gratitude to you and that of the pharmaceutical industry and of my State. I want to express our appreciation to you for allowing me to present our point of view today.

I appear before the committee as chairman of the Committee for the Study of Carcinogenic Substances of the Pharmaceutical Manufacturers Association to present a statement on behalf of the association.

This statement will be confined to a discussion of the implications of the so-called cancer clause, or Delaney amendment 'sec. 706(b)(5)

000512    88
MAR 18 1961

COLOR ADDITIVES                                277

The CHAIRMAN. Mr. Mack.
Mr. MACK. Doctor, is stilbestrol produced by most of the manufacturers, pharmaceutical manufacturers?
Dr. CARNEY. No. Stilbestrol is produced only by three companies in this country. Stilbestrol can be produced by anybody. It is an open compound.
Mr. MACK. It is only produced by three manufacturers?
Dr. CARNEY. Yes. As nearly as I know, three manufacturers; yes, sir.
Mr. MACK. You indicated it was very important in the production of beef animals?
Dr. CARNEY. Yes. About 75 percent of all of the beef animals in feedlots are on stilbestrol. Perhaps I should amplify my first statement and say what I mean by production. I meant production of the crude chemical. There are hundreds of feed manufacturers selling stilbestrol to the farmer. Possibly I misunderstood what you meant. I meant the actual production of the crude chemical stilbestrol, which then goes into feed which is sold to the feed manufacturers, the feed mixers.
Mr. MACK. Are there any other chemicals used in the feeds similar to stilbestrol?
Dr. CARNEY. There is one other product, hormone, which is used by implantation in beef cattle; but that is the only other hormone with which I am familiar.
Mr. MACK. Are there any other chemicals that fall into the same category as stilbestrol?
Dr. CARNEY. By "category," do you mean use, sir, or activity? There are other chemicals that are used for increasing the weights of the animals. I think the fact that 75 percent of the animals in this country are on one product indicates that it is rather an unusual material.
Mr. MACK. Then would this Delaney amendment affect many other chemicals other than stilbestrol?
Dr. CARNEY. It would not affect any of the chemicals that I know of that are used in this field. You see, the two primary materials under the Delaney amendment now are the arsenic compounds and stilbestrol, which was mentioned specifically.
Mr. MACK. So stilbestrol is about the only one that really would be affected?
Dr. CARNEY. As far as the Delaney amendment is concerned now; yes, that is right.
Mr. MACK. That is all, Mr. Chairman.
The CHAIRMAN. Mr. Younger.
Mr. YOUNGER. Just a comment. I do want to congratulate Dr. Carney on a presentation of the subject which a layman can understand.
Dr. CARNEY. Thank you, sir.
Mr. YOUNGER. Thank you. That is all.
The CHAIRMAN. Mr. Roberts.
Mr. ROBERTS. Mr. Chairman, I would like to join the chairman in saying that I think this is a very informative statement. It is one that is very hard for me to use as the basis for questions. I am certainly not a chemist and Dr. Carney is certainly a great chemist.

COLOR ADDITIVES

000516

283

principles of the Delaney amendment will apply to your field of industry.

Dr. CARNEY. Yes. They can exercise their scientific judgment and say these are dangerous. The results might be the same, incidentally. I am not saying that they would not necessarily be the same, but the conclusion would be based on scientific judgment and not on a law that says we cannot use these things. If it is proven that these compounds we have coming out are carcinogens, if it is proven they are dangerous, then Food and Drug can keep them off the market without a Delaney amendment at all.

Mr. MOSS. [redacted]

Dr. CARNEY. I would have—I do not have the exact figures, but I would say well over half.

Mr. MOSS. Half.

Dr. CARNEY. [redacted]

Mr. DINGELL. And the bulk of it goes into animals?

Dr. CARNEY. The bulk of it goes into animals.

Mr. DINGELL. Principally cattle?

Dr. CARNEY. Principally cattle, and sheep have been approved for use.

Mr. MOSS. That is all I have.

The CHAIRMAN. Mr. Nelsen.

Mr. NELSEN. I wish to thank the gentleman for his very fine testimony, and I would like to point out, in the livestock feedings as well as poultry, that I think it would be unfair for us to assume that everything that has been suggested might lead to some defect in the meat product.

For example, in poultry if those of us who live on a farm—and that is where I make my bread and butter—you can take poultry and crowd them and get them to the market in a very short period of time; you will find perhaps that the quality of the bird is not as good and as tasty as one that has been given a wee bit more time, and the same is true of beef. So the quality of beef could be attributed to many factors, and this could be one, sure, but it is not necessarily true it is.

Mr. MOSS. If the gentleman will yield, the gentleman is apparently addressing his remark at me rather than Dr. Carney.

First, let me disclaim any connection with a farm as an operator. I do not live on one, I do not operate one, and, therefore, I feel that I am completely free of any of the special pressures which might crowd my judgment. I tried to review this objectively. My statement was that I had been told by those whom I regard as expert that their view of this matter was different from Dr. Carney's. I did not indicate whether or not I agree with them. I merely brought it out because the doctor had stated here, rather strongly, conclusions which would leave one to believe in some instances that there was no area of disagreement, and I wanted to illustrate very clearly that there are substantial areas of disagreement, that the conclusions of the doctor are his best judgment, but equally well informed men have strong convictions the other way.

Dr. CARNEY. Incidentally, the conclusions on the carcass quality of the meat are backed up by assays run on 33 of the land-grant colleges in the country who are reasonably objective in this type of thing.

56122—60——19