**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MELISSA KELLEY,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| **v.** ] | **Civil Action No.: 05 -1882 (RCL)** |
| ] | **Next Event:** |
| **ELI LILLY AND COMPANY,** ] | |
| ] | |
| **Defendant.** ] | |

**JOINT MOTION TO REFER CASE TO**
**MAGISTRATE JUDGE ALAN KAY FOR MEDIATION**

COMES NOW the parties, through counsel, and jointly move this Court to enter an Order referring the above-captioned case to Magistrate Judge Alan Kay for mediation, and as grounds therefor states:

1.      This is a products liability/personal injury case arising from plaintiff's in utero exposure to diethylstilbestrol ("DES").

2.      Discovery closed in this matter on June 2, 2006. Presently pending before the Court is Defendant Eli Lilly and Company's Motion for Summary Judgment which was filed on June 30, 2006 and Plaintiff's Opposition to same was filed on August 7, 2006.

3.      Magistrate Kay has successfully mediated numerous DES cases pending in the District Court for the District of Columbia.

4.      The parties request that this matter be referred to Magistrate Kay for Mediation to begin at his earliest available date.

WHEREFORE, the parties jointly request this Court enter an Order Referring the above-captioned case to Magistrate Kay for Mediation.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES                    FOLEY HOAG LLP


/s/ Aaron M. Levine                             /s/ James J. Dillon (by permission-rm)
AARON M. LEVINE, #7864                          JAMES J. DILLON, #485593
1320 19th Street, N.W., Suite 500               155 Seaport Boulevard
Washington, DC   20036                          Boston, MA   02210
202-833-8040                                    617-832-1000

Counsel for Plaintiff                           and

                                                Lawrence H. Martin, Esq.
                                                FOLEY HOAG LLP
                                                1875 K Street, N.W., Suite 800
                                                Washington, DC   20006
                                                202-223-1200

                                                Counsel for Defendant Eli Lilly and
                                                Company


Dated: August 11, 2006