IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MELISSA KELLEY,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | **Civil Action No.: 05 -1882 (RCL)** |
| ] | **Next Event:** |
| **ELI LILLY AND COMPANY,** ] | |
| ] | |
| **Defendant.** ] | |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of the Joint Motion to Refer Case to Magistrate Judge Alan Kay for Mediation, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED that the Motion be and hereby is GRANTED;

AND IT IS FURTHER ORDERED that this matter is referred to Magistrate Judge Alan Kay for Mediation to begin at Magistrate Kay's earliest available date.

_____
ROYCE C. LAMBERTH
United State District Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| AARON M. LEVINE & ASSOCIATES | FOLEY HOAG LLP |
| /s/ Aaron M. Levine<br>AARON M. LEVINE, #7864<br>1320 19th Street, N.W., Suite 500<br>Washington, DC  20036<br>202-833-8040 | /s/ James J. Dillon (by permission-rm)<br>JAMES J. DILLON, #485593<br>155 Seaport Boulevard<br>Boston, MA  02210<br>617-832-1000 |
| Counsel for Plaintiff | and<br>Lawrence H. Martin, Esq.<br>FOLEY HOAG LLP<br>1875 K Street, N.W., Suite 800<br>Washington, DC  20006<br>202-223-1200<br><br>Counsel for Defendant Eli Lilly and Company |

Dated: August 11, 2006