UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MELISSA KELLEY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1882 (RCL) |
| | ) | |
| **ELI LILLY AND COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER

Upon consideration of the Joint Motion [15] to Refer Case to Magistrate Judge Alan Kay for Mediation, and for good cause shown, it is this hereby

ORDERED that the Motion be and hereby is GRANTED;

AND IT IS FURTHER ORDERED that this matter is referred to Magistrate Judge Alan Kay for Mediation to begin at Magistrate Kay's earliest available date.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, August 15, 2006.