UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELISSA KELLEY

Plaintiff,

v.

ELI LILLY AND COMPANY

Defendant.

Civil Action No. 05-CV-1882 (RCL)

## CONSENT MOTION TO EXTEND TIME TO FILE DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Defendant Eli Lilly and Company ("Lilly") hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and with the consent of Plaintiffs, to extend the time in which Lilly shall file its Reply in Support of Its Motion for Summary Judgment until August 25, 2006.

As grounds for its consent motion, Lilly states as follows:

1.      Plaintiff filed her Opposition on August 7, 2006 after Lilly consented to an 30-day enlargement of time. Under Local Rule 7(d), Lilly has five business days to file a reply brief.

2.      Plaintiff's Opposition raises involves complex issues regarding the heeding presumption, and requires a more extensive review and preparation in order for the Lilly to properly respond.

3.      Counsel for Plaintiffs has consented to the granting of this Motion.

WHEREFORE, Lilly respectfully requests that this Court enter an Order extending the time in which Lilly shall file its Reply in Support of Its Motion for Summary Judgment to August 25, 2006.

Respectfully submitted,

ELI LILLY AND COMPANY

By its attorneys,

/s/ James J. Dillon
James J. Dillon, DC Bar No. 485593
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
617-832-1000

Dated:  August 16, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of August, 2006, I caused the foregoing Consent Motion To Extend Time To File Defendant's Reply In Support Of Its Motion For Summary Judgment to be served by first-class mail, postage-prepaid, upon counsel for plaintiffs:

Aaron M. Levine, Esq.
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C.  20036


/s/ Brian L. Henninger
Brian L. Henninger