UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MELISSA KELLEY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 05-1882 (RCL) |
| **ELI LILLY AND COMPANY,** | ) |
| **Defendant.** | ) |

## ORDER

Upon consideration of the Consent Motion [13] to Extend Time to File Plaintiff's Opposition to Defendant Eli Lilly and Company's Motion for Summary Judgment and for good cause shown, it is hereby,

ORDERED that the Motion be and hereby is GRANTED *nunc pro tunc.*

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, August 16, 2006.