UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MELISSA KELLEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1882 (RCL) |
| ) | |
| **ELI LILLY AND COMPANY,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

Upon consideration of the Consent Motion [17] to extend the time in which defendant shall file its Reply in Support of Its Motion for Summary Judgment, it is hereby,

ORDERED that the Motion be and hereby is GRANTED.  Defendant shall file its Reply in Support of Its Motion for Summary Judgment by August 25, 2006.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, August 16, 2006.