UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELISSA KELLEY<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY<br><br>Defendant. | Civil Action No. 05-CV-1882 (RCL) |

## AFFIDAVIT OF LAUREN E. DWYER
## IN SUPPORT OF ELI LILLY AND COMPANY'S
## REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

I, Lauren E. Dwyer, being first sworn on oath, say that the following is true and correct:

1. I am an attorney at Foley Hoag LLP, counsel for Eli Lilly and Company ("Lilly") in this action. I am duly admitted to practice in the District of Massachusetts.

2. Attached as Exhibit 1 are excerpts from a true copy of the Transcript of Deposition of Harold Sparr in *Bohlin v. Eli Lilly and Company*, 03-CV-11577 (MEL).

3. Attached as Exhibit 2 is a true and accurate copy of the Court's June 10, 2005 Memorandum and Opinion in *Galvin v. Eli Lilly and Company,* Civ. Action No. 03-1797.

4. Attached as Exhibit 3 is a true and accurate copy of the Court's September 10, 2005 Memorandum and Opinion in *Galvin v. Eli Lilly and Company,* Civ. Action No. 03-1797.

B3246141.1

- 2 -

| Dated: August 25, 2006 | *[signature]* |
| --- | --- |
| | Lauren E. Dwyer |

Sworn before me this 25th day of August 2006.

| | *[signature]* |
| --- | --- |
| | Notary Public |

JESSICA LEIGH CUSHMAN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 21, 2012

B3246141.1              - 2 -