# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MELISSA KELLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1882 (RCL) |
| | ) | |
| ELI LILLY AND COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, the defendant's

Motion [12] for Summary Judgment is hereby GRANTED.  Judgment is hereby entered in favor

of the defendant against the plaintiff, that plaintiff shall take nothing.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 27, 2007.