UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~)
MELISSA KELLEY,                    )
                                   )
              Plaintiff,           )
                                   )     Civil Action No. 1:05-CV-01882 (RCL/AK)
        v.                         )     Next Event:
                                   )
ELI LILLY AND COMPANY,             )
                                   )
              Defendant.           )
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~)

**AFFIDAVIT OF AARON M. LEVINE, ESQ.**
**REGARDING AUTHENTICATION OF DOCUMENTS**

I, Aaron M. Levine, declare under penalty of perjury that the following is true and correct:

1.      Attached as Appendix 1 is a true copy of Netherland v. Eli Lilly and Co., Civil Action No. 04-654 (D.D.C. June 30, 2006).

2.      Attached as Appendix 2 is a true copy of selections from the Deposition of Brian M. Berger, M.D., dated May 25, 2006.

3.      Attached as Appendix 3 is a true copy of the Minute Order Brooks v. Eli Lilly and Co., No. 03-cv-01796 (D.D.C. July 28, 2005).

4.      Attached as Appendix 4 is a true copy of Cook v. Eli Lilly and Co., Civil Action No. 05-0003406-B (D.C. Super. Dec. 23, 2006) with handwritten notes transcribed.

5.      Attached as Appendix 5 is a true copy of selections from the Deposition of Roberta Elman, dated May 11, 2006.

6.      Attached as Appendix 6 are true copies of selections from the following editions of the Physician's Desk Reference:

1

      a.   The Physician's Desk Reference to Pharmaceutical Specialties and Biologicals (Henrietta Bull, ed., Medical Economics, Inc. 8th ed. 1954);

      b.   The Physician's Desk Reference to Pharmaceutical Specialties and Biologicals (Henrietta Bull and Barbara Huff, eds., Medical Economics, Inc. 13th ed. 1959);

      c.   The Physician's Desk Reference to Pharmaceutical Specialties and Biologicals (Henrietta Bull and Barbara Huff, eds., Medical Economics, Inc. 20th ed. 1966).

      d.   The Physician's Desk Reference to Pharmaceutical Specialties and Biologicals (Henrietta Bull and Barbara Huff, eds., Medical Economics, Inc. 24th ed. 1970).

7.     Attached as Appendix 7 is a true copy of selected pages from Eli Lilly and Company, De Re Medica (3d ed. 1951).

8.     Attached as Appendix 8 is a true copy of the record of a pathological examination of Plaintiff dated August 27, 1991 at Beth Israel Hospital in Boston, Massachusetts.

9.     Attached as Appendix 9 is a true copy of the Order Denying Defendant's Motion In Limine to Limit the Use of Plaintiff's Medical Records in Benardete v. Eli Lilly & Co., et al., No. 04-CA-826 (D.C. Super. Ct. Oct. 11, 2005).

10.     Attached as Appendix 10 is a true copy of selections from the Deposition of Murray Elman, dated May 11, 2006.

11.     Attached as Appendix 11 is a true copy of a selection from the Deposition of Steven Baker, R. Ph., dated November 21, 2005.

12.     Attached as Appendix 12 is a true copy of selections from Defendant Eli Lilly and Company's Motion for Summary Judgment and Points and Authorities in Support of Its Motion for Summary Judgment in Cook v. Eli Lilly and Co., Civil Action No. 05-0003406B (D.C. Super.).

13.     Attached as Appendix 13 is a true copy of selections from Defendant Eli Lilly and Company's Motion for Summary Judgment and Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment in <u>Delaney v. Eli Lilly and Co.</u>, Civil Action No. 05-CV-10241 (D. Mass.), dated September 5, 2006.

14.     Attached as Appendix 14 is a true copy of selections from the Memorandum of Points and Authorities in Support of Defendant Eli Lilly and Company, A Corporation's Motion for Summary Judgment in <u>Miskulin v. Abbott Labs</u>, No. 03-418517 (Cal. Super.).

15.     Attached as Appendix 15 is a true copy of selections from Defendant Eli Lilly and Company's Motion for Summary Judgment and Memorandum in Support of Its Motion for Summary Judgment in <u>Tait v. Eli Lilly and Co.</u>, Civil Action No. 05-cv-2082 (S.D. Tex.), dated October 27, 2006.

16.     Attached as Appendix 16 is a true copy of selections from Defendant Eli Lilly and Company's Motion for Summary Judgment and Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment in <u>Kasparian v. Eli Lilly and Co.</u>, Civil Action No. 06-CV-00290 (D.D.C.), dated January 25, 2007.

I declare under penalty of perjury that the foregoing is true and correct.


                                                             /s/ Aaron M. Levine
                                                            Aaron M. Levine

Dated: May 10, 2007

3