# Appendix 2

Brian M. Berger, M.D.

Page 1

1        VOLUME I
2        PAGES 1 - 52
3
4    UNITED STATES DISTRICT COURT
5    For the District of Columbia
6
7    ------------------------------
8    MELISSA KELLEY,
9             Plaintiff           Civil Action
10   v.                            No. 05-1882 (RCL)
11
12   ELI LILLY AND COMPANY,
13             Defendant
14   ------------------------------
15
16       DEPOSITION of BRIAN M. BERGER, M.D.
17            Thursday, May 25, 2006
18                 Boston IVF
19            2300 Crown Colony Drive
20         Quincy, Massachusetts  02169
21            3:20 p.m. to 4:28 p.m.
22
23
24   ----------- CAROL A. CARUSO, CSR -----------

Page 18

1  some infectious processes that women have that are
2  occult and aren't clinically observed?
3      A. Yes, patients can have sexually transmitted
4  diseases, chlamydia is probably the most frequent
5  culprit that can be silent or occult.
6      Q. So with that possibility, Doctor, I take it
7  that you cannot tell me whether the, you cannot tell
8  me that the tubal abnormalities that you saw were
9  not caused by a sexually transmitted disease like
10 chlamydia, is that correct?
11     A. I cannot tell you, although one could
12 potentially test the patient further.
13     Q. And if you were going to test the patient
14 further, what would you do?
15     A. Well, it is possible that she is checked for
16 antibodies to chlamydia, I don't know if she has
17 been checked for that, but to my knowledge she has
18 not. The presence of it doesn't prove that it's
19 from PID, but the absence of antibodies proves that
20 it's not from chlamydia.
21     Q. And Doctor, would that be true even if it
22 were an infectious process that occurred some time
23 ago?
24     A. Right. If you've had exposure to chlamydia,

Page 19

1  and I am only talking about chlamydia, not other
2  things, the antibodies would always be present.
3      Q. Now, Doctor, I take it from the nature of
4  your letter that you believe that what you saw in
5  terms of tubal abnormalities were related to in
6  utero exposure to DES, is that correct?
7      A. That's right.
8      Q. And can you tell me, please, why you say
9  that, what is the basis for that connection that you
10 are making?
11     A. Because there are descriptions of fallopian
12 tubes in literature which mimic exactly what we saw
13 in this patient.
14     Q. Are there any descriptions in the literature
15 about fallopian tubes that are allegedly damaged by
16 DES that have the sorts of adhesions that you saw on
17 the left-hand side?
18     A. No, they don't mention the adhesions, but
19 they do mention the other characteristics, the
20 dilation of the tubes, the withered appearance of
21 the tubes, the clubbing or abnormal appearance of
22 the fimbriated end, the pinpoint openings of the end
23 as well.
24     Q. Now, you mentioned that they mentioned that

Page 20

1  there is an article by a Dr. DeCherney that makes an
2  observation about withered tubes, are you aware of
3  any other literature besides Dr. DeCherney's article
4  in which this is found?
5      A. No.
6      Q. And do you remember how many instances of
7  so-called withered tubes there were in
8  Dr. DeCherney's article?
9      A. I believe there are less than 20 cases that
10 he reported on.
11     Q. Are you aware that there were less than ten
12 cases that he reported on?
13     A. If you have the article in front of me, you
14 can tell me if that's true.
15     Q. Okay. And your memory would be that there
16 was no description in those cases of adhesions, is
17 that correct?
18     A. To my knowledge, there was no description of
19 adhesions.
20     Q. Now, Doctor, you mentioned this dilation
21 and, you know, akin to hydrosalpinx, like
22 hydrosalpinx, and to your memory, Doctor, is that
23 something that is described in Dr. DeCherney's
24 article?

Page 21

1      A. I think the word that he used was
2  sacculated, and sacculated actually and dilated are
3  very similar words and mean very similar things.
4      Q. Now, does sacculated suggest that there are,
5  as it were, bubbles or extrusions on the surface of
6  the tube?
7      A. No, I don't think that's what sacculated
8  means.
9      Q. Well, does sacculated, it suggests, doesn't
10 it, that there are the presence of some sort of
11 ballooning at various places?
12     A. Right, that would be a good description.
13     Q. But in your operative report, Doctor, you
14 don't mention anything about ballooning, you say
15 it's severely dilated, is that correct?
16     A. Right, dilated and ballooning, again, are
17 pretty much synonymous.
18     Q. I'm sorry, I have to go back to this. When
19 we talk about sacculated and ballooning, I mean if
20 you wanted to say it was ballooned all the way
21 along, you would say it was ballooned or dilated,
22 but if you want to say it was bulging in certain
23 areas, you might say sacculated, is that a fair
24 description?

