# Appendix 3

| | |
|---|---|
| | This message has been scanned for known viruses. |

From: DCD_ECFNotice@dcd.uscourts.gov
To: DCD_ECFNotice@dcd.uscourts.gov
Subject: Activity in Case 1:03-cv-01796-EGS-AK BROOKS v. ELI LILLY AND COMPANY et al "Order on Motion for Summary Judgment"
Date: Thu, 28 Jul 2005 14:15:33 -0400 (EDT)

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from lcegs1, entered on 7/28/2005 at 2:15 PM and filed on 7/28/2005
Case Name: BROOKS v. ELI LILLY AND COMPANY et al
Case Number: 1:03-cv-1796
Filer:
Document Number:

Docket Text:
MINUTE ORDER denying [42] Motion for Summary Judgment, granting [44] Motion for Joinder, granting [46] Motion for Joinder, denying as moot [53] Motion for Hearing. Upon consideration of defendants' motion for summary judgment, the opposition thereto and the reply in support thereof, and for the reasons stated by Judge Martinez in Woolfolk v. Eli Lilly and Co., et al., No. C03-3577 (W.D. WA. March 15, 2005), this Court concludes that Plaintiff has presented sufficient evidence that there are triable issues of fact and thus defendants' motion must be DENIED. Signed by Judge Emmet G. Sullivan on July 28, 2005. (lcegs1)

The following document(s) are associated with this transaction:

1:03-cv-1796 Notice will be electronically mailed to:

Sarah Alyssa Altschuller    saltschuller@foleyhoag.com,

John F. Anderson    john.anderson@troutmansanders.com

Malcolm S. Brisker    msb@gdldlaw.com, bzm@gdldlaw.com

Kathleen M. Bustraan    bustraan@lordwhip.com, quigg@lordwhip.com

Janet K. Coleman    jcoleman@whitneybogris.com,

James J. Dillon    jdillon@foleyhoag.com, bhenninger@foleyhoag.com

Elizabeth Ewert    elizabeth.ewert@dbr.com, Stephanie.Albert@dbr.com

Roberta Koss    koss@hugheshubbard.com, adkins@hugheshubbard.com

Sidney G. Leech    sgl@gdldlaw.com, msb@gdldlaw.com

Aaron M. Levine    aaronlevinelaw@aol.com

Jeffrey J. Lopez    lopezjj@dbr.com,

Lawrence Hedrick Martin    lmartin@foleyhoag.com, wvalenti@foleyhoag.com;bhenninger@foleyhoag.com

1:03-cv-1796 Notice will be delivered by other means to:

Aaron L. Handelman
ECCLESTON & WOLF
2001 S Street, NW
Suite 310
Washington, DC 20009

Melanie H. Muhlstock
GOODWIN PROCTER, LLP
5599 Lexington Avenue