# Appendix 5

Roberta Elman

```
                                                        1
 1                                       Volume: I
 2                                       Pages:  1-71
 3
 4    IN THE UNITED STATES DISTRICT COURT
 5         FOR THE DISTRICT OF COLUMBIA
 6                   C.A. No. 05-CV-1882(RCL)
 7
 8    ------------------------------------
 9    MELISSA KELLEY,
10              Plaintiff,
11    v.
12    ELI LILLY AND COMPANY,
13              Defendant.
14    ------------------------------------
15
16         DEPOSITION of ROBERTA ELMAN
17    Thursday, May 11, 2006, 4:52 p.m. to 5:55 p.m.
18              FOLEY HOAG, LLP
19            155 Seaport Boulevard
20            Boston, Massachusetts
21
22
23    Court Reporter:  Paulette Cook, RPR/RMR
24
```

12

1  Randi and Steven?
2      A.  Doctor Weintraub. David Weintraub.
3      Q.  Where was he located?
4      A.  Brookline.
5      Q.  Do you have any of your medical records for
6  those pregnancies?
7      A.  No.
8      Q.  How about your third pregnancy?
9      A.  The third was with Doctor Safon -- Leonard
10 Safon.
11     Q.  When was that pregnancy?
12     A.  Let's see. About '68.
13     Q.  And can you tell me what led to the
14 miscarriage?
15     A.  It was a couple weeks into the pregnancy.
16 It was nothing. I didn't even go in the hospital
17 with it. I spoke to the doctor, and he told me what
18 it was, and at that time he didn't even -- he didn't
19 even see me.
20     Q.  Do you know how far along you were when you
21 miscarried?
22     A.  Only a couple of weeks.
23     Q.  Did the doctor give any explanation or
24 possible causes for the miscarriage?

13

1  A. No. No.
2  Q. Had you experienced any unusual symptoms or
3  side effects before the miscarriage?
4  A. No. Nothing. Just went to the bathroom and
5  that's what happened.
6  Q. Were you prescribed any medications during
7  that pregnancy?
8  A. No.
9  Q. Did you have a DNC?
10 A. No, not with that.
11 Q. How about your fourth pregnancy? Do you
12 remember what year that was?
13 A. That had to be about the next year.
14 Q. 1969?
15 A. Yes.
16 Q. Were you also treated by Doctor Safon?
17 A. Yes.
18 Q. How far along were you in that pregnancy?
19 A. That had to be a couple of months.
20 Q. And what happened with the miscarriage?
21 A. I started to bleed, and then I went in the
22 hospital, and I had a miscarriage, and I had a DNC
23 at that time.
24 Q. Had you been prescribed any medication?

14

1   A.  No.
2   Q.  Did you experience anything unusual prior to
3   the miscarriage?
4   A.  No.
5   Q.  Did the doctor give any possible causes or
6   explanations?
7   A.  Nothing.
8   Q.  And when was your next pregnancy?  Was this
9   with Melissa?
10  A.  Yes.
11  Q.  She was born in 1971?
12  A.  She was born in 1971, yes.
13  Q.  What month was she born in?
14  A.  She was born in August.
15  Q.  Do you remember when you first found out you
16  were pregnant?
17  A.  With her?
18  Q.  Yes.
19  A.  I would say it was probably two months --
20  well, if she was born in August, it had to be about
21  six weeks -- you know, in those days you didn't take
22  pregnancy tests, and you didn't know a lot of that.
23  Q.  Were you also treated by Doctor Safon?
24  A.  Yes.

15

1    Q.  Did you experience anything unusual during
2  your pregnancy with Melissa?
3    A.  No.
4    Q.  Were you prescribed any medications?
5    A.  I was prescribed "dial-stil-best-rol," and
6  he also prescribed a shot, delalutin I believe, once
7  a week I used to go into his office on Tuesdays.
8    Q.  If we can talk about the -- you call it
9  delalutin?
10   A.  I think that was the name of it.  Dilantin?
11 I don't know.
12   Q.  Can you spell it?
13   A.  No, I can't.  I don't know --
14   Q.  Delalutin?
15   A.  I really don't remember how to spell it.
16   Q.  I believe in the medical records there's
17 reference to a drug that's spelled D E L -- D E L A
18 L U T I N.
19   A.  Delalutin.
20   Q.  Does that refresh your memory?
21   A.  I believe so, yes.
22   Q.  And that was an injection?
23   A.  Yes, it was.
24   Q.  How often did you have the injection?

Roberta Elman

21

1   A.  It was a brown bottle with a white cap, and
2   it had a little red -- on the front it had the
3   company on the front.
4   Q.  What did it have about the company on the
5   front?
6   A.  It said the name Lilly.
7   Q.  Do you remember anything else about the
8   bottle or the pill?
9   A.  No.
10  Q.  Do you remember -- So are you able to
11  visualize then the label that was on the bottle that
12  said Lilly?
13  A.  It was a small red -- on the bottom, yes.
14  Q.  Was it -- do you remember seeing the name of
15  the drug on the pill?
16  A.  It was above it, yes.
17  Q.  Do you recall how the drug was spelled or
18  how certain --
19  A.  I don't.
20  Q.  -- a part of it was spelled?
21  A.  I don't.
22  Q.  Do you remember anything about the
23  literature that may have come with the pill, any
24  sort of --

24

1  take the pill?
2     A.  I don't.
3     Q.  So after you first filled the prescription,
4  did you have to get a new prescription, or were you
5  able to use the same prescription to get new pills?
6     A.  I don't remember.  I don't.
7     Q.  Do you recall actually going to the pharmacy
8  and filling the prescription?
9     A.  No.  I -- No.
10    Q.  So -- just to clarify, you don't
11 specifically remember taking the prescription to the
12 pharmacy and having it filled?
13    A.  I know where I had it filled, but, you know,
14 if it was my husband or myself that did it.
15    Q.  At what pharmacy did you have it filled?
16    A.  Drug Fair.
17    Q.  How do you remember that it was Drug Fair?
18    A.  'Cause that is where we gave all our
19 business to.
20    Q.  Is there a reason why you gave all your
21 business to Drug Fair?
22    A.  We just did it from the time we moved into
23 the -- into Randolph.
24    Q.  So how many years had you been going to Drug