# Appendix 6



# PHYSICIANS DESK REFERENCE

to

## PHARMACEUTICAL SPECIALTIES

and

## BIOLOGICALS

## 1954

*Eighth Edition*

**IN FIVE SECTIONS**

*An arbitrary page numbering plan has been used to facilitate the compilation of this reference book*

| | |
|---|---:|
| SECTION I (Pink)<br>Alphabetical Index | 101 |
| SECTION II (Yellow)<br>Drug, Chemical and Pharmacological Index | 201 |
| SECTION III (Blue)<br>Therapeutic Indications Index | 301 |
| SECTION IV (White)<br>Professional Products Information | 401 |
| SECTION V (Green)<br>General Professional Information | 601 |

Robert C. Batterman, M.D.
*Editorial Consultant*

H. Sheridan Baketel, M.D.
*Editorial Advisor*

J. Paul Folsom
*General Manager*

J. E. Van Hoven
*Production Director*

Henrietta Bull
*Managing Editor*

Copyright 1953 by Medical Economics, Inc.
PUBLISHED BY MEDICAL ECONOMICS, INC., RUTHERFORD, N. J.
All rights reserved                                   Printed in U.S.A.

# PDR

# PHYSICIANS' DESK REFERENCE

## TO

## PHARMACEUTICAL SPECIALTIES

## AND

## BIOLOGICALS

## 1954

*Eighth Edition*

Compliments

THE HENRY B. GILPIN COMPANY
Wholesale Druggists Since 1845

For the ℞ Pharmacist

## Lilly—Cont.

### CO-PYRONIL® PULVULES
**Pyrrobutamine Compound, Lilly**

*COMPOSITION*: A new antihistaminic with rapid and prolonged action. Each green-and-yellow Fulvule Co-Pyronil contains: Pyronil (Pyrrobutamine, Lilly) .....15 mg. Histadyl (Thenylpyramine, Lilly) ...25 mg Clopane Hydrochloride (Cyclopentamine Hydrochloride, Lilly) ............12.5 mg. Each Pulvule Co-Pyronil, Pediatric, is equal to ½ Pulvule Co-Pyronil.

*ACTION AND USES*: Especially useful for the prompt and prolonged relief of the nasal and ocular symptoms of *hay fever* and *vasomotor rhinitis*. In these conditions the sympathomimetic effect of Clopane Hydrochloride and the prompt antihistaminic action of Histadyl supplement the prolonged effect of Pyronil. Co-Pyronil is indicated for urticaria, angioneurotic edema, allergic spasm of smooth muscle in the intestines and uterus, and various other conditions for which antihistaminic activity is desirable.

*ADMINISTRATION AND DOSAGE*: 1 or 2 Pulvules Co-Pyronil every 8 to 12 hours. Children—1 or 2 Pulvules Co-Pyronil, Pediatric, every 8 to 12 hours, according to age.

One may start with a dose of 1 pulvule every 12 hours. If this dose does not give complete relief or cause side effects, it may be increased toward the maximum limit, until either complete relief or undesirable side effects result. However, side-effects from 4 pulvules daily have seldom been significant.

*HOW SUPPLIED*: Pulvules Co-Pyronil (No. 336) and Co-Pyronil, Pediatric (No. 342), in bottles of 100 and 1,000.

ALSO: Pyronil® Tablets 15 mg., in bottles of 100, 1,000, and 5,000 (No. 1773).

### CRYSTODIGIN® TABLETS
**Crystalline Digitoxin, Lilly**

*COMPOSITION*: Crystodigin is a crystalline-pure single cardiac glycoside obtained from *Digitalis purpurea*; it has the identical pharmacologic action of whole-leaf digitalis.

*ACTION AND USES*: Congestive heart failure with or without auricular fibrillation.

*ADMINISTRATION AND DOSAGE*: In the majority of patients, digitalization is attained by giving 0.6 mg. of Crystodigin orally as an initial dose, to be followed by 0.4 mg. every 12 to 24 hours until the maximum benefit from the drug is apparent. This usually requires four doses of Crystodigin. In less urgent cases, 0.4 mg. given every 12 hours may produce the full therapeutic effect of the drug after several days. When rapid digitalization is indicated, a single dose of 1.2 mg. of Crystodigin orally will produce the peak effect in about 10 hours. The maintenance dose must be adjusted to fit the individual's need. Range of dose is from 0.05 to 0.3 mg.; the average is 0.1 mg. per day. Caution: Patients already taking digitalis preparations must not be given the rapid digitalizing dose of Crystodigin. Patients receiving digitalis preparations should not be given parenteral calcium preparations.

*CONTRAINDICATIONS*: Crystodigin is generally contraindicated in conditions other than congestive heart failure. It should be used with caution in coronary thrombosis; it should not be used to treat arrhythmias due to peripheral circulatory shock or acute infection. Never use Crystodigin in ventricular tachycardia.

*HOW SUPPLIED*: No. 1736, 0.05 mg. (Yellow); No. 1703, 0.1 mg. (White); and No. 1737, 0.15 mg. (Yellow) (scored), in packages of 100, 500, and 5,000. No. 1694, 0.2 mg. (White) (scored), in packages of 50, 100, 500, and 5,000.

*REMARKS*: Crystodigin is almost completely absorbed orally; it is no more cumulative than whole-leaf digitalis and is eliminated just as rapidly.

### CRYSTODIGIN® SOLUTION, AMPOULES
**(Crystalline Digitoxin, Lilly)**

*COMPOSITION*: A sterile, stable solution of crystalline digitoxin.

*ACTION AND USES*: Congestive heart failure, auricular fibrillation, auricular tachycardia and auricular flutter.

*ADMINISTRATION AND DOSAGE*: For rapid digitalization of a patient who has not had digitalis therapy for at least three weeks, the following is the recommended dosage schedule: slow intravenous injection of 0.6 mg. as the initial dose, followed by 0.4 mg. of Crystodigin 4 hours later and 0.2 mg. every 6 hours thereafter until the full therapeutic effect becomes apparent. Maintenance dose: 0.05 to 0.3 mg per day.

Crystodigin Solution may be administered intramuscularly. The dosage schedule is the same as for oral or intravenous medication. It is not advisable to inject more than 3 ml. into a single site in the muscle. Caution: Patients already taking digitalis preparations must not be given the rapid digitalizing dose of Crystodigin. Patients receiving digitalis preparations should not be given parenteral calcium preparations.

*CONTRAINDICATIONS*: See above under Crystodigin Tablets.

*HOW SUPPLIED*: No. 426, 0.2 mg., 1 cc., in packages of 6 and 100. No. 448, 0.2 mg. per cc., 10-cc. rubber-stoppered ampoules.

### DICALCIUM PHOSPHATE WITH VITAMIN D AND IRON, PULVULES

*COMPOSITION*: Each pulvule contains dicalcium phosphate, 0.5 Gm. (7½ grs.); vitamin D (synthetic), not less than 330 U.S.P. or I. U.; and iron pyrophosphate, soluble, 87 mg. (1 1/3 grs.).

*ACTION AND USES*: For prophylaxis or treatment of concurrent calcium, phosphorus and iron deficiencies, especially in pregnancy and lactation.

*ADMINISTRATION AND DOSAGE*: 2 pulvules 3 to 4 times a day.

*HOW SUPPLIED*: In packages of 100 and 1,000 (No. 301).

### DICURIN PROCAINE® SOLUTION, AMPOULES
**(Merethoxylline Procaine with Theophylline, Lilly)**

*COMPOSITION*: Dicurin Procaine, a new organic mercurial combined with theophylline and procaine, is distinguished for its high diuretic efficacy, systemic and local tolerance, and stability in solution. Each cc. contains:
Merethoxylline Procaine ..........0.1 Gm (Equivalent to 39.3 mg. Mercury and 45 mg. Procaine Base)
Theophylline, Anhydrous ........0.05 Gm.

*ACTION AND USES*: An effective adjunct in the management of congestive heart failure associated with edema, ascites, pleural effusion, acute pulmonary edema, passive congestion of the lungs or liver, or paroxysmal nocturnal dyspnea. It is sometimes useful in cirrhosis of the liver with ascites and in nephrosis.

*ADMINISTRATION AND DOSAGE*: May be administered subcutaneously, intramuscularly, or intravenously. Satisfactory diuresis is produced by deep subcutaneous administration; intravenous administration is rarely indicated, since diuretic effectiveness is seldom greater and risk of deleterious side-effects is greatly increased. Maximum daily dose for adults is 2 cc.; the dosage range is from 0.5 cc. to 2 cc. daily.

*CONTRAINDICATIONS*: Do not administer in the presence of sensitivity to mercury, procaine, or theophylline; acute glomerulonephritis; ulcerative colitis; or gouty diathesis. Caution is advised in the presence of benign prostatic hypertrophy or when the blood urea nitrogen is more than 60 mg per 100 cc. If definite albuminuria, hematuria, or oliguria appears after administration, the drug should be discontinued.

*HOW SUPPLIED*: Ampoules No. 568, 2-cc. glass-sealed ampoules, in packages of 25 and 100. Ampoules No. 581, 10-cc. rubber-stoppered ampoules.

### DIETHYLSTILBESTROL

*COMPOSITION*: A crystalline synthetic estrogenic compound capable of eliciting (in proper dosage) all the pharmacologic and therapeutic responses attributed to natural estrogens.

