# Appendix 8

BETH ISRAEL HOSPITAL
BOSTON, MASS. 02215
PATHOLOGICAL EXAMINATION

| NAME | AGE | SEX | PATHOLOGY # | BIH UNIT # |
|---|---|---|---|---|
| ELMAN, MELISSA | 20 | F | 91-13830 | 06 43 27 |

REPORT TO                             GROSS DESCRIPTION BY
DR. NILOFF, J                         DR. L. GARCIA/smc

SPECIMEN SUBMITTED:   CERVICAL BIOPSY.

| PROCEDURE DATE | TISSUE REC'D | REPORT DATE | DIAGNOSED BY |
|---|---|---|---|
| 08/27/91 | 08/27/91 | 08/29/91 | DR. D. ANTONIOLI/kn |

PREVIOUS BIOPSIES:   91-05612    CERVIX BIOPSY.

DIAGNOSIS:

Cervical biopsy (12 o'clock):   Squamous metaplasia; mild acute and chronic cervicitis.

GROSS:
CLINICAL:   Abnormal pap, DES exposed.

Specimen is received in formalin labelled "12 o'clock" and consists of two tiny tan tissue fragments measuring up to 0.3 cm in greatest dimension, submitted complete in A.