# Appendix 9

Case 1:05-cv-01882-RCL    Document 24-11    Filed 05/10/2007    Page 1 of 3

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| JUDITH BENARDETE, | ) | |
| | ) | |
|    Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 04-CA-826 |
| | ) | Calendar 7 |
| ELI LILLY AND COMPANY, et al., | ) | Judge Kravitz |
| | ) | |
|    Defendants | ) | |
| | ) | |

## ORDER DENYING DEFENDANT'S "MOTION IN LIMINE TO LIMIT THE USE OF PLAINTIFF'S MEDICAL RECORDS"

This matter is before the Court on defendant Eli Lilly and Company's renewed motion *in limine* to strike from the plaintiff's medical records all references to the use of DES by the plaintiff's mother and all statements about the cause of the plaintiff's medical conditions. The defendant contends that all of the references in the records relating to the use of DES by the plaintiff's mother are inadmissible "double hearsay" and that the comments in the records relating to causation are unreliable and, thus, inadmissible because they are made by doctors whose expertise has not been established and because the basis of the comments is unknown. The plaintiff has filed an opposition to the defendant's motion.

While neither party has provided a copy of the plaintiff's medical records for the Court to review, it appears from the parties' briefs that the references in the plaintiff's medical records to DES and causation memorialize statements that the plaintiff made to her doctors for the purpose of diagnosis or treatment and conclusions and opinions that the plaintiff's doctors reached in the course of the plaintiff's treatment. All such



references, if properly authenticated and otherwise relevant, are admissible under the law of evidence in this jurisdiction.

Accordingly, it is this **11** day of October 2005

**ORDERED** that the defendant's motion is **DENIED**.

_____
Neal E. Kravitz, Associate Judge
(Signed in Chambers)

DOCKETED In Chambers  OCT 1 2 2005

MAILED From Chambers  OCT 1 2 2005

Copies mailed to:

Aaron M. Levine, Esq.
Aaron M. Levine & Associates
1320 19th Street NW, Suite 500
Washington, DC 20036

Lawrence H. Martin, Esq.
Foley Hoag, LLP
1875 K Street, NW
Suite 800
Washington, DC 20006

James J. Dillon, Esq.
Foley Hoag, LLP
155 Seaport Blvd.
Boston, MA 02210

2