# Appendix 10

Murray Elman

```
                                              1
 1                           Volume: I
 2                           Pages:  1-28
 3
 4    IN THE UNITED STATES DISTRICT COURT
 5         FOR THE DISTRICT OF COLUMBIA
 6                 C.A. No. 05-CV-1882(RCL)
 7
 8    ----------------------------------
 9    MELISSA KELLEY,
10              Plaintiff,
11      v.
12    ELI LILLY AND COMPANY,
13              Defendant.
14    ----------------------------------
15
16         DEPOSITION of MURRAY ELMAN
17    Thursday, May 11, 2006, 6:00 p.m. to 6:22 p.m.
18               FOLEY HOAG, LLP
19              155 Seaport Boulevard
20              Boston, Massachusetts
21
22
23      Court Reporter:  Paulette Cook, RPR/RMR
24
```

Murray Elman

11

1  Q.  What do you remember about the pill?
2  A.  I remember the container it was in.  The
3  pill was just a pill.  To me it was only a -- I
4  remember a little white pill.  Looked like an
5  aspirin almost or maybe a little bigger.
6       That's all I remember about it though.
7  I really -- I didn't take it.  So I didn't really
8  get into it, but I do remember the container
9  specifically because a friend of mine worked for
10 Lilly.
11      And when I saw the label, I was very --
12 I was very -- it was very obvious to me that it was
13 the same company.  So I just happened to pick up on
14 it.  This friend of mine had been with the company
15 and I said maybe -- I wonder if he's involved in the
16 manufacturing.  Who knew?  I didn't know.
17 Q.  What was your friend's name?
18 A.  Alan Rubin.  A L A N, R U B I N.
19 Q.  Where did he live?
20 A.  He grew up with me in Mattapan.  Then he
21 went to school with me.  He went -- I went onto in
22 the navy, and he went onto college.  And then after
23 college I lost contact with him, but I know he went
24 out to Indianapolis, and he got a job with Lilly

14

```
1   on the bottle?
2       A.  I don't think it was.  See, when -- those
3   days -- today I know if I got a prescription for my
4   blood pressure, the label is the drugstore label
5   with the milligrams and the whole thing and how many
6   more prescriptions are left.  This was just a
7   factory bottle that was set with no labels from the
8   drugstore at all.
9       Q.  Do you recall if the Lilly on the bottle --
10  if it was in script or block printing?
11      A.  I think it was -- I think it was like
12  script, if I remember correctly.  It was red -- red
13  writing.  That's all I remember.
14          I don't remember what type of writing it
15  was.  I can't be exactly sure of that.
16      Q.  Was this bottle similar to any other bottles
17  you had received from the pharmacy?
18      A.  No.
19      Q.  Had you ever seen a bottle like that before
20  before this drug that your wife had?
21      A.  Well, we were never on a lot of
22  prescriptions anyways.  So I don't have anything to
23  compare it to.
24      Q.  Have you ever seen the bottle since?
```