# Appendix 11

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELISSA KELLEY,

    Plaintiff,

VS                     CIVIL ACTION NUMBER: 05-1882

ELI LILLY & COMPANY, ET AL,

    Defendants,

DEPOSITION OF

STEVEN M. BAKER, R.Ph.

November 21, 2005
10:08 a.m.

Home of Steven M. Baker
21 Trowbridge Circle
Stoughton, Massachusetts

Maureen A. Cournoyer, Notary Public and Professional Shorthand Reporter
within and for the Commonwealth of Massachusetts



Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

setdepo
Streamlined · Centralized · Standardized
The Evolution of Deposition Management

```
 1  any other Lilly DES besides the red?
 2       A.  All the DES was Lilly.
 3       Q.  Okay.  But -- And was all the DES
 4  red?
 5       A.  No.  Some was -- you know, was a
 6  white tablet not enteric coated.
 7       Q.  So sometimes do I understand then,
 8  you ordered enteric coated and sometimes
 9  you didn't; is that the way it worked?
10       A.  Yes.
11       Q.  And what would be the determining
12  factor as to whether you ordered it
13  enteric coated or non-coated?
14       A.  The way the doctor prescribed it.
15  The way the doctor wrote the prescription
16  or if that was the only one available.
17       Q.  Okay.  So then some doctors would
18  designate on the prescription they wanted
19  enteric coated; is that right?
20       A.  Yes.
21       Q.  And I take it then that some would
22  not; is that correct, that they would just
23  write DES or Stilbestrol or whatever it
24  was?
```


setdepo
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com