# Appendix 12

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CATHERINE E. COOK,

        Plaintiff,

v.

ELI LILLY AND COMPANY, et al.,

        Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL ACTION NO. 05-0003406

Judge Judith Retchin

Next Event: Dispositive Motion Deadline, October 30, 2006

## DEFENDANT ELI LILLY AND COMPANY'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Super. Ct. R. of Civ. P. 12-I, Defendant Eli Lilly and Company ("Lilly") moves for summary judgment as to plaintiff's claims on the ground that there is no genuine issue as to any material fact raised by plaintiff's claims and Lilly is entitled to judgment as a matter of law. Specifically, Lilly is entitled to summary judgment because plaintiff cannot prove that she was exposed to diethylstilbestrol during her mother's pregnancy with her, as required by California law, applicable in this case. The facts and law supporting this Motion are fully set forth in Lilly's Points and Authorities in Support of Its Motion for Summary Judgment and the accompanying attachments, served contemporaneously herewith.

WHEREFORE, defendant Eli Lilly and Company respectfully requests the Court enter an Order granting summary judgment in favor of Lilly and against plaintiff, and granting such other and further relief as the Court deems just and proper.

2151165v1

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * *    * | |
| CATHERINE E. COOK,   * | |
|   * | CIVIL ACTION NO. 05-0003406 |
| Plaintiff,   * | |
| v.   * | Judge Judith Retchin |
|   * | |
| ELI LILLY AND COMPANY, et al.,   * | Next Event: Dispositive Motion |
|   * | Deadline, October 30, 2006 |
| Defendants.   * | |
| * * * * * * * * * * * * * * * * * * * * * * * * *    * | |

## DEFENDANT ELI LILLY AND COMPANY'S POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

### INTRODUCTION

This is a product liability action allegedly involving the prescription drug diethylstilbestrol ("stilbestrol" or "DES"), an unpatented synthetic estrogen used for decades to treat a variety of conditions, including certain types of cancer and some accidents of pregnancy. Plaintiff Catherine Cook ("plaintiff") alleges that Eli Lilly and Company ("Lilly") and seven other alleged DES manufacturers are liable for injuries sustained as a result of plaintiff's mother's, Janet Cook's, alleged ingestion of DES during her pregnancy with plaintiff in 1965. Lilly now moves for summary judgment because the undisputed facts and relevant law establish that plaintiff's claims fail as a matter of law.

California law -- the applicable law in this case -- requires that plaintiff prove that she was exposed to DES *in utero*. Plaintiff, however, has identified no pharmacy, medical or other records showing that plaintiff's mother, Mrs. Cook, took DES during her pregnancy with plaintiff. Instead, plaintiff offers inadmissible hearsay testimony that her mother was prescribed DES during her pregnancy with plaintiff. In the absence of admissible evidence that plaintiff

2151154v1