Appendix 13

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JULIE DELANEY and
WILLIAM P. DELANEY

Plaintiffs,

v.

ELI LILLY AND COMPANY,

Defendant.

CIVIL ACTION No. 05-CV-10241 (MLW)

## DEFENDANT ELI LILLY AND COMPANY'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, defendant Eli Lilly and Company ("Lilly") hereby moves
for summary judgment on all of Plaintiffs' claims. As explained more fully in Lilly's
accompanying Memorandum of Points and Authorities In Support of Its Motion for Summary
Judgment, Lilly is entitled to summary judgment as to all of Plaintiffs' claims because Plaintiffs
have failed as a matter of law to show that Lilly made the DES to which Plaintiff Julie Delaney
was allegedly exposed.

WHEREFORE, Lilly respectfully requests that its Motion for Summary Judgment be
granted.

Respectfully submitted,

FOLEY HOAG LLP

/s/ Brian L. Henninger
James J. Dillon (BBO # 124660)
Brian L. Henninger (BBO # 657926)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Dated: September 5, 2006

B3250028.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JULIE DELANEY and
WILLIAM P. DELANEY

> Plaintiffs,

> v.

ELI LILLY AND COMPANY,

> Defendant.

CIVIL ACTION No. 05-CV-10241 (MLW)

## DEFENDANT ELI LILLY AND COMPANY'S
## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Defendant Eli Lilly and Company ("Lilly") submits this Memorandum of Points and Authorities in Support of its Motion for Summary Judgment. Lilly is entitled to summary judgment on all claims because Plaintiffs Julie Delaney and her husband William Delaney[1] ("Plaintiffs") have not come forward with competent evidence to identify Lilly as the manufacturer of the drug to which Julie was allegedly exposed. At least 60 manufacturers produced diethylstilbestrol ("DES") in 1969 and early 1970 when the drug was allegedly ingested. Plaintiffs, however, seek to prove that a Lilly product was used based only on a physical description of a pill taken 36 years ago -- a description that fits one non-Lilly product in those years and may fit many other such products whose descriptions are simply not known. Nothing about the utilitarian description given -- white, round, and scored -- is unique or particularly exotic. There is no reason why other companies could not have made similar pills.

---

[1] William Delaney asserts a claim for loss of consortium.