UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELISSA KELLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:05-CV-01882 (RCL/AK) |
| v. ) | Next Event: |
| ) | |
| ELI LILLY AND COMPANY, ) | |
| ) | |
| Defendant. ) | |

**(PROPOSED) ORDER**

**UPON CONSIDERATION** of Plaintiff's Motion for Reconsideration or Amendment of the Court's Grant of Summary Judgment, and any Opposition thereto, and for good cause shown, it is this ___ day of _____, 2007,

**ORDERED** that Plaintiff's motion be, and hereby is, GRANTED; that the April 27, 2007 order granting summary judgment to Defendant is hereby VACATED; and that Defendant's Motion for Summary Judgment is DENIED.

_____
The Honorable Royce C. Lamberth
United States District Judge