UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELISSA KELLEY<br><br>        Plaintiff,<br><br>  v.<br><br>ELI LILLY AND COMPANY<br><br>        Defendant. | Civil Action No. 05-CV-1882 (RCL) |

**DEFENDANT ELI LILLY AND COMPANY'S
MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF TO PLAINTIFF'S
MOTION FOR RECONSIDERATION OR AMENDMENT
OF THE COURT'S GRANT OF SUMMARY JUDGMENT**

Defendant Eli Lilly and Company ("Lilly") moves this court for leave to file a Sur-Reply to Plaintiff's Motion for Reconsideration or Amendment of the Court's Grant of Summary Judgment. Lilly's Proposed Sur-Reply is filed concurrently herewith as an attachment.

As grounds for this motion, Lilly states that the Sur-Reply is necessary to address arguments regarding the heeding presumption raised in Plaintiff's Reply and additional cases cited by Plaintiff in her Reply that were not previously cited.

Lilly believes the Sur-Reply will be of assistance to the Court in resolving the issues raised by Plaintiff's Motion for Reconsideration or Amendment of the Court's Grant of Summary Judgment.

WHEREFORE, Lilly requests the Court grant this motion for leave to file the Sur-Reply brief filed concurrently herewith.

- 2 -

                              Respectfully submitted,

                              ELI LILLY AND COMPANY


                              /s/ James. J. Dillon
                              James J. Dillon, D.C. Bar # 485593
                              Foley Hoag LLP
                              155 Seaport Boulevard
                              World Trade Center West
                              Boston, MA 02210-2600
                              (617) 832-1000

Dated: June 5, 2007                and

                              Lawrence H. Martin, D.C. Bar # 476639
                              Foley Hoag LLP
                              1875 K Street, NW, Suite 800
                              Washington, D.C. 20006-1238
                              (202) 223-1200

- 3 -

<u>Certificate of Service</u>

  I hereby certify that on June 5, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

               <u>/s/ Lauren Dwyer</u>
               Lauren E. Dwyer, Esq.
               FOLEY HOAG LLP
               155 Seaport Boulevard
               Boston, MA 02210-2600
               (617) 832-1000