UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELISSA KELLEY

        Plaintiff,

    v.

ELI LILLY AND COMPANY

        Defendant.

Civil Action No. 05-CV-1882 (RCL)

**DEFENDANT ELI LILLY AND COMPANY'S
MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF TO PLAINTIFF'S
MOTION FOR RECONSIDERATION OR AMENDMENT
OF THE COURT'S GRANT OF SUMMARY JUDGMENT**

    Defendant Eli Lilly and Company ("Lilly") moves this court for leave to file a Sur-Reply to Plaintiff's Reply Brief in Support of Motion for Reconsideration or Amendment of the Court's Grant of Summary Judgment ("Reply"). Lilly's Proposed Sur-Reply is filed concurrently herewith as an attachment.

    As grounds for this motion, Lilly states that the Sur-Reply is necessary to address arguments regarding the heeding presumption raised in Plaintiff's Reply and additional cases cited by Plaintiff in her Reply that were not previously cited. In particular, Plaintiff now broadly attempts to argue that Lilly should be responsible for any information in the marketplace regarding DES, regardless of what information was in Lilly's own product literature or what the prescribing physician in this case actually relied upon in prescribing DES. Plaintiff builds this theory based on cases involving a single source for warnings to the market, either because the drug at issue was patented or because it was a generic version of a patented drug, which was required by statute to have the same warnings as the brand name drug. Neither of these factual

scenarios apply here because DES was not patented and Dr. Safon could have relied on information from numerous sources, including the FDA approved warnings of fifty other DES manufacturers. While it may be logical to hold one manufacturer liable for information on the market when all of the information came from one source, this logic does not apply to Lilly as one manufacturer among many providing product information during the relevant time period.

Lilly believes the Sur-Reply will be of assistance to the Court in explaining this background and resolving the issues raised by Plaintiff's Reply Brief in Support of Motion for Reconsideration or Amendment of the Court's Grant of Summary Judgment.

WHEREFORE, Lilly requests the Court grant this motion for leave to file the Sur-Reply brief filed concurrently herewith.

Respectfully submitted,

ELI LILLY AND COMPANY


/s/ James. J. Dillon
James J. Dillon, D.C. Bar # 485593
Foley Hoag LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600
(617) 832-1000

and

Lawrence H. Martin, D.C. Bar # 476639
Foley Hoag LLP
1875 K Street, NW, Suite 800
Washington, D.C. 20006-1238
(202) 223-1200

Dated: June 5, 2007

Certificate of Service

I hereby certify that on June 5, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

   /s/ Lauren Dwyer
Lauren E. Dwyer, Esq.
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

**LOCAL RULE 7.1(m) CERTIFICATION**

Pursuant to Local Rule 7.1(m), Defendant Eli Lilly and Company certifies that, through its counsel, it conferred with Plaintiff's counsel who did not consent to the relief requested in this motion on behalf of Plaintiff.

/s/ Lauren E. Dwyer