UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELISSA KELLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:05-CV-01882 (RCL/AK) |
| v. ) | Next Event: |
| ) | |
| ELI LILLY AND COMPANY, ) | |
| ) | |
| Defendant. ) | |

**(PROPOSED) ORDER**

**UPON CONSIDERATION** of Defendant Eli Lilly and Company's Motion for Leave to File Sur-Reply Brief to Plaintiff's Motion for Reconsideration or Amendment of the Court's Grant of Summary Judgment, and Plaintiff's Opposition thereto, and for good cause shown, it is this ___ day of _____, 2007,

**ORDERED** that Defendant's Motion for Leave to File a Sur-Reply is DENIED.

_____
The Honorable Royce C. Lamberth
United States District Judge