UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELISSA KELLEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　　　Defendant. | CIVIL ACTION No.  05-CV-01882 (RCL) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Melissa Kelley and Defendant Eli Lilly and Company ("Lilly"), acting through their respective counsel, have resolved the claims in the above-captioned case and ask that the above-captioned case be dismissed with prejudice in its entirety.

There are no cross-claims or third-party claims pending in the above-captioned case and no party is an infant or incompetent person for whom a committee has been appointed or a conservator and no person not a party has an interest in the subject matter of this action.

| | |
|---|---|
| MELISSA KELLEY,<br><br>By her attorneys, | ELI LILLY AND COMPANY,<br><br>By its attorneys, |
| /s/ Aaron M. Levine (by permission BLH)<br>Aaron M. Levine<br>AARON M. LEVINE & ASSOCIATES, P.A.<br>1320 19th Street, N.W., Suite 500<br>Washington, DC  20036<br>202-833-8040 | /s/ James J. Dillon<br>James J. Dillon<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA  02210<br>617-832-1000 |

Dated: July 25, 2007

B3385829.1