UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MELISSA KELLEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-CV-1882 (RCL) |
| ELI LILLY AND COMPANY, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the parties' Stipulation of Dismissal With Prejudice [30], which states that the parties have resolved the claims in this matter, and based on the applicable law and the entire record herein, it is hereby

ORDERED, that the Stipulation is ENTERED; and it is further

ORDERED, that this matter is DISMISSED WITH PREJUDICE; and it is further

ORDERED, that all pending motions are DENIED as moot.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, July 31, 2007.