Page 26

1  A. Yes.
2  Q. Did you go through Dr. Gluck's notes, and I
3  am looking at a note on February 9, 2001, it's a, I
4  guess it's a progress note. Doctor, rather to take
5  the time for you to find it, I am going to read a
6  part of it and ask you to assume I've read it
7  correctly, and then I am going to ask you a question
8  about it.
9      Under the "Physical" on this date of
10 February 9, 2001, there was an entry, "Cervix 2 x 2
11 stenotic os distorted from CKC." I am going to ask
12 you to assume that I've read that correctly. If
13 that was in the medical records, would that suggest
14 that Dr. Gluck was of the view that the cervical os
15 was distorted from a cold knife cone, the CKC?
16 A. Yes, that's what she wrote.
17 Q. And do you think that that's a likely
18 consequence of the cold knife connotation, to have
19 some distortion on the os?
20      MR. LEVINE: In this case are you
21 talking about?
22 Q. No, I am asking in general, and then we'll
23 go to this case.
24 A. It can be a consequence of a cold knife cone

Page 27

1  procedure.
2  Q. In this case, Doctor, are you able to tell
3  me whether the stenosis that you saw in 2005 was
4  caused or was not caused, either way, by the cold
5  knife conitization that Dr. Gluck did back in 2000?
6  A. I think I can assess that the stenosis in
7  the upper portion of the endocervical canal was not
8  a result of the cold knife cone biopsy.
9  Q. Okay. In the upper portion of the canal, is
10 that correct?
11 A. Right.
12 Q. The cervical canal?
13 A. Right.
14 Q. Now, Doctor, what is your view about the
15 cause of that stenosis?
16 A. I think that the stenotic upper endocervical
17 canal is secondary to her in utero DES exposure
18 history.
19 Q. Doctor, can you direct me to any medical
20 literature that would help me to assess whether
21 other people have felt that in DES daughters in
22 general, that the stenosis of an upper endocervical
23 canal is related to DES?
24 A. Well, there are descriptions of bands in the

Page 28

1  actual cavity itself in patients who have in utero
2  DES exposure, and that banding can cause stenosis or
3  can cause a narrowing of both the actual cavity
4  itself and the upper cervix.
5  Q. Now, Doctor, you mention that there are
6  reports in the literature of banding in the cavity,
7  and I take it that you are telling me that there are
8  reports there is banding in the uterine cavity, is
9  that correct?
10 A. Right, the bands are described as being I
11 believe in the endometrium.
12 Q. And the endometrium is the uterine -- what
13 is the endometrium, I'm sorry?
14 A. In the actual, in the cavity, both the upper
15 and lower portion of the uterine cavity.
16 Q. And that description of bands in the
17 endometrium is therefore different from a tissue of
18 bands in the endocervical canal, is it not?
19 A. Well, the one leads into the other, so if
20 one cannot advance the hysteroscope beyond the
21 cervix, one potential reason could be the
22 constriction bands that have been described that are
23 in the lower segment of the uterus.
24 Q. But I took it from your operative report,

Page 29

1  Doctor, that you were not actually able to get into
2  the uterus, is that right?
3  A. That's right, so we managed to get into the
4  endocervical canal, and it was difficult to
5  distinguish where the endocervical canal actually
6  ended and the uterine cavity began, there were no
7  clear landmarks, and the actual cavity itself was
8  not something that we could visualize.
9  Q. When you say in the actual cavity itself,
10 you are talking about in the endocervical canal, am
11 I correct?
12 A. I could not advance the hysteroscope beyond
13 the endocervical canal.
14 Q. Right, and I think we've agreed that in this
15 case you were not able to get the hysteroscope into
16 the uterus itself, is that correct?
17 A. That's right.
18 Q. So anything you saw was in the endocervical
19 canal and not the uterus, is that right?
20 A. Well, that may not be right, because I don't
21 know that we were not in the actual lower segment of
22 the uterus at the time, again the distinction
23 between the two was not clear.
24 Q. What sort of landmarks do you expect to see