*ADMINISTRATION AND DOSAGE*:
| Condition | Oral Dose |
|---|---|
| Menopause | 0.1 to 1 mg daily |
| Senile vaginitis | 0.1 to 1 mg daily |
| Painful engorgement of breasts | 5 mg. 1 to 3 times daily for 2 to 4 days |
| Functional uterine bleeding | 5 mg. 4 to 6 times daily until checked |
| Carcinoma of prostate | |
| Initial phase | 3 mg. daily |
| Maintenance | 1 mg. daily |

Also used to prevent accidents of pregnancy and experimentally in inoperable cancer of breast in postmenopausal women. To prevent accidents of pregnancy:

| Week of Pregnancy, Dating from First Day of Last Menstrual Period | Daily Dose |
|---|---|
| 7th and 8th | 5 mg. |
| 9th and 10th | 10 mg. |
| 11th and 12th | 15 mg. |
| 13th and 14th | 20 mg. |
| 15th | 25 mg. |
| 16th | 30 mg. |
| 17th | 35 mg. |
| 18th | 40 mg. |
| 19th | 45 mg. |
| 20th | 50 mg. |
| 21st | 55 mg. |
| 22d | 60 mg. |
| 23d | 65 mg. |
| 24th | 70 mg. |
| 25th | 75 mg. |
| 26th | 80 mg. |
| 27th | 85 mg. |
| 28th | 90 mg. |
| 29th | 95 mg. |
| 30th | 100 mg. |
| 31st | 105 mg. |
| 32d | 110 mg. |
| 33d | 115 mg. |
| 34th | 120 mg. |
| 35th | 125 mg. |

*CONTRAINDICATIONS*: Premenopausal carcinoma of breast.

*HOW SUPPLIED*: Ampoules No. 347, 1 mg., in Oil, 1 cc., and No. 385, 5 mg., in Oil, 1 cc., in packages of 6, 25, and 100. Enseals No. 46, 0.1 mg.; No. 47, 0.25 mg.; No. 48, 0.5 mg.; No. 49, 1 mg.; No. 85, 5 mg.; and No 90, 25 mg., in packages of 100, 500, 1,000, and 5,000. Tablets No. 1646, 0.1 mg.; No. 1647, 0.25 mg.; No. 1648, 0.5 mg.; and No. 1649, 1 mg., in packages of 100, 500, 1,000, 5,000, and 10,000. Tablets No. 1685, 5 mg., in packages of 100, 500, and 1,000. Tablets No. 1724, 25 mg., in packages of 25, 100, 500, and 1,000. Suppositories No. 14, 0.1 mg., and No. 15, 0.5 mg., in packages of 6 and 50.

*REMARKS*: The 5 and 25-mg. tablets facilitate the dosage schedule outlined for prevention of accidents of pregnancy.

*Continued on next page*

# Lilly—Cont.

### ●DOLOPHINE HYDROCHLORIDE,® SYRUP

COMPOSITION: A very palatable cherry-flavored syrup containing 10 mg. of Dolophine Hydrochloride (Methadon Hydrochloride, Lilly) in each 30 cc.
ACTION AND USES: For the relief of dry, unproductive cough and pain.
ADMINISTRATION AND DOSAGE: Adults—1 teaspoonful to start; then ½ teaspoonful every 6 hours as needed for cough. Children—6 to 12 years of age, ½ teaspoonful to start and then ¼ teaspoonful every 6 hours as needed for cough. Infants—based on weight.
CONTRAINDICATIONS: Not recommended for continuous use or for conditions in which the cough should not be suppressed.
HOW SUPPLIED: In pint and gallon bottles (No. 116).
● Narcotic order required.

### ●DOLOPHINE HYDROCHLORIDE,® TABLETS
(Methadon Hydrochloride, Lilly)

COMPOSITION: A powerful synthetic analgesic.
ACTION AND USES: For the relief of pain. It is especially recommended for the relief of postsurgical pain, renal colic, and metastatic lesions of malignant tumors and for the control of cough.
ADMINISTRATION AND DOSAGE: Adults—moderate pain: 2.5 mg. orally every 6 to 8 hours; more severe pain 5 mg. every 6 to 8 hours as needed; very severe pain 10 mg. every 4 to 6 hours as needed.
CONTRAINDICATIONS: Not recommended for use alone as preanesthetic medication.
HOW SUPPLIED: No. 1711, 2.5 mg.; No. 1712, 5 mg.; No. 1713, 7.5 mg.; and No. 1730, 10 mg., in packages of 100 and 1,000. Also available in ampoules.
REMARKS: 10 mg. of Dolophine Hydrochloride may be regarded as comparable in analgesic ability to 15 mg. (¼ gr.) of morphine sulfate. Subcutaneous injection produces a more marked effect.
● Narcotic order required.

### ELORINE SULFATE,® PULVULES
(Tricyclamol Sulfate, Lilly)
### CO-ELORINE,® PULVULES
(Tricyclamol Sulfate and Amobarbital, Lilly)

COMPOSITION: Elorine Sulfate is a quaternary ammonium compound described chemically as 1-cyclohexyl-1-phenyl-3-pyrrolidino-1-propanol methsulfate.
Elorine Sulfate is a new improved parasympathetic blocking agent, particularly valuable because therapeutic dosage produces negligible side-effects.
ACTION AND USES: It is indicated in the treatment of functional and organic conditions in which spasm and hypermotility of the gastro-intestinal tract are prominent factors; for example, peptic ulcer, pylorospasm, gastritis, irritable colon, regional ileitis, mucous colitis, spastic colitis, and ulcerative colitis.
ADMINISTRATION AND DOSAGE: 1 or 2 pulvules three or four times daily.
CONTRAINDICATIONS: The drug probably should not be administered to patients with glaucoma. Caution is advised in patients having a tendency toward urinary retention or tachycardia.
HOW SUPPLIED: Elorine Sulfate as 25-mg. (No. 344) and 50-mg. (No. 345) pulvules in bottles of 100 and 1,000. Co-Elorine, providing 25 mg. Elorine Sulfate plus 8 mg. Amytal per pulvule, in bottles of 100 and 1,000 (No. 356).
REMARKS: Co-Elorine is especially designed for the patient who needs sedation in addition to relief from spasm.

### ENTORAL

COMPOSITION: A dry, powdered vaccine supplied in pulvules for oral administration. Each pulvule contains killed pneumococci, 40,000 million (10,000 million each Types I, II, V, and VII); streptococci, 15,000 million (viridans, hemolytic, indifferent); H. mophilus influenzae, Type b, 2,500 million, and Micrococcus catarrhalis, 2,500 million.
ACTION AND USES: When given orally, Entoral is capable of inciting the production of heterophile antibodies in sufficient amounts to increase materially the resistance of many individuals to the bacteria which most frequently cause or complicate respiratory infections.
ADMINISTRATION AND DOSAGE: 1 pulvule ½ to 1 hour before breakfast each morning for 7 successive days. Thereafter, 1 pulvule twice a week through the cold season.
HOW SUPPLIED: In packages of 20 (V-404) and in packages of 60 (V-408).

### EPHEDRINE AND AMYTAL,® PULVULES

COMPOSITION: A combination of a sympathomimetic and a barbiturate containing in each pulvule: ephedrine sulfate, 25 mg. (⅜ gr.), and Amytal (Amobarbital, Lilly) 30 mg. (½ gr.).
ACTION AND USES: Allergic conditions, such as hay fever, allergic rhinitis, and asthma.
ADMINISTRATION AND DOSAGE: 1 pulvule 3 to 4 times daily as needed.
HOW SUPPLIED: In packages of 100, 500, and 5,000 (No. 44).
REMARKS: The Amytal counteracts the C.N.S. stimulation of ephedrine.

### ERGOTRATE MALEATE,® TABLETS
(Ergonovine Maleate, U.S.P., Lilly)

COMPOSITION: Ergotrate Maleate is the maleate of the simplest active ergot alkaloid.
ACTION AND USES: Acts as an oxytocic. For the prevention or treatment of postpartum and postabortal hemorrhage due to uterine atony. Given in the puerperium, it may be helpful in preventing puerperal morbidity.
ADMINISTRATION AND DOSAGE: Oral administration—1 tablet (1/320 gr.) 3 or 4 times daily until danger of postpartum hemorrhage has passed. If the patient is to be out of bed or at home before the 10th day postpartum, Tablets Ergotrate Maleate should be given until at least the 14th day postpartum.
CAUTION: As with any ergot preparation, prolonged use is to be avoided, although there are no confirmed reports of ergotism following the use of Ergotrate Maleate.
HOW SUPPLIED: In packages of 25, 100, 500, 1,000, and 5,000 (No. 1572).
Also supplied as Ampoules Ergotrate Maleate.

### FORTHANE,® INHALER
(Methyl Hexane Amine, Lilly)

COMPOSITION: An aromatic inhaler.
ACTION AND USES: For allergic rhinitis and head colds. Relieves edema of the mucosa by vasoconstriction.
ADMINISTRATION AND DOSAGE: As needed for comfort.
HOW SUPPLIED: In individual containers (M-52).
REMARKS: A very convenient, nontoxic decongestant which does not stimulate the central nervous system.

### GENTIAN VIOLET, ENSEALS®

COMPOSITION: Timed disintegrating tablets of gentian violet.
ACTION AND USES: For the treatment of oxyuriasis (pinworm [Enterobius vermicularis] infestation).
ADMINISTRATION AND DOSAGE: Adults—Two ⅙-gr. Enseals Gentian Violet 3 times daily 1 hour before meals.
Children up to 10 years of age: One ⅙ gr. Enseal Gentian Violet for each year apparent (not chronological) age, administered daily in divided doses before meals.
Treatment should include two courses 8 days each, with a 7-day rest period between courses.
CONTRAINDICATIONS: Gentian violet may be dangerous in patients with severe cardiac, hepatic, or renal disease as well as in those with serious gastro-intestinal disorders. Abstinence from alcohol during treatment is advised.
HOW SUPPLIED: No. 8, 1/10 gr. (0.0097 Gm.), and No. 9, ½ gr. (0.032 Gm.), in bottles of 100, 500, and 1,000.
REMARKS: Gentian violet is irritating to the gastric mucosa but not to the intestinal mucosa. The Enseal coating allows the release of the gentian violet in the intestine in concentrated form, obviating possible gastric irritation.

### HISTA-CLOPANE,® PULVULES
(Thenylpyramine and Cyclopentamine, Lilly)

COMPOSITION: A synergistic combination of an antihistaminic and a sympathomimetic drug containing in each pulvule: Histadyl (Thenylpyramine, Lilly), 25 mg., and Clopane Hydrochloride (Cyclopentamine Hydrochloride, Lilly), 12.5 mg.
ACTION AND USES: For the treatment of the nasal and ocular symptoms of hay fever and in vasomotor rhinitis.
ADMINISTRATION AND DOSAGE: 1 or 2 pulvules after each meal and at bedtime.
HOW SUPPLIED: In bottles of 100 and 1,000 (No. 319).
REMARKS: Clopane Hydrochloride causes less central-nervous-system stimulation than other sympathomimetic drugs commonly used.

### HISTA-CLOPANE,® SOLUTION

COMPOSITION: An isotonic aqueous solution containing Histadyl (Thenylpyramine, Lilly), 0.5%, and Clopane Hydrochloride (Cyclopentamine Hydrochloride, Lilly), 0.5%, with phenylmercuric nitrate, 1:50,000, as a preservative.
ACTION AND USES: For intranasal application to relieve congestion and allergic symptoms of hay fever, vasomotor rhinitis, etc.
ADMINISTRATION AND DOSAGE: Drop or spray into nose as needed for control of symptoms.
HOW SUPPLIED: In 1-oz. and 1-pt. bottles (No. 59).

---

## HISTADYL® PRODUCTS
(Thenylpyramine, Lilly)
### FOR SYSTEMIC USE

### HISTADYL® AND A.S.A. COMPOUND,® PULVULES

COMPOSITION: Each pulvule contains: Histadyl (Thenylpyramine, Lilly), 25 mg., and A.S.A. Compound (Acetylsalicylic Acid and Acetophenetidin Compound, Lilly)—acetylsalicylic acid, 3½ grs.; acetophenetidin, 2½ grs.; and caffeine, ½ gr.
ACTION AND USES: For allergic colds and associated symptoms.
ADMINISTRATION AND DOSAGE: 1 pulvule at 3 to 4-hour intervals. For children, prescribe in proportion to weight.
HOW SUPPLIED: In bottles of 100, 1,000, and 5,000 (No. 331). Also in half-strength pulvules, in bottles of 100, 1,000, and 5,000 (No. 322).
REMARKS: This preparation combines the analgesic effect of A.S.A. Compound with the antihistaminic effect of Histadyl for the relief of symptoms of the common cold. For prophylactic effect, it must be taken at the first sign of a cold.

THIRTEENTH EDITION **PDR**
1959

# PHYSICIANS' DESK REFERENCE

*to*

*PHARMACEUTICAL SPECIALTIES*

*and BIOLOGICALS*

Compliments

THE HENRY B. GILPIN COMPANY
Wholesale Druggists Since 1845

THIRTEENTH EDITION

# PHYSICIANS' DESK REFERENCE

*to*

*PHARMACEUTICAL SPECIALTIES and BIOLOGICALS*

J. Paul Folsom
*General Manager*

Henrietta Bull
*Managing Editor*

J. E. Van Hoven
*Production Director*

Robert C. Batterman, M.D.
*Editorial Consultant*

IN FIVE SECTIONS

An arbitrary page numbering plan to facilitate the compilation of this reference book.

| | |
|---|---|
| SECTION ONE (Pink) <br> Alphabetical Index | 101 |
| SECTION TWO (Yellow) <br> Drug, Chemical and Pharmacological Index | 201 |
| SECTION THREE (Blue) <br> Therapeutic Indications Index | 401 |
| SECTION FOUR (White) <br> Professional Products Information | 601 |
| SECTION FIVE (Green) <br> General Professional Information | 901 |

PUBLISHED BY MEDICAL ECONOMICS, INC., ORADELL, N. J.
ALL RIGHTS RESERVED   ·   © COPYRIGHT 1958 BY MEDICAL ECONOMICS, INC.   ·   PRINTED IN U.S.A.

therapeutic effect, intake of any food should be preceded by an appropriate dose, such as, ½ the usual dose before a light snack. Dosage may be increased as indicated.
HOW SUPPLIED: Suspension M-100, in pint bottles.

### DARVON®
**dextro propoxyphene hydrochloride, Lilly**

COMPOSITION: A widely useful, chemically different analgesic developed in the Lilly Research Laboratories.
ACTION AND USES: Darvon provides analgesic potency equal to codeine, yet is much better tolerated. Clinically useful doses do not produce euphoria, tolerance, or physical dependence. Side-effects such as nausea and constipation are minimal. Valuable in any condition associated with pain.
ADMINISTRATION AND DOSAGE: Orally, 32 mg. q. 4 h. or 65 mg. three or four times daily, as needed for relief of pain.
CONTRAINDICATIONS: None reported.
HOW SUPPLIED: Pulvules® No. 364, 32 mg. and No. 365, 65 mg. (both pink), in bottles of 100.

### DARVON® COMPOUND
**dextro propoxyphene and acetylsalicylic acid compound, Lilly**

COMPOSITION: Each Pulvule® Darvon Compound provides:
Darvon® ............................ 32 mg.
Acetophenetidin .................. 162 mg.
A.S.A.® (acetylsalicylic acid, Lilly) ............................. 227 mg.
Caffeine ........................... 32.4 mg.
ACTION AND USES: Darvon Compound combines the analgesic effectiveness of Darvon (which is equal to that of codeine) with the antipyretic and anti-inflammatory benefits of A.S.A.® Compound (acetylsalicylic acid and acetophenetidin compound, Lilly). It is particularly useful in relieving pain associated with chronic and recurrent disease; e.g., inflammatory states such as myalgia, neuralgia, neuritis, and arthritis. Also, efficacious in conditions such as the common respiratory infections and the "common cold," headache, pain of traumatic origin, dysmenorrhea, premenstrual cramping, and postpartum pain.
ADMINISTRATION AND DOSAGE: 1 or 2 Pulvules three or four times daily.
CONTRAINDICATIONS: None reported.
HOW SUPPLIED: Pulvules No. 368 (pink and gray), in bottles of 100.

### DELTALIN®
**vitamin D, Lilly**

COMPOSITION: Each Gelseal® provides 50,000 U.S.P. or International units of vitamin D synthetic (calciferol).
ACTION AND USES: Abnormal calcium and phosphorus metabolism; rickets; prematurity; spasmophilia; osteomalacia.
ADMINISTRATION AND DOSAGE: Therapeutic—50,000 to 1,000,000 units per day.
PRECAUTIONS: Use with caution in any patient with kidney disease, a sensitive colon, or disproportionate available supplies of calcium or phosphorus. Toxicity may develop even to the extent of causing renal failure and metastatic desposits of calcium in soft tissues. Symptoms of toxicity are anorexia, nausea, vomiting, abdominal cramps, frequent stools, pallor, lassitude, polyuria, and uremia.
CONTRAINDICATIONS: Evidence of arteriosclerosis, particularly of the aorta, and renal stones.
HOW SUPPLIED: Gelseals No. 60, in bottles of 100 and 500.

### DELVEX®
**dithiazanine iodide, Lilly**

COMPOSITION: Delvex is a polymethine blue dye which possesses potent anthelmintic properties.
ACTION AND USES: Delvex introduces the new concept of wide-spectrum anthel-

mintic therapy. It is orally effective, usually within five days, against four of the five most common worm infections; effective in both single and multiple infections, and in both heavy and light infections.
Delvex in proper dosage eliminates enterobiasis (pinworm infection) and ascariasis (roundworm infection) and is the first fully effective and practicable treatment for trichuriasis (whipworm infection) and strongyloidiasis (threadworm infection).
(NOTE: Delvex will also eliminate or inhibit hookworm [*Necator americanus*] infection in a significant number of cases, but usually it must be supplemented with other hookworm therapy to obtain a complete cure.)
ADMINISTRATION AND DOSAGE:
*For adults and children over 60 pounds:*
In trichuriasis, ascariasis, and multiple helminthic infections, the usual dosage is 200 mg. t.i.d. (after meals) for from five to ten days.
In strongyloidiasis 200 mg. t.i.d. (after meals) for from ten to fourteen days.
In enterobiasis, 100 to 200 mg. t.i.d. (after meals) for five days.
*For children weighing from 20 to 60 pounds:*
In trichuriasis, ascariasis, and multiple helminthic infections, the recommended *total daily dose* is 100 mg. for every ten pounds of body weight, administered in divided doses (after meals) for from five to ten days.
In strongyloidiasis, the dosage should be given for from ten to fourteen days.
In enterobiasis, half the recommended dose may be given for a period of five days.
*In heavy or resistant infections,* treatment may be extended to a period of twenty-one days. In cases in which elimination of the parasite is not complete, a second course at the same dosage level may be given (after one or two weeks) for a period of up to twenty-one days. The above dosage recommendations should not be exceeded.
PRECAUTIONS: Side-effects, consisting of some nausea, diarrhea, or occasional single episodes of vomiting, may be encountered in certain patients with the use of full recommended dosage. To minimize these possible side-effects, the physician may wish to prescribe one-half the recommended dose the first day and full dosage thereafter. If the full dosage is not well tolerated, reduce dosage and increase duration of therapy.
*Suggested instructions for patients*: 1. Do not neglect any of the prescribed doses. 2. Take each dose one or two hours after a meal. 3. Swallow the tablets whole; they should not be chewed, crushed, or mixed with liquids. 4. Don't be alarmed when the medication causes the stools to turn blue; this is merely a sign that it is working as it should. 5. Stains on skin or underclothing may easily be removed by washing with soap and water. 6. No dietary restriction or other adjunctive measures are required.
CONTRAINDICATIONS: No absolute contraindications are known.
HOW SUPPLIED: In three strengths: Tablets No. 1813, 50 mg.; No. 1814, 100 mg.; and No. 1815, 200 mg., in bottles of 50. The purple, oval tablets are specially shaped for easy swallowing and are coated to protect against gastric irritation.

### DICURIN® PROCAINE
**merethoxylline procaine, Lilly**

COMPOSITION: Dicurin Procaine, an organic mercurial combined with theophylline and procaine, is distinguished for its high diuretic efficacy, systemic and local tolerance, and stability in solution. Each cc. provides:
Merethoxylline Procaine ........ 0.1 Gm.
   Equivalent to 39.3 mg. mercury and 45 mg. procaine base)
Theophylline, Anhydrous ...... 0.05 Gm.
ACTION AND USES: An effective adjunct in the management of congestive heart failure associated with edema, ascites, pleural effusion, acute pulmonary edema, passive congestion of the lungs or liver, or paroxysmal nocturnal dyspnea. It is sometimes use-

ful in cirrhosis of the liver with ascites and in nephrosis.
ADMINISTRATION AND DOSAGE: 0.5 to 2 cc. daily by intramuscular or deep subcutaneous injection.
PRECAUTIONS: Caution is advised in the presence of benign prostatic hypertrophy or when the blood urea nitrogen is more than 60 mg. per 100 cc. If definite albuminuria, hematuria, or oliguria appears after administration, the drug should be discontinued.
CONTRAINDICATIONS: Sensitivity to mercury, procaine, or theophylline; acute glomerulonephritis; ulcerative colitis; and gouty diathesis.
HOW SUPPLIED: Ampoules, Injection, No. 568, 2-cc., in packages of 25 and 100; No. 581, 10-cc. rubber-stoppered ampoules.

### DIETHYLSTILBESTROL

COMPOSITION: A crystalline synthetic estrogenic compound capable of eliciting all the pharmacologic and therapeutic responses attributed to natural estrogens.
ADMINISTRATION AND DOSAGE:
Indication                          Oral Dosage
Menopause ............. 0.1 to 0.25 mg. daily
Senile vaginitis ............... 0.5 mg. daily
Painful engorgement
  of breasts ........... 5 mg. 1 to 3 times
             daily for a total of 30 to 45 mg.
Functional uterine
  bleeding ........... 5 mg. 3 to 5 times
                      daily until checked
Carcinoma of prostate
  Initial phase .............. 3 mg. daily
  Maintenance ............... 1 mg. daily
Also used to prevent accidents of pregnancy and experimentally in inoperable cancer of breast in postmenopausal women. To prevent accidents of pregnancy:

| Week of Pregnancy (from first day of last menstrual period) | Daily Dose |
|---|---|
| 7th and 8th | 5 mg. |
| 9th and 10th | 10 mg. |
| 11th and 12th | 15 mg. |
| 13th and 14th | 20 mg. |
| 15th | 25 mg. |
| 16th | 30 mg. |
| 17th | 35 mg. |
| 18th | 40 mg. |
| 19th | 45 mg. |
| 20th | 50 mg. |
| 21st | 55 mg. |
| 22d | 60 mg. |
| 23d | 65 mg. |
| 24th | 70 mg. |
| 25th | 75 mg. |
| 26th | 80 mg. |
| 27th | 85 mg. |
| 28th | 90 mg. |
| 29th | 95 mg. |
| 30th | 100 mg. |
| 31st | 105 mg. |
| 32d | 110 mg. |
| 33d | 115 mg. |
| 34th | 120 mg. |
| 35th | 125 mg. |

CONTRAINDICATIONS: Premenopausal carcinoma of breast.
HOW SUPPLIED: Ampoules, N.F., injection No. 347, 1 mg., in Oil, 1 cc.; No. 385, 5 mg. in Oil, 1 cc., in packages of 6, 25, and 100; and No. 549, 25 mg., in ethyl oleate, 1 cc., in packages of 6.
Enseals® No. 46, 0.1 mg.; No. 47, 0.25 mg.; No. 48, 0.5 mg.; No. 49, 1 mg.; No. 85, 5 mg.; and No. 90, 25 mg., in packages of 100, 500, and 1,000.
Tablets, U.S.P., No. 1646, 0.1 mg.; No. 1647, 0.25 mg.; No. 1648, 0.5 mg.; No. 1649, 1 mg.; No. 1685, 5 mg., in packages of 100, 500, and 1,000. Tablets, U.S.P., No. 1724, 25 mg. (scored), in packages of 25, 100, 500, and 1,000.
Suppositories No. 14, 0.1 mg. and No. 15, 0.5 mg., in packages of 6 and 50.

### • DOLOPHINE® HYDROCHLORIDE
**methadone hydrochloride, Lilly**

COMPOSITION: A powerful synthetic analgesic and antitussive.

*Continued on next page*

# 1966 · PDR

Published by MEDICAL ECONOMICS, INC.

TWENTIETH EDITION

# PHYSICIANS' DESK REFERENCE

*to*

*PHARMACEUTICAL SPECIALTIES*

*and BIOLOGICALS*

*For the Physician's Desk*

) COMPOUND and
) COMPOUND-65
:nene hydrochloride, aspirin,
n, and caffeine)

Darvon® (propoxyphene hydr...
)
:ITION: Each Pulvule® conta...
.....  Darvon® ...... 6...
yphene hydrochloride, Lilly)
A.S.A.® (aspirin, Lilly). 22...
..... Phenacetin ...... 16...
..... Caffeine ...... 32...
oducts combine the analgesic...
of Darvon® with the antipy...
inflammatory benefits of A.S...
d (aspirin, phenacetin, and caf...
Then inflammation is present...
on reduces discomfort to a g...
n does either analgesic given a...
AND USES: Indicated fo...
or amelioration of pain. T...
provide the total analgesic...
Darvon® and A.S.A.® Comp...
anti-inflammatory and antipy...
f the salicylates. This combin...
especially valuable in the sy...
ef of such conditions as head...
rhea, or various inflamm...
, arthritis and fibrositis. See...
Darvon® Compound-65 is d...
en increased analgesia is de...
ncrease in salicylate content...
if the Pulvule®
AINDICATIONS, PREC...
AND SIDE EFFECTS: See...
and A.S.A.® Compound
Darvon® Compound—1 ...
0 three or four times daily
mpound-65—1 Pulvule® thr...
is daily
OSAGE: See under Darvon®...
Compound
UPPLIED: (B) Pulvules®...
von® Compound (No. 0, ...
aque Body, Light-Gray O...
I No. 369, Darvon® Compou...
Red Opaque Body, Light...
ap) (Inscribed "Lilly"), in b...
nd 500 and in strip packag...
lly sealed Pulvules® (SP 1...
and DS 1000)
in Product Identification Sect...

) with A.S.A.®
phene hydrochloride with asp...
) other preparations of Dar...
hene hydrochloride, Lilly])
SITION: This product is a ...
preparation indicated for th...
ute, chronic, or recurrent pa...
the analgesic advantages of ...
ropoxyphene hydrochloride, L...
antipyretic and anti-inflamm...
f A.S.A.® (aspirin, Lilly).
vule® contains—
...(propoxyphene hydro-
Lilly) ...... 6...
(aspirin, Lilly) ...... 32...
AND USES: Indicated fo...
or amelioration of pain. It...
ally valuable in long-term ...
chronic pain conditions when...
phenacetin are not desired ...
who are unusually stimulat...

AINDICATIONS, PREC...
AND SIDE EFFECTS: See...
and A.S.A.®
1 Pulvule® three or four ...

OSAGE: See under Darvon®...
UPPLIED: (B) Pulvules®...
0 Red Opaque Body, Light...
ap) (Inscribed "Lilly"), in b...
d 500 and in strip packages...
sealed Pulvules® (SP 1000...
I DS 1000)
in Product Identification Sect...

DARVO-TRAN®   B
(propoxyphene hydrochloride and aspirin
with phenaglycodol)
(See also other preparations of Darvon®
[propoxyphene hydrochloride, Lilly])
COMPOSITION: Each Pulvule® contains—
Darvon® (propoxyphene
hydrochloride, Lilly) ........ 32 mg.
A.S.A.® (aspirin, Lilly) ....... 325 mg.
Ultran® (phenaglycodol, Lilly) .. 150 mg.
When anxiety intensifies pain, this product
relieves pain more effectively than do the
analgesic components alone.
The formula adds the mild tranquilizing ef-
fects of Ultran® to the established analgesic
advantages of Darvon® and A.S.A.®. Clini-
cal and pharmacologic studies show that
Ultran® enhances and prolongs the analgesic
activity of Darvon® when pain is accom-
panied by anxiety.
ACTION AND USES: Useful in all types
of painful conditions complicated by anxiety.
Among those treated effectively are tension
headaches, whiplash injuries, skeletal-muscle
discomfort, low-back syndrome, moderate
postoperative pain, postpartum discomfort,
and arthritic conditions.
CONTRAINDICATIONS, PRECAU-
TIONS AND SIDE EFFECTS: See under
Darvon®, A.S.A.® and Ultran®
ADMINISTRATION AND DOSAGE: 1
or 2 Pulvules® three or four times daily
OVERDOSAGE: See under Darvon®,
A.S.A.® and Ultran®
HOW SUPPLIED: (B) Pulvules® No.
377 (No. 0, Light-Pink Opaque Body, Ma-
roon Opaque Cap), in bottles of 100 and 500.
[Shown in Product Identification Section]

DICUMAROL   B
COMPOSITION: Dicumarol is the regis-
tered collective trademark of the Wisconsin
Alumni Research Foundation for its brand
of Bishydroxycoumarin (3,3'-Methylenebis
[4-hydroxycoumarin]). Dicumarol is an
orally effective anticoagulant with slow on-
set of effect and prolonged action. It inhibits
the formation of prothrombin in the liver.
The concentration of prothrombin in the
blood is thus reduced, and the prothrombin
time is increased.
ACTION AND USES: Dicumarol is used
in the prevention or retardation of intra-
vascular blood clotting in thrombophlebitis
and in embolism or occlusion of peripheral,
pulmonary, or coronary arteries.
CONTRAINDICATIONS: Dicumarol is
contraindicated in patients with bleeding,
hemorrhagic tendencies, blood dyscrasias,
purpura, ulcerating or granulomatous le-
sions, subacute bacterial endocarditis, threat-
ened abortion, recent operation on the brain
or spinal cord, regional anesthesia, lumbar
block, vitamin K deficiency, liver disease,
and continuous tube drainage of the stomach
or small intestine. Dicumarol is probably
contraindicated during pregnancy. When
pregnant women are treated with this drug,
fetal bleeding diathesis may occur and cause
fetal death in utero.
PRECAUTIONS: Dicumarol should be used
only when there are facilities for daily de-
terminations of prothrombin time and for
immediate transfusion of fresh blood. Great
caution should be exercised in the following
conditions: cachexia, debilitation, fever, im-
paired liver or renal function, active tuber-
culosis, severe hypertension, menstruation,
menorrhagia, and metrorrhagia; when large
doses of salicylates are administered; and
with the use of indwelling drainage cathe-
ters.
SIDE EFFECTS: Overdosage causes hemor-
rhage. At the first indication of bleeding,
transfusions of fresh whole blood should be
given and repeated, if necessary, until the
bleeding is controlled. Vitamin K₁ or vita-
min K, oxide may be of value.
ADMINISTRATION AND DOSAGE:
Dicumarol is given by mouth. The dosage
must be individualized and adjusted accord-
ing to the prothrombin time, usually reported
as prothrombin activity in percent of normal.
The following schedule serves only as a
guide. On the average, the dose for the
first day in adults with normal prothrombin
activity is 200 to 300 mg. On subsequent
days, the dose is 25 to 200 mg. if the pro-
thrombin activity is 25 percent or more.
Give no Dicumarol on any day when the
prothrombin activity is less than 25 percent.
OVERDOSAGE: See under Side Effects.
HOW SUPPLIED: (B) Pulvules® (Bishy-
droxycoumarin Capsules, N.F.) No. 314,
25 mg. (No. 3, Clear); No. 291, 50 mg.
(No. 4, Clear), and No. 292, 100 mg. (No.
3, Pink), in bottles of 100 and 1,000.

DIETHYLSTILBESTROL   B
COMPOSITION: A crystalline synthetic
estrogenic compound capable of producing
all the pharmacologic and therapeutic re-
sponses attributed to natural estrogens.
ACTION AND USES: For the relief of
symptoms of the menopause; in senile vagi-
nitis; for the relief or prevention of painful
engorgement of the breasts postpartum; for
control of functional uterine bleeding and
carcinoma of the breast and prostate; in
osteoporosis; and for accidents of preg-
nancy.
CONTRAINDICATIONS AND PRECAU-
TIONS: Diethylstilbestrol is contraindicated
in patients with a personal or familial history
of breast or genital cancer (except in treat-
ment of cancer). Prolonged continuous ad-
ministration can lead to endometrial hyper-
plasia and to "breakthrough" bleeding.
Ethyl oleate, the vehicle used in Ampoules
No. 549, is incompatible with plastic; there-
fore, a glass syringe should be used.
ADMINISTRATION AND DOSAGE:
Parenteral—Breast engorgement, 5 mg. once
or twice daily for two to four days. Carci-
noma of prostate, initial phase, 5 mg. twice
a week, then 2 to 4 mg. twice a week.
Functional uterine bleeding, 5 mg. two or
three times daily until checked.
Oral—In menopausal symptoms, 0.2 to 0.5
mg. daily, increased as needed. In senile
vaginitis, 0.5 mg. daily. In painful engorge-
ment of the breasts postpartum, 5 mg. one
to three times daily for a total of 30 mg.
In functional uterine bleeding, usually 5
mg. three to five times daily until bleeding
ceases. In carcinoma of the prostate, 1 to 3
mg. daily, increased in advanced cases;
later, the dose may be reduced to an average
of 1 mg. daily. In cancer of the breast, 15
mg. daily. In accidents of pregnancy, 25 to
100 mg. daily.
Vaginal—In the menopause, 0.5 mg. daily.
Senile vaginitis, 0.5 mg. daily.
HOW SUPPLIED: (B) Ampoules, U.S.P.,
Injection (for I.M. use): No. 385, 5 mg. in
Oil, 1 cc., in packages of 6 and 25. One cc.
contains 5 mg. diethylstilbestrol in cotton-
seed oil. No. 549, 25 mg., in Ethyl Oleate,
1 cc., in packages of 6.
(B) Enseals®, U.S.P. Tablets (Enteric):
No. 46, 0.1 mg., No. 47, 0.25 mg., and No.
48, 0.5 mg., in bottles of 100, 500, and
1,000. No. 49, 1 mg., and No. 45, 5 mg.,
in bottles of 100, 500, 1,000, and 5,000;
No. 90, 25 mg., in bottles of 100 and 500.
(B) Suppositories, U.S.P. (Vaginal): No.
14, 0.1 mg., and No. 15, 0.5 mg., in packages
of 6 and 50. In addition to the diethylstil-
bestrol, these suppositories contain glycerin,
gelatin, polysorbate 20, and propylene glycol.
(B) Tablets, U.S.P.: No. 1646, 0.1 mg.,
No. 1647, 0.25 mg., and No. 1648, 0.5 mg.,
in bottles of 100 and 1,000; No. 1649, 1 mg.,
and No. 1685, 5 mg., in bottles of 100, 500,
1,000, and 5,000; No. 1724, 25 mg. (cross-
scored), in bottles of 100.

DIETHYLSTILBESTROL AND METHYLTESTOS-
TERONE, see Tylosterone® (diethylstilbestrol
and methyltestosterone, Lilly).

DIGITOXIN, see Crystodigin® (digitoxin,
Lilly).

DIMETHYL TUBOCURARINE IODIDE, see Metu-
bine® Iodide (dimethyl tubocurarine iodide,
Lilly).

DIPHTHERIA AND TETANUS TOXOIDS AND
PERTUSSIS VACCINE COMBINED, see Tri-Sol-
gen® (diphtheria and tetanus toxoids and
pertussis vaccine combined, alum precipi-
tated, Lilly)

DOLOPHINE® HYDROCHLORIDE   B
(methadone hydrochloride)
COMPOSITION: This product is an effec-
tive, stable analgesic and antitussive, 10 mg.
of which are comparable in analgesic po-
tency to morphine sulfate, 15 mg. (¼ gr.)
ACTION AND USES: As an analgesic,
it is especially useful in relieving postsurgi-
cal pain and pain associated with renal colic,
metastatic lesions of malignant tumors, frac-
tures, etc.
As an antitussive, it is of benefit in the
control of cough associated with the com-
mon cold, whooping cough, or chronic tuber-
culosis.
This preparation produces very little eu-
phoria. ... It has only a limited value
... medication when euphoria
is desirable.
PRECAUTIONS: Although this drug has
been used successfully in obstetric patients,
it should be given with caution in the in-
trapartum period. Sedatives or other drugs
which may depress fetal respiration should
not be administered if delivery is anticipated
before most of the drug will be eliminated
from the fetal circulation. The risk is in-
creased if the infant is premature or if gen-
eral anesthesia is used for delivery.
After prolonged administration resulting in
the development of considerable tolerance,
withdrawal is followed by a mild but definite
abstinence syndrome. This syndrome in-
creases in intensity in proportion to longer
duration of administration and greater toler-
ance, but it has never equaled that to be
expected after similar administration of mor-
phine. Warning—May be habit-forming.
SIDE EFFECTS: Nausea and vomiting,
dizziness, dryness of mouth, and miosis may
occur. Nausea and vomiting appear most
often with large doses and seem to be of the
type characteristically seen following ad-
ministration of morphine.
The cumulative effect seems evident. Al-
though the first doses may be well tolerated,
nausea may appear after several have been
given. It is suggested that the drug be ad-
ministered only when needed for control of
pain. Side effects also seem to be more promi-
nent in ambulatory patients and in those who
are not suffering acute pain. In such individ-
uals, the lower doses are recommended.
Doses in excess of 5 mg. are best tolerated
when administered parenterally.
ADMINISTRATION AND DOSAGE:
Analgesic—Parenteral, 5 to 10 mg., accord-
ing to severity of pain, every four to six
hours as needed. Oral (adults), moderate
pain, 2.5 mg. every six to eight hours; more
severe pain, 5 mg. every six to eight hours
as needed; very severe pain, 10 mg. every
four to six hours as needed.
Antitussive—Adults, ½ to 1 teaspoonful of
the syrup every four to six hours (do not
overdose). Children three to twelve years,
¼ to ½ teaspoonful every four to six hours
(do not overdose).
OVERDOSAGE: C.N.S. depression. Symp-
toms—Drowsiness, sweating, mental de-
pression, delirium, hallucinations, circulatory
collapse, and coma. Treatment—For specific
therapy, nalorphine should be administered
to antagonize respiratory depression. Gen-
eral management should consist in sympto-
matic and supportive therapy, which may in-
clude gastric lavage, administration of oxy-
gen and intravenous fluids, and maintenance
of body temperature. Emetics should not be
used.

continued on next page

# 1970 · PDR

Published by MEDICAL ECONOMICS, INC.

**TWENTY-FOURTH EDITION**

# PHYSICIANS' DESK REFERENCE

to

## PHARMACEUTICAL SPECIALTIES
## and BIOLOGICALS

*For the Physician's Desk*

# TWENTY-FOURTH EDITION

# PHYSICIANS' DESK REFERENCE

*to*

*PHARMACEUTICAL SPECIALTIES*

*and BIOLOGICALS*

Publisher: ALBERT B. MILLER
General Manager: CHARLES E. BAKER, JR.
Production Manager: GEORGE E. QUIST, JR.
Compilation Editor: BARBARA B. HUFF
Medical Consultant: AUSTIN JOYNER, M.D.
Index Editor: ANN MARIE CAREY
Editorial Assistants: COLETTE CONROY,
MARGARET E. GLOVER, THERESA MULLER,
F. EDYTHE PATERNITI, ETHEL S. PUTTER,
DIANE M. WARD
Circulation Manager: ETHEL F. McGILLICAN
Representative: DONALD E. MASTERSON

### IN FIVE SECTIONS

An arbitrary page numbering plan is used to facilitate the compilation of this reference book.

| | |
|---|---|
| SECTION ONE (Pink) | 101 |
| ALPHABETICAL INDEX | |
| SECTION TWO (Blue) | 201 |
| DRUG CLASSIFICATION INDEX | |
| SECTION THREE (Yellow) | 301 |
| GENERIC AND CHEMICAL NAME INDEX | |
| SECTION FOUR | 1-32 |
| PRODUCT IDENTIFICATION SECTION | |
| SECTION FIVE (White) | 501 |
| PRODUCT INFORMATION SECTION | |

PUBLISHED BY MEDICAL ECONOMICS, INC.,
*a subsidiary of*

LITTON PUBLICATIONS, INC.
DIVISION OF LITTON INDUSTRIES
Oradell, New Jersey 07649

ALL RIGHTS RESERVED · © COPYRIGHT 1969 BY MEDICAL ECONOMICS, INC. · PRINTED IN U.S.A.

None of the content of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means (electronic, mechanical, photocopying, recording, or otherwise) without the prior written permission of the publisher.

## Lilly—Cont.

driving a car or operating machinery, especially during the first few days of therapy. Therefore, the patient should be cautioned accordingly.

Adverse Reactions: Dizziness, headache, sedation, somnolence, paradoxical excitement, insomnia, skin rashes, and gastrointestinal disturbances (including nausea, vomiting, abdominal pain, and constipation) may occur with the recommended doses of the drug.

Euphoria may occasionally occur.

Administration and Dosage: A narcotic prescription is not required. Darvon® (propoxyphene hydrochloride) is given orally. The usual dose is 65 mg. three or four times daily.

Propoxyphene hydrochloride with aspirin is given orally. The usual dose is 65 mg. of propoxyphene hydrochloride and 325 mg. of aspirin three or four times daily.

Propoxyphene hydrochloride with aspirin, phenacetin, and caffeine is given orally. The usual dose is 65 mg. of propoxyphene hydrochloride, 227 mg. of aspirin, 162 mg. of phenacetin, and 32.4 mg. of caffeine three or four times daily.

Overdosage: Manifestations of accidental or intentional overdosage with propoxyphene are similar to those of narcotic overdosage and include convulsions (more common than is usually noted in cases of narcotic poisoning), coma, respiratory depression, and circulatory collapse. When combination products containing salicylates as well as propoxyphene have been ingested, the clinical picture may be complicated by salicylism.

Analeptic drugs (for example, caffeine or amphetamine) should not be used because of their tendency to precipitate fatal convulsions. Intravenously administered narcotic antagonists (nalorphine and levallorphan) are the drugs of choice to reverse signs of intoxication. These agents should be given repeatedly until the patient's status remains satisfactory. Gastric lavage also may be helpful. In addition, supportive measures, such as assisted oxygenation and intravenous fluids, should be used as indicated.

Dialysis is of little value with respect to propoxyphene alone; salicylates and phenacetin are dialyzable.

How Supplied: (B) Pulvules® Darvon® (Propoxyphene Hydrochloride Capsules, U.S.P.): No. 364, H02,* 32 mg. (No. 4, Light-Pink Opaque), and No. 365, H03,* 65 mg. (No. 3, Light-Pink Opaque), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000).

(B) Pulvules No. 368, Darvon® Compound (propoxyphene hydrochloride, aspirin, phenacetin, and caffeine, Lilly), H05* (No. 0, Light-Pink Opaque Body, Light-Gray Opaque Cap), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000). Each Pulvule contains 32 mg. propoxyphene hydrochloride, 227 mg. aspirin, 162 mg. phenacetin, and 32.4 mg. caffeine.

(B) Pulvules No. 369, Darvon® Compound-65 (propoxyphene hydrochloride, aspirin, phenacetin, and caffeine, Lilly), H06* (No. 0, Red Opaque Body, Light-Gray Opaque Cap), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000). Each Pulvule contains 65 mg. propoxyphene hydrochloride, 227 mg. aspirin, 162 mg. phenacetin, and 32.4 mg. caffeine.

(B) Pulvules No. 366, Darvon® with A.S.A.® (propoxyphene hydrochloride with aspirin, Lilly), H04* (No. 0, Red Opaque Body, Light-Pink Opaque Cap), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100) and in strip packages of individually sealed Pulvules (DS1000). Each Pulvule contains 65 mg. propoxyphene hydrochloride and 325 mg. aspirin.

[050789]
[Shown in Product Identification Section]

### DARVO-TRAN® ℞
(propoxyphene hydrochloride and aspirin with phenaglycodol)

Description: Darvon® (propoxyphene hydrochloride, Lilly) is a synthetic analgesic. It is an odorless white crystalline powder with a bitter taste. It is freely soluble in water. Chemically, it is α-(+)-4-(Dimethylamino)-3-methyl-1,2-diphenyl-2-butanol Propionate Hydrochloride.

Ultran® (phenaglycodol, Lilly) is a butanediol drug which has a tranquilizing effect. Chemically, it is 2-p-chlorophenyl-3-methyl-2,3-butanediol. It is relatively insoluble in water.

Actions: Propoxyphene hydrochloride is an analgesic in the potency range of codeine. The combination of propoxyphene hydrochloride with aspirin results in greater analgesia than that achieved by either drug administered alone. Propoxyphene hydrochloride is structurally related to the narcotic analgesics methadone and isomethadone, and its general pharmacologic properties are those of the narcotics as a group. Therapeutic doses have produced no demonstrable effects on respiration, blood pressure, or reflex activity.

Ultran® (phenaglycodol, Lilly) is a central-nervous-system depressant useful in the treatment of anxiety and functional disorders accompanied by tension. It has little sedative or hypnotic effect.

Indications: For the relief of mild to moderate pain when accompanied by tension.

Contraindications: Hypersensitivity to propoxyphene hydrochloride, aspirin, or phenaglycodol.

Concomitant administration with orphenadrine-containing compounds.

Warnings: Salicylates should be used with caution in the presence of peptic ulcer.

Use in Pregnancy—The safety of the use of this agent during pregnancy has not been established. The potential hazards of the drug must be weighed against the possible benefits.

Use in Children—This agent should not be used in children, since adequate data to establish safe conditions of use are lacking.

Drug Dependence—Tolerance, psychological dependence, and physical dependence have been reported; the abuse liability of propoxyphene hydrochloride is qualitatively similar to that of codeine although quantitatively less. Darvon® (propoxyphene hydrochloride, Lilly) will not support morphine dependence.

Precautions: Caution should be exercised in the administration of phenaglycodol to patients who are depressed.

Patients who have received narcotic drugs for long periods of time may have developed physical dependence, and the sudden substitution of ordinary doses of propoxyphene hydrochloride may result in an acute withdrawal syndrome. These symptoms may be avoided by gradually reducing the dose of the prior medication as propoxyphene hydrochloride is substituted.

Although accumulated evidence suggests that Ultran® (phenaglycodol) is not habit-forming or addictive, it is recommended that patients on tranquilization therapy, particularly over prolonged periods, be under periodic medical supervision. Certain patients may place inordinate dependence on any medication which alleviates discomfort, and these individuals may transgress the bounds of prescribed dosage. This agent may impair the mental and/or physical abilities required for the performance of potentially hazardous tasks, such as driving a car or operating machinery. Therefore, the patient should be cautioned accordingly.

The administration of Ultran® (phenaglycodol, Lilly) with other C.N.S. depressants and/or alcohol may result in additive effects.

Adverse Reactions: Dizziness, gastrointestinal disturbances (including nausea, abdominal pain, constipation, and emesis), vertigo, headache, sedation, somnolence, insomnia, excitation, skin rash or other allergic phenomena, dermatitis, depression, anxiety, feelings of unreality, lethargy, and gynecomastia have been reported.

Euphoria may occasionally occur.

Administration and Dosage: A narcotic prescription is not required.

Darvo-Tran is administered orally. The adult dosage is 1 or 2 Pulvules® three or four times daily. It should be remembered that two Pulvules Darvo-Tran will provide a 300-mg. dose of Ultran® (phenaglycodol, Lilly), which may predispose to mild drowsiness.

Overdosage: Manifestations of accidental or intentional overdosage with propoxyphene are similar to those of narcotic overdosage and include convulsions (more common than is usually noted in cases of narcotic poisoning), coma, respiratory depression, and circulatory collapse. When combination products containing salicylates as well as propoxyphene have been ingested, the clinical picture may be complicated by salicylism.

Analeptic drugs (for example, caffeine or amphetamine) should not be used because of their tendency to precipitate fatal convulsions. Intravenously administered narcotic antagonists (nalorphine and levallorphan) are the drugs of choice to reverse signs of intoxication. These agents should be given repeatedly until the patient's status remains satisfactory. Gastric lavage also may be helpful. In addition, supportive measures, such as assisted oxygenation and intravenous fluids, should be used as indicated.

Dialysis is of little value with respect to propoxyphene alone; salicylates and phenaglycodol are dialyzable.

How Supplied: (B) Pulvules No. 371, Darvo-Tran® (propoxyphene hydrochloride and aspirin with phenaglycodol, Lilly), H11* (No. 0, Light-Pink Opaque Body, Maroon Opaque Cap), in bottles of 100 and 500. Each Pulvule contains 32 mg. of Darvon® (propoxyphene hydrochloride, Lilly), 325 mg. of A.S.A.® (aspirin, Lilly), and 150 mg. of Ultran® (phenaglycodol, Lilly). [06040]

[Shown in Product Identification Section]

### DIETHYLSTILBESTROL
ENSEALS®, SUPPOSITORIES, AND TABLETS

Description: Diethylstilbestrol is a crystalline synthetic estrogenic substance capable of producing all the pharmacologic and therapeutic responses attributed to natural estrogens.

Indications: Tablets and Enseals Diethylstilbestrol are indicated for the relief of symptoms of the menopause: in senile vaginitis; for the relief or prevention of painful engorgement of the breasts postpartum; for control of functional uterine bleeding; in carcinoma of the prostate; and in mammary carcinoma of postmenopausal women.

Suppositories Diethylstilbestrol are indicated in postmenopausal and senile vaginitis, especially when menopausal symptoms are not present.

Contraindications: The contraindications to diethylstilbestrol administration are the same as to estrogen therapy in general. Estrogens should not be administered in the absence of a positive indication, and they should be avoided in premenopausal women with carcinoma of the breast and in all women with genital malignancy, family history or genital malformation. In young patients not complete, indicated because closure. Suspected or likely to be regarded a prolonged estrogen. Warning: Before reaction on the therapy should possible benefit considered for. Precautions: In drug, and caution use. Indiscriminate titration may be ing the drug medical supervision and pelvic examination before treatment during therapy. Diethylstilbestrol with caution in or other disease phorus metabolism known to affect stances. Conditions, graine, asthma, function requiring the drug of fluid retention until estrogen continued for two Adverse Reactions, unpleasant noted following. Most common which may be vomiting. The to differ significantly of patients, women seem the Nausea and vomiting reduced in the group. When dosage is frequent and transient given (1 mg. or early when the nausea and vomiting menopausal group women form and in them being doses of 3 to 5. Continuous therapy, even in the endometrial hyperplasia. This can dances by minimizing interruption of the therapy be prolonged. Also possible with other side effects. Include abdominal tenderness and diarrhea, lassitude, headache, an scotomata, cutaneous allergic reactions effects may be reduction of medication. Administration: 0.5 mg. daily, in menopause, cyclically (three weeks' rest period). Will occur during the engorgement of the breasts one to three times in functional uterine bleeding, three to five cases. In carcinoma, 5 mg. daily, increasing later, the dose up to age of 1 mg. daily, 15 mg. daily. Vaginal—One 0.5 mg. at bedtime each needed. For more satisfactory periodic

for possible rev

## Product Information 833

ways consult Sup... ...ble revisions
operating machi... ...mily history of a high incidence of breast
it should be caut... ...genital malignancy may be a contraindi-
of th... ...cation.
other (ph... ...In young patients in whom bone growth is
may re... ...not complete, estrogen therapy is contrain-
...dicated because of its effect on epiphyseal
izziness, ga... ...closure.
including nau... ...Suspected or known hepatic disease should
pation, and em... ...be regarded as a contraindication to pro-
sedation, somn... ...longed estrogen therapy.
skin rash or other... ...Warning: Because of possible adverse
urticaria, depres... ...reaction on the fetus, the risk of estrogen
reality, lethargy, u... ...therapy should be weighed against the
en reported. ...possible benefits when diethylstilbestrol is
ually occur. ...considered for use in a known pregnancy.
Dosage: A narc... ...Precautions: Diethylstilbestrol is a potent
uired. ...drug, and caution must be employed in its
...use. Indiscriminate or injudicious adminis-
istered orally. T... ...tration may be dangerous. Patients receiv-
Pulvules three a... ...ing the drug should be under continuous
ould be remember... ...medical supervision. In women, the breasts
/o-Tran will provi... ...and pelvic organs should be examined
ing (phenaglycodo... ...before treatment is begun and at intervals
redispose to m... ...during therapy.
...Diethylstilbestrol should be administered
itions of acciden... ...with caution to a patient with bone, renal,
age with propox... ...or other disease involving calcium or phos-
se of narcotic ana... ...phorus metabolism, since estrogens are
convulsions (me... ...known to affect metabolism of these sub-
y noted in cases o... ...stances. Conditions such as epilepsy, mi-
coma, respirato... ...graine, asthma, and cardiac or renal dys-
tory collapse. Wh... ...function require careful observation be-
containing salicyl... ...cause the drug may produce some degree
phene have been a... ...of fluid retention. Liver, thyroid, or adre-
...ture may be con... ...nal function tests should not be performed
...until estrogen therapy has been discon-
cample, caffeine o... ...tinued for two months.
ot be used becau... ...Adverse Reactions: As with natural estro-
ecipitate fatal co... ...gens, unpleasant side-effects have been
administered tur... ...noted following diethylstilbestrol therapy.
phine and levalor... ...Most common is the occurrence of nausea,
choice to revers... ...which may be severe enough to lead to
hese agents shoul... ...vomiting. The incidence of nausea appears
...to differ significantly among various types
...of patients. Pregnant and postpartum
ted oxygenatio... ...women seem the least susceptible.
should be used a... ...Nausea and vomiting are most easily pro-
...duced in the group of menopausal women.
e with respect to... ...When dosage is minimal, nausea is infre-
salicylates us... ...quent and transient. When larger doses are
able. ...given (1 mg. or more daily), and particu-
uluules No. 377, ...larly when they are administered initially,
phene hydrochlo... ...nausea and vomiting are common in the
naglycodol, Lilly... ...menopausal group. Men and nonpregnant
k Opaque Body, ...women form an intermediate group, nausea
bottles of 100 and ...in them being relatively uncommon from
tains 32 mg. o... ...doses of 3 to 5 mg. daily.
e hydrochlorid... ...Continuous therapy over long periods of
(aspirin, Lilly), ...time, even in low dosage, may produce en-
(phenaglycodol... ...dometrial hypertrophy and uterine bleed-
[06010]... ...ing. This can be prevented in most in-
ification Section] ...stances by minimum dosage or by cyclic in-
...terruption of therapy when treatment must
...be prolonged. Porphyria cutanea tarda is
RIES, ...also possible with extended use of the drug.
...Other side-effects occasionally noted in-
strol is a crystal... ...clude abdominal distress or pain, breast
substance capable ...tenderness and engorgement, anorexia,
armacologic and ...diarrhea, lassitude, paresthesia, vertigo,
buted to natural ...headache, anxiety, insomnia, thirst,
...scotomata, cutaneous rashes, purpura, and
Enseals Diethyl... ...allergic reactions of various types. Side-
for the relief of ...effects may be expected to disappear on
ause. In senile ...reduction of dosage or withdrawal of
r prevention of ...medication.
he breasts post... ...Administration and Dosage: Oral—0.2 to
nctional uterine ...0.5 mg. daily, increased as indicated. In the
he prostate; and ...menopause, cyclic therapy is recommended
postmenopausal ...(three weeks' regimen with a one-week
...rest period). Withdrawal bleeding may oc-
estrol are in... ...cur during the rest period. In painful en-
al and senile ...gorgement of the breasts postpartum, 5 mg.
en menopausal ...one to three times daily for a total of 30 mg.
...In functional uterine bleeding, usually 5
ontraindication... ...mg. three to five times daily until bleeding
stration are the ...ceases. In carcinoma of the prostate, 1 to 3
r in general. Es... ...mg. daily increased in advanced cases;
inistered in the ...later, the dose may be reduced to an aver-
ation, and they ...age of 1 mg. daily. In cancer of the breast,
premenopausal ...15 mg. daily.
he breast and is ...Vaginal—One 0.5-mg. suppository inserted
malignancy. A... ...at bedtime each night, or less frequently as
...needed. For maintenance, a 0.1-mg. sup-
...pository periodically may be adequate.

How Supplied: (B) Enseals—Diethylstil-
bestrol Tablets, U.S.P. (Enteric): No. 46,
A19,* 0.1 mg., No. 47, A20,* 0.25 mg., No.
48, A21,* 0.5 mg., No. 49, A22,* 1 mg., and
No. 85, A33,* 5 mg., in bottles of 100 and
1,000; No. 90, A34,* 25 mg., in bottles of 100
and 500
(B) Suppositories—Diethylstilbestrol Sup-
positories, U.S.P. (Vaginal): No. 14, S07,*
0.1 mg., and No. 15, S09,* 0.5 mg., in pack-
ages of 6 and 50. In addition to the diethyl-
stilbestrol, these suppositories contain
glycerin, gelatin, polysorbate 20, and pro-
pylene glycol.
(B) Tablets—Diethylstilbestrol Tablets,
U.S.P.: No. 1646, J49,* 0.1 mg., in bottles of
100 and 1,000; No. 1647, J50,* 0.25 mg., in
bottles of 100; No. 1648, J51,* 0.5 mg., and
No. 1649, J52,* 1 mg., in bottles of 100 and
1,000; No. 1685, J54,* 5 mg., in bottles of
100 and 1,000 and in 10 strips of 10 in-
dividually labeled blisters each containing
1 tablet (ID100). No. 1724, T70,* 25 mg.
(cross-scored), in bottles of 100.
[090369]

DIGITOXIN, see Crystodigin® (digitoxin,
Lilly).

DIPHTHERIA AND TETANUS TOXOIDS
AND PERTUSSIS VACCINE COM-
BINED, see Tri-Solgen® (diphtheria and
tetanus toxoids and pertussis vaccine com-
bined, alum precipitated, Lilly).

* DOLOPHINE® HYDROCHLORIDE    B
(methadone hydrochloride)
Injection, U.S.P.
AMPOULES
Description: Dolophine® Hydrochloride
(methadone hydrochloride, Lilly) is 4,4-
diphenyl - 6 - dimethylamino - hepta-
none-3 hydrochloride. It is a white, crys-
talline material and is water soluble. It is
similar to morphine in effect, but it has a
more prolonged duration of action as a re-
sult, at least partially, of greater lipid solu-
bility.
Indications: Dolophine® Hydrochloride
(methadone hydrochloride, Lilly) is in-
dicated when an analgesic effect is re-
quired, especially in the relief of postsurgi-
cal pain and pain associated with renal
colic, metastatic lesions of malignant tu-
mors, fractures, etc. When chronic ad-
ministration of potent analgesics is neces-
sary, Dolophine Hydrochloride is prefera-
ble to morphine since it induces less
physical dependence. It is not recom-
mended for the control of mild pain in
place of less potent analgesic drugs, such as
the salicylates or even codeine.
Contraindications and Precautions: Al-
though Dolophine® Hydrochloride (meth-
adone hydrochloride, Lilly) has been used
successfully in obstetric patients, it should
be given with caution in the intrapartum
period. Sedatives or other drugs which
may depress fetal respiration should not be
administered if delivery is anticipated
before most of the drug will be eliminated
from the fetal circulation. The risk is in-
creased if the infant is premature or if gen-
eral anesthesia is used for delivery.
After prolonged administration resulting in
the development of considerable tolerance,
withdrawal of Dolophine Hydrochloride is
followed by a mild but definite abstinence
syndrome.
Warning:    Dolophine®    Hydrochloride
(methadone hydrochloride, Lilly) has ad-
dictive characteristics, and a narcotic pre-
scription is required.
Adverse Reactions: The most common
side-effects produced by Dolophine® Hy-
drochloride (methadone hydrochloride,
Lilly) are nausea and vomiting. Other less
bothersome symptoms include dizziness,
dryness of mouth, and miosis. Nausea and
vomiting have appeared most often with
large doses and are of the type characteris-
tically observed following administration

of morphine.
The cumulative effect of Dolophine Hy-
drochloride seems evident. Although the
first doses may be well tolerated, nausea
may appear after several have been given.
It is recommended that the drug be admin-
istered only when needed for control of
pain. Side-effects also seem to be more
prominent in ambulatory patients and in
those who are not suffering acute pain. In
such individuals, the lower doses are advis-
able.
Administration and Dosage: Contents of
Ampoules Dolophine® Hydrochloride
(methadone hydrochloride, Lilly) may be
administered subcutaneously or intramus-
cularly.
Parenteral doses of Dolophine Hydrochlo-
ride range from 2.5 to 10 mg., according to
the severity of pain, and should be re-
peated only when pain returns. Excessive
frequency of administration and size of
dose should be avoided.
Overdosage: The primary symptom of
overdosage is respiratory depression.
Other symptoms are drowsiness, sweating,
mental depression, delirium, hallucina-
tions, circulatory collapse, and coma. Nal-
orphine hydrochloride (Nalline® HCl)
provides specific therapy for overdosage.
It should be repeated when necessary to
counteract respiratory depression. General
management should consist in symptomatic
and supportive therapy, which may include
administration of oxygen and intravenous
fluids and maintenance of body tempera-
ture.
How Supplied: *(B) Ampoules Dolo-
phine® Hydrochloride (Methadone Hydro-
chloride Injection, U.S.P.): No. 456, 10 mg.,
1 cc., in packages of 12 and 100. Each cc.
contains methadone hydrochloride, 10 mg.,
and sodium chloride, 0.9 percent. Sodium
hydroxide and/or hydrochloric acid may
have been added during manufacture to
adjust the pH. No. 435, 10 mg. per cc., 20 cc.,
rubber-stoppered, in single ampoules (10
per carton) and in packages of 25. Each cc.
contains methadone hydrochloride, 10 mg.,
and sodium chloride, 0.9 percent, with
chlorobutanol (chloroform derivative), 0.5
percent, as a preservative. Sodium hydrox-
ide and/or hydrochloric acid may have
been added during manufacture to adjust
the pH.    [080569]
* Narcotic required.

* DOLOPHINE® HYDROCHLORIDE    B
(methadone hydrochloride)
SYRUP AND TABLETS
Description: Dolophine® Hydrochloride
(methadone hydrochloride, Lilly) (4,4-
diphenyl - 6 - dimethylamino - hepta-
none-3 hydrochloride) is an effective, sta-
ble antitussive and analgesic, 10 mg. of
which are comparable in analgesic potency
to morphine sulfate, 15 mg. (¼ grain).
Indications: As an antitussive, it is of bene-
fit in the control of cough associated with
the common cold, whooping cough, or
chronic tuberculosis.
As an analgesic, Dolophine® Hydrochlo-
ride (methadone hydrochloride, Lilly) is
especially useful in relieving postsurgical
pain and pain associated with renal colic,
metastatic lesions of malignant tumors,
fractures, etc.
Contraindications and Precautions: Al-
though Dolophine® Hydrochloride (meth-
adone hydrochloride, Lilly) has been used
successfully in obstetric patients, it should
be given with caution in the intrapartum
period. Sedatives or other drugs which
may depress fetal respiration should not be
Continued on next page

*Identi-Code® symbol—Newly manufactured
capsules and tablets and the labels of powders
for oral suspension and suppositories will bear
Identi-Code symbols. However, a period of time
will elapse before existing stocks of noncoded
products are exhausted.