Page 46
1  gather from your review of the medical records and
2  your treatment, has there ever been an instance that
3  you know of where a fertilized egg was unable to
4  implant in Mrs. Kelley's uterus?
5      A. No, but I'm not sure how I would know that
6  in anybody.
7      Q. Right, but we don't know one way or the
8  other then about whether the uterus is capable of
9  accepting an implantation, right?
10     A. Right, we don't know that in any patient
11 that has never been pregnant.
12          MR. DILLON: And okay, Doctor, I don't
13 have any further questions.
14          THE WITNESS: Great.
15              CROSS-EXAMINATION
16     Q. (By Mr. Levine via telephone) I just have a
17 few, Doctor, and then I'll let you get on to more
18 important things.
19          If you were to rate, based upon your
20 examination of the outside of the uterus and as far
21 as you could get into the inside of the uterus and
22 your observations of the patient and her history, if
23 you were to rate the quality, size and viability of
24 Ms. Kelley's uterus compared to the typical female

Page 47
1  of 34 years old, on a scale of one to ten in terms
2  of the ability to produce a take-home baby, where
3  would you rank her?
4          MR. DILLON: Objection. You may answer,
5  Doctor.
6      A. I'd probably say one.
7      Q. And is this because of the malformations
8  that you've listed and I believe ascribed to DES,
9  specifically a small uterus, a constricted cervical
10 canal, adhesive bands in the cervix, tubal
11 withering?
12     A. Yes, it.
13     Q. And are they primarily caused by in utero
14 DES exposure in your opinion?
15     A. Yes, they are.
16         MR. LEVINE: I have nothing else, thank
17 you.
18         THE WITNESS: Thank you.
19             REDIRECT EXAMINATION
20     Q. (By Mr. Dillon) So, Doctor, just to return
21 to the tubal issue, if we have a constellation of
22 symptoms of dilation like hydrosalpinx, abnormal and
23 damaged fimbriae, adhesions, and I think you also
24 noted that there was a crimp in the left tube, those

Page 48
1  are the observations that you have; Doctor, if each
2  of those observations occurs in women who have
3  suffered from an infectious process, but each of
4  those, except for adhesions, occur in women who in
5  your view fit Dr. DeCherney's characterization, can
6  you tell me again why it is that you are insisting
7  that it's DES as opposed to an infectious process?
8      A. Yeah, if one has an appearance that looks
9  consistent again with reported cases of patients
10 with in utero DES exposure, and one is weighing the
11 two possible reasons that you mentioned as to why
12 those might be occurring, then we have to look at
13 risk factors, patient's medical history, appearance
14 of both sides, whether or not there is evidence of
15 exudates, whether there is evidence of tube ovarian
16 abscess, or adhesions to the ovaries, which is
17 extremely common in patients with PID; in the
18 absence of adhesions to the ovaries, in the absence
19 of exudates, in the absence of a known history of
20 any sexually transmitted disease that causes PID,
21 then the weight of the evidence would imply that
22 those are more consistent with the history of in
23 utero DES exposure and not due to an infectious
24 process.

Page 49
1      Q. And that's true for you, Doctor, even though
2  you are not aware of any instance in the reported
3  medical literature where anybody has reported that
4  adhesions of the sort that Mrs. Kelley had were
5  ascribable to in utero exposure to DES, is that
6  right?
7      A. That's right, I'm not aware of anything in
8  the literature describing the adhesions
9  specifically.
10     Q. So this is a new and separate case, a
11 first-timer, is that right?
12     A. I don't know that it's the first time or
13 not, it's just I am not aware of that being
14 described in the literature. There are many, many
15 hundreds of cases of in utero DES exposure that I
16 can guarantee you have not been described in the
17 literature.
18         MR. DILLON: Okay. Thank you, Doctor, I
19 don't have anything further.
20             RECROSS-EXAMINATION
21     Q. (By Mr. Levine) I just have one question,
22 and that is in the record somewhere there is a
23 reference to years before Mrs. Kelley was under your
24 care that she had experimented with cocaine